**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF MISSOURI

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Kevin** <br> First name <br><br> **James** <br> Middle name <br><br> **Morrell** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** Include your married or maiden names and any assumed, trade names and *doing business as* names. Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-1280 | |

Debtor 1   **Kevin James Morrell**                                                          Case number *(if known)* _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | EIN _____ | EIN _____ |

| | | | |
|---|---|---|---|
| **5.** | **Where you live** | **2019 S. Mason**<br>**Saint Louis, MO 63131**<br>Number, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code |
| | | **Saint Louis**<br>County | County |
| | | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>☛ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Kevin James Morrell**                                     Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.  How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Kevin James Morrell**                                                    Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
| --- | --- |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
| --- | --- |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

_____

If immediate attention is needed, why is it needed?    _____

_____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1  **Kevin James Morrell**

Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Kevin James Morrell**                                         Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** **What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

---

**17.** **Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kevin James Morrell**
_____            _____
**Kevin James Morrell**                                          Signature of Debtor 2
Signature of Debtor 1

Executed on   **December 26, 2024**                    Executed on _____
              MM / DD / YYYY                                              MM / DD / YYYY

Debtor 1    **Kevin James Morrell**                                                    Case number *(if known)* _____

---

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

**/s/ David M. Dare** _____      Date    **December 26, 2024** _____
Signature of Attorney for Debtor                                         MM / DD / YYYY

**David M. Dare 35965** _____
Printed name

**Herren, Dare & Streett** _____
Firm name

**439 S. Kirkwood Road, Suite 204**
**St. Louis, MO 63122** _____
Number, Street, City, State & ZIP Code

Contact phone    **314-965-3373** _____    Email address    **hdsstl@hdsstl.com** _____

**35965 MO** _____
Bar number & State

---

Certificate Number: 15317-MOE-CC-039047660



15317-MOE-CC-039047660

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 8, 2024</u>, at <u>11:12</u> o'clock <u>AM PST</u>, <u>Kevin J Morrell</u> received from <u>Access Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>Eastern District of Missouri</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>November 8, 2024</u>          By:     <u>/s/Rose Benito</u>

                                         Name:  <u>Rose Benito</u>

                                         Title:  <u>Certified Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an
    amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B...................................................... | $          0.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B................................................. | $      5,494,649.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B........................................................ | $      5,494,649.00 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $      423,497,000.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $          0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $      8,688,000.00 |
| **Your total liabilities** | $      432,185,000.00 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................ | $          0.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*......................................................... | $      48,084.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Kevin James Morrell**                                        Case number *(if known)* _____

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form    $ _____
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Official Form 106Sum               **Summary of Your Assets and Liabilities and Certain Statistical Information**               page 2 of 2

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                      12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ■ Yes

| | | |
|---|---|---|
| 3.1 | Make: **Cadillac** | |
| | Model: **Escalade** | |
| | Year: **2019** | |
| | Approximate mileage: **80,000** | |
| | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$30,000.00** | **$30,000.00** |

| | | |
|---|---|---|
| 3.2 | Make: **Land Rover** | |
| | Model: **Defender** | |
| | Year: **2022** | |
| | Approximate mileage: | |
| | Other information: | |

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$60,000.00** | **$60,000.00** |

| Debtor 1 | **Kevin James Morrell** | Case number *(if known)* |
|---|---|---|

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..............................................................=>**   $90,000.00

---

**Part 3:**   Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

| Tools & Equipment | $1,175.00 |
|---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

| Computers | $300.00 |
|---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes. Describe.....

| Walther P22, 2 Rifles, Pistol, Gun Safe, Ruger 38 Pistol and 2 Ruger 22 Rifle | $3,650.00 |
|---|---|

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☑ No
    ☐ Yes. Describe.....

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe.....

---

Official Form 106A/B                    Schedule A/B: Property                    page 2

| Debtor 1 | Kevin James Morrell | Case number *(if known)* | |

| Wedding Ring | $1,000.00 |

---

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................................................

| | $6,125.00 |

---

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☒ Yes.................................................................................................

| | **Cash** | $100.00 |

---

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes........................

    Institution name:

| 17.1. | **Checking** | **Bank of America** | $500.00 |

| 17.2. | **Checking** | **Bank of America** | $200.00 |

---

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ☒ Yes..................

    Institution or issuer name:

| **Charles Schwab** | $1,350.00 |

---

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes.  Give specific information about them...................

    Name of entity:

% of ownership:

| **Green Street Armory Investors, LLC** | **1** | % | $0.00 |
| **Green Street 2900 Investors, LLC** | **28.02** | % | $980,595.00 |

---

Official Form 106A/B                           Schedule A/B: Property                                    page 3

Debtor 1   **Kevin James Morrell**                                          Case number *(if known)*

| Company | % | Value |
|---|---|---|
| **GS Armory Tif, LLC** | 50 % | $0.00 |
| **Armory Rec Hall, LLC** | 50 % | $0.00 |
| **GS Chroma PH I, LLC** | 100 % | $0.00 |
| **GS Chroma PH I Tier M, LLC** | 34.50 % | $1,966,500.00 |
| **GS Chroma PH II Tier Pref, LLC** | 12.50 % | $12,500.00 |
| **GS 1525 Vandeventer Investors, LLC** | 50.43 % | $630,375.00 |
| **Green Street 4565 Mcree Investros, LLC** | 1 % | $0.00 |
| **Green Street Jefferson Investors, LLC** | 51.08 % | $357,560.00 |
| **1601 Jefferson Tif Inc.** | 42.53 % | $0.00 |
| **Morrell Hilltop Investors, LLC** | 100 % | $120,000.00 |
| **GS 1430 Vandeventer, LLC** | 15.37 % | $0.00 |
| **GS Morrell OZ Fund II, LLC** | .50 % | $0.00 |
| **GS 11700 Olive Investors, LLC** | 8.12 % | $0.00 |
| **Green Park Morin Investors, LLC** | 44.78 % | $0.00 |
| **North Riverfront Investors, LLC** | 44.76 % | $700,494.00 |
| **Green Street Hazelwood Investors, LLC** | 41.91 % | $104,775.00 |
| **Green Street Pershall Investors II, LLC** | 31.80 % | $79,500.00 |
| **Green Street JM Investors, LLC** | 16.59 % | $331,800.00 |
| **GS 4591 Mcree Investors, LLC** | 9 % | $0.00 |
| **Oscar GS GP, LLC** | 10 % | $0.00 |
| **GS Development Group, LLC** | 50 % | $0.00 |

Debtor 1    **Kevin James Morrell**                                                                Case number *(if known)*

| | | | |
|---|---|---|---|
| **GS River City OP Zone Fund, LLC** | 50 | % | $0.00 |
| **Green Street River City Investors, LLC** | 50 | % | $0.00 |
| **Carondelet Broadway Tif Inc** | 16.79 | % | $0.00 |
| **GS Morrell OZ Fund I, LLC** | 15.02 | % | $75,075.00 |
| **Union FPSE Limited Partners, LLC** | 17.43 | % | $0.00 |
| **Kevin O'Neill** | 50 | % | $0.00 |
| **Green Street Development Group, LLC** | 50 | % | $0.00 |
| **Brick & Beverage Group, LLC** | 92.01 | % | $0.00 |
| **KDM Enterprises, LLC** | 93 | % | $37,200.00 |
| **Green Street Building Services, LLC** | 86.41 | % | $0.00 |
| **Green Street Real Estate Ventures, LLC** | 33.59 | % | $0.00 |
| **GS Development Group, LLC** | 50 | % | $0.00 |
| **Chapters Antioch, LCL** | 50 | % | $0.00 |
| **GSBS HDA, LLC** | 50 | % | $0.00 |
| **GSBS O' Toole, LLC** | 50 | % | $0.00 |
| **Green Street Construction, LLC** | 50 | % | $0.00 |
| **GS Principals Agreement** | 50 | % | $0.00 |
| **KDM Enterprises** | 50 | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
      Issuer name:

Official Form 106A/B                        Schedule A/B: Property                        page 5

| Debtor 1 | **Kevin James Morrell** | | Case number *(if known)* | _____ |

**21. Retirement or pension accounts**
  *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

  ■ No
  ☐ Yes. List each account separately.
                                    Type of account:                  Institution name:

**22. Security deposits and prepayments**
  Your share of all unused deposits you have made so that you may continue service or use from a company
  *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

  ■ No
  ☐ Yes. .....................          Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

  ■ No
  ☐ Yes.............          Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
  26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

  ■ No
  ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

  ■ No
  ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
  *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

  ■ No
  ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
  *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

  ■ No
  ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**28. Tax refunds owed to you**

  ■ No
  ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

                                                                                          _____

**29. Family support**
  *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

  ■ No
  ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
  *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
                benefits; unpaid loans you made to someone else

  ■ No
  ☐ Yes.  Give specific information..

**31. Interests in insurance policies**
  *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

  ■ No
  ☐ Yes. Name the insurance company of each policy and list its value.
                      Company name:                          Beneficiary:                    Surrender or refund
                                                                                             value:

Debtor 1   **Kevin James Morrell**                                             Case number *(if known)* _____

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................................

    | |
    |---|
    | **$5,398,524.00** |

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................

    | |
    |---|
    | **$0.00** |

Debtor 1    **Kevin James Morrell**                                                                    Case number *(if known)*

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................ | | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$90,000.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$6,125.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$5,398,524.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$5,494,649.00** | Copy personal property total      **$5,494,649.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$5,494,649.00** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Cash, Bank Accounts and 2019 Cadillac** Line from *Schedule A/B*: | $600.00 | ■ $600.00 ☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(3) |
| **Cash, Bank Accounts and 2019 Cadillac** Line from *Schedule A/B*: | $1,250.00 | ■ $1,250.00 ☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.440 |
| **2019 Cadillac** Line from *Schedule A/B*: | $3,000.00 | ■ $3,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(5) |
| **Household Goods** Line from *Schedule A/B*: | $3,000.00 | ■ $3,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(1) |
| **Wedding Ring** Line from *Schedule A/B*: | $1,500.00 | ■ $1,500.00 ☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(2) |

Debtor 1  **Kevin James Morrell**                                    Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wedding Ring**<br>Line from *Schedule A/B*: | $500.00 | ■  $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | **RSMo § 513.430.1(2)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

<u>Official Form 106D</u>
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:  List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | Amount of claim | Value of collateral that supports this claim | Unsecured portion |
| | Do not deduct the value of collateral. | | If any |

---

**2.1  Acre Originator, LLC**
Creditor's Name

670 Dekalb Ave.
Suite 100
Atlanta, GA 30312
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:** **$59,500,000.00**   **$85,000,000.00**   **$0.00**

Interest in GS Swan Apartments, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  2023       **Last 4 digits of account number**  0113

---

**2.2  American Bank**
Creditor's Name

690 N. Service Road
Wright City, MO 63390
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**   **$3,250,000.00**   **$5,000,000.00**   **$0.00**

Personal Guarantor Residence

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  _____       **Last 4 digits of account number**  _____

---

| Debtor 1 | Kevin James Morrell | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**2.3** **Bank of Franklin Co.**

Creditor's Name

**900 E. Street**
**Washington, MO 63090**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **2015**

**Describe the property that secures the claim:**   $250,000.00   $400,000.00   $0.00

> **Interest in Morrell Hilltop Investors, LLC**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   **6100**

---

**2.4** **Bank of Washington**

Creditor's Name

**200 W. Main Street**
**Washington, MO 63090**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **2022**

**Describe the property that secures the claim:**   $61,200,000.00   $60,000,000.00   $1,200,000.00

> **Interest in GS 4591 Mcree Investors, LLC**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   _____

---

**2.5** **Bank OZK**

Creditor's Name

**8300 Douglas Avenue**
**Suite 900**
**Dallas, TX 75225**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   **2022**

**Describe the property that secures the claim:**   $23,500,000.00   $44,000,000.00   $0.00

> **Interest in River City Owner, LLC & RCBP Investors, LLC**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Last 4 digits of account number   _____

---

Debtor 1  **Kevin James Morrell**                                    Case number (if known) _____

First Name        Middle Name        Last Name

| 2.6 | **Bridgewater Bank** | **Describe the property that secures the claim:** | $23,500,000.00 | $37,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Interest in Oscar Apartments, LLC**

**4450 Excelsior Blvd.**
**Suite 100**
**Minneapolis, MN 55416**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2024            Last 4 digits of account number   _____

---

| 2.7 | **Colliers Funding LLC** | **Describe the property that secures the claim:** | $28,000,000.00 | $27,000,000.00 | $1,000,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Interest in Vista Apartments, LLC**

**90 South Seventh Street**
**Minneapolis, MN 55402**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2021            Last 4 digits of account number   _____

---

| 2.8 | **First Citizens Bank & Trust** | **Describe the property that secures the claim:** | $100,000.00 | $15,000.00 | $85,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Interest in Armory Rec Hall, LLC**

**4300 Six Forks Rd.**
**Raleigh, NC 27609**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2023            Last 4 digits of account number   3298

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 16

Debtor 1  **Kevin James Morrell**

First Name    Middle Name    Last Name

Case number (if known) _____

---

| 2.9 | **Illinois Facilities Fund** | Describe the property that secures the claim: | **$1,200,000.00** | **$1,000,000.00** | **$200,000.00** |

Creditor's Name

**333 South Wabash Ave.
Suite 2800
Chicago, IL 60604**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Interest in 1601 Jefferson Tif Inc**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **2020**      Last 4 digits of account number   **8245**

---

| 2.10 | **Illinois Facilities Fund** | Describe the property that secures the claim: | **$1,700,000.00** | **Unknown** | **Unknown** |

Creditor's Name

**333 South Wabash Ave.
Suite 2800
Chicago, IL 60604**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Interest in GS Development Group, LLC**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **2020**      Last 4 digits of account number   **8297**

---

| 2.11 | **Illinois Facilities Fund** | Describe the property that secures the claim: | **$2,800,000.00** | **Unknown** | **Unknown** |

Creditor's Name

**333 South Wabash Ave.
Suite 2800
Chicago, IL 60604**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Interest in Newstead West CID**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **2020**      Last 4 digits of account number   **8351**

---

Debtor 1  **Kevin James Morrell**                                Case number (if known) _____

First Name        Middle Name        Last Name

| 2.1 2 | **Illinois National Bank** | Describe the property that secures the claim: | $3,800,000.00 | $3,800,000.00 | $0.00 |

Creditor's Name

**100 Chesterfield Business Pkwy Suite 310 Chesterfield, MO 63005**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Interest in GS Armory Tif, LLC**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **2022**          **Last 4 digits of account number**  **0000**

---

| 2.1 3 | **Illinois National Bank** | Describe the property that secures the claim: | $21,000,000.00 | $21,100,000.00 | $0.00 |

Creditor's Name

**100 Chesterfield Business Parkway Suite 310 Chesterfield, MO 63005**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Interest in GS Chroma PH II Tier Pref, LLC**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **2021**          **Last 4 digits of account number**  **0000**

---

| 2.1 4 | **Illinois National Bank** | Describe the property that secures the claim: | $17,500,000.00 | $16,000,000.00 | $1,500,000.00 |

Creditor's Name

**100 Chesterfield Business Parkway Suite 310 Chesterfield, MO 63005**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Interest in GS 3728 Market Investors, LLC**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**  **2021**          **Last 4 digits of account number**  **6565**

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 16

Debtor 1    **Kevin James Morrell**
    First Name        Middle Name        Last Name           Case number (if known)  _____

---

**2.15**

**Illinois National Bank**
Creditor's Name

**100 Chesterfield Business Parkway Suite 310 Chesterfield, MO 63005**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred**   2022

**Describe the property that secures the claim:**   $1,050,000.00    Unknown    Unknown

| Interest in GS Chroma PH I, LLC |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)  _____

**Last 4 digits of account number**   9876

---

**2.16**

**Kevin O'Neil**
Creditor's Name

**4512 West Pine Saint Louis, MO 63108**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred**   2021

**Describe the property that secures the claim:**   $3,000,000.00    Unknown    Unknown

| Interest in Union FPSE Limited Partners, LLC & GS Vista, LLC |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)  _____

**Last 4 digits of account number**   _____

---

**2.17**

**Landrover Financial Group**
Creditor's Name

**700 Kansas Lane LA4-6457 Monroe, LA 71203**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Date debt was incurred**   _____

**Describe the property that secures the claim:**   $57,000.00    $57,000.00    $0.00

| 2023 Landrover |

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)  _____

**Last 4 digits of account number**   _____

---

| Debtor 1 | **Kevin James Morrell** | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

---

| 2.18 | **Marco Bay LLC** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**    $2,800,000.00    $4,365,000.00    $0.00

**903 S. Lindbergh Blvd.
Suite 200
Saint Louis, MO 63131**

Number, Street, City, State & Zip Code

| **Interest in North Riverfront Investors, LLC & Carrier Tif, Inc.** |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**    **2023**      **Last 4 digits of account number** _____

---

| 2.19 | **Midland States Bank** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**    $6,900,000.00    $17,500,000.00    $0.00

**1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146**

Number, Street, City, State & Zip Code

| **Interest in Green Street JM Investors, LLC** |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**    **2022**      **Last 4 digits of account number** _____

---

| 2.20 | **Midland States Bank** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**    $6,100,000.00    $17,500,000.00    $0.00

**1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146**

Number, Street, City, State & Zip Code

| **Interest in Market Leverage Lender, LLC** |
|---|

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**    **2018**      **Last 4 digits of account number** _____

---

Debtor 1   **Kevin James Morrell**

First Name       Middle Name       Last Name       Case number (if known) _____

---

| 2.2 1 | **Midland States Bank** | Describe the property that secures the claim: | $915,000.00 | $250,000.00 | $665,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **Interest in Carondelet Broadway Tif Inc**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number _____

---

| 2.2 2 | **Midwest Regional Bank** | Describe the property that secures the claim: | $2,250,000.00 | $300,000.00 | $1,950,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**363 Festus Centre Drive
Festus, MO 63028**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **Interest in Armory Rec Hall, LLC**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2022**  Last 4 digits of account number  **3481**

---

| 2.2 3 | **Midwest Regional Bank** | Describe the property that secures the claim: | $1,800,000.00 | $5,300,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**363 Festus Centre Drive
Festus, MO 63028**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

> **Interest in GS 2900 Investors, LLC & Armory Parking Lot**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2018**  Last 4 digits of account number  **6824**

---

Debtor 1   **Kevin James Morrell**
First Name      Middle Name      Last Name

Case number (if known) _____

---

| 2.2 4 | **Midwest Regional Bank** | | $4,750,000.00 | $6,000,000.00 | $0.00 |
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**

**Interest in GS 1525 Vandeventer Investors, LLC**

**363 Festus Centre Drive Festus, MO 63028**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   2021       **Last 4 digits of account number**   1477

---

| 2.2 5 | **Midwest Regional Bank** | | $4,000,000.00 | $4,000,000.00 | $0.00 |
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**

**Interest in GS 1430 Vandeventer, LLC**

**363 Festus Centre Drive Festus, MO 63028**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   _____       **Last 4 digits of account number**   _____

---

| 2.2 6 | **Midwest Regional Bank** | | $1,250,000.00 | $1,000,000.00 | $250,000.00 |
| | Creditor's Name | | | | |

**Describe the property that secures the claim:**

**Interest in Green Park Morin Investors, LLC**

**363 Festus Centre Drive Festus, MO 63028**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   2024       **Last 4 digits of account number**   3316

---

Debtor 1  **Kevin James Morrell**
First Name       Middle Name       Last Name

Case number (if known) _____

| 2.27 | **Midwest Regional Bank** | Describe the property that secures the claim: | $1,100,000.00 | $1,350,000.00 | $0.00 |

Creditor's Name

**Interest in GS Hazelwood Investors, LLC**

363 Festus Centre Drive
Festus, MO 63028
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2012**       Last 4 digits of account number  **1294**

---

| 2.28 | **Midwest Regional Bank** | Describe the property that secures the claim: | $2,000,000.00 | $1,900,000.00 | $100,000.00 |

Creditor's Name

**Interest in GS River City Investors, LLC**

363 Festus Centre Drive
Festus, MO 63028
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2019**       Last 4 digits of account number  _____

---

| 2.29 | **Midwest Regional Bank** | Describe the property that secures the claim: | $50,000.00 | $0.00 | $50,000.00 |

Creditor's Name

**Interest in Brick & Beverage Group, LLC**

363 Festus Centre Drive
Festus, MO 63028
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2020**       Last 4 digits of account number  _____

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 16

Debtor 1 __Kevin James Morrell__                                    Case number (if known) _____
    First Name        Middle Name        Last Name

| 2.30 | **Midwest Regional Bank** | Describe the property that secures the claim: | $1,500,000.00 | $0.00 | $1,500,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Interest in GS Building Services, LLC**

**363 Festus Centre Drive Festus, MO 63028**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** __2020__       **Last 4 digits of account number** __9644__

---

| 2.31 | **Midwest Regional Bank** | Describe the property that secures the claim: | $1,000,000.00 | $0.00 | $1,000,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Interest in GS Real Estate Ventures, LLC**

**363 Festus Centre Drive Festus, MO 63028**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** __2020__       **Last 4 digits of account number** __2170__

---

| 2.32 | **Midwest Regional Bank** | Describe the property that secures the claim: | $1,100,000.00 | $1,350,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Interest in GS Pershall Investors, LLC**

**363 Festus Centre Drive Festus, MO 63028**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** __2012__       **Last 4 digits of account number** __1294__

---

| Debtor 1 | **Kevin James Morrell** | | Case number (if known) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| 2.3 3 | **Peoples National Bank** | Describe the property that secures the claim: | $25,000,000.00 | $9,500,000.00 | $15,500,000.00 |

Creditor's Name

**101 S. Hanley Road
Suite 100
Saint Louis, MO 63105**

Number, Street, City, State & Zip Code

**2nd Priority Interest in GS Armory Investors, LLC & Armory Building, Personal Guaranty**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2024**          Last 4 digits of account number _____

---

| 2.3 4 | **Peoples National Bank** | Describe the property that secures the claim: | $10,000,000.00 | $10,000,000.00 | $0.00 |

Creditor's Name

**101 S. Hanley Road
Suite 100
Saint Louis, MO 63105**

Number, Street, City, State & Zip Code

**Interest in GS Armory Rec Hall, LLC**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2022**          Last 4 digits of account number _____

---

| 2.3 5 | **Peoples National Bank** | Describe the property that secures the claim: | $13,500,000.00 | $11,500,000.00 | $2,000,000.00 |

Creditor's Name

**101 S. Hanley Road
Suite 100
Saint Louis, MO 63105**

Number, Street, City, State & Zip Code

**Interest in GS 4565 Mcree Investors, LLC & GS 4565 Mcree Market Leverage Lender, LLC**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2021**          Last 4 digits of account number _____

---

Debtor 1    **Kevin James Morrell**

First Name          Middle Name          Last Name

Case number *(if known)*

---

| 2.36 | **Peoples National Bank** | Describe the property that secures the claim: | $130,000.00 | $500,000.00 | $0.00 |

Creditor's Name

**Interest in Morrell Hilltop Investors, LLC**

**101 S. Hanley Road**
**Suite 100**
**Saint Louis, MO 63105**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** _____     **Last 4 digits of account number**   **2022**

---

| 2.37 | **Peoples National Bank** | Describe the property that secures the claim: | $80,000.00 | $110,000.00 | $0.00 |

Creditor's Name

**Interest in KDM Enterprises, LLC**

**101 S. Hanley Road**
**Suite 100**
**Saint Louis, MO 63105**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **2023**     **Last 4 digits of account number**   **0226**

---

| 2.38 | **Peoples National Bank** | Describe the property that secures the claim: | $130,000.00 | $140,000.00 | $0.00 |

Creditor's Name

**Interest in KDM Enterprises, LLC**

**101 S. Hanley Road**
**Suite 100**
**Saint Louis, MO 63105**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**   **2015**     **Last 4 digits of account number**   **2022**

---

| Debtor 1 | **Kevin James Morrell** | | Case number (if known) | |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

| 2.39 | **Simmons Bank** | Describe the property that secures the claim: | $4,500,000.00 | $2,000,000.00 | $2,500,000.00 |
|---|---|---|---|---|---|

Creditor's Name

**Simmons Bank**

Describe the property that secures the claim:
**Interest in GS 11700 Olive Investors, LLC**

8151 Clayton Road
Saint Louis, MO 63117

**$4,500,000.00   $2,000,000.00   $2,500,000.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   2021      Last 4 digits of account number   7848

---

2.40 **Sound Mark Partners LLC**
Creditor's Name

Describe the property that secures the claim:
**Interest in GS Chroma PH I Tier M, LLC**

12 Havemeyer Place
3rd Floor
Greenwich, CT 06830

**$10,100,000.00   $10,100,000.00   $0.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   2019      Last 4 digits of account number   1025

---

2.41 **St. Louis Bank**
Creditor's Name

Describe the property that secures the claim:
**Interest in GS Jefferson Investors, LLC**

9811 South Forty Dr.
Saint Louis, MO 63124

**$4,600,000.00   $5,300,000.00   $0.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred   2022      Last 4 digits of account number   6997

Debtor 1 **Kevin James Morrell**

First Name     Middle Name     Last Name

Case number (if known) _____

---

| 2.4 2 | **Sterling Bank** | Describe the property that secures the claim: | $1,025,000.00 | $66,500,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**Interest in GS Chroma PH I, LLC**

**16100 Swingley Ridge Road
Chesterfield, MO 63017**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2022**     Last 4 digits of account number    **9195**

---

| 2.4 3 | **Twain Funding III** | | $15,500,000.00 | $25,000,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**First Priority Interest in GS Armory Investors, LLC & Armory Building**

**220 Washington Ave.
Saint Louis, MO 63103**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2022**     Last 4 digits of account number _____

---

| 2.4 4 | **US Bank** | | $10,000.00 | $30,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**2019 Cadillac Escalade**

**200 South Sixth Street
Minneapolis, MN 55401**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number _____

---

Debtor 1    **Kevin James Morrell**                                    Case number (if known) _____

First Name            Middle Name            Last Name

| 2.4 5 | **Wells Fargo Commercial Mortgage** | | $35,000,000.00 | $40,000,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> Interest in GS Chroma PH I, LLC

**401 S. Tryon Street**
**8th Floor**
**Charlotte, NC 28202**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**    **2019**        **Last 4 digits of account number**    **1439**

| 2.4 6 | **Wells Fargo Commercial Mortgage** | | $15,000,000.00 | $16,400,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> Interest in GS Chroma PH I, LLC

**401 S. Tryon Street**
**8th Floor**
**Charlotte, NC 28202**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred**    _____        **Last 4 digits of account number**    **5396**

---

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | $423,497,000.00 |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | $423,497,000.00 |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code
**Alston & Bird LLP**
**90 Park Avenue**
**New York, NY 10016**

On which line in Part 1 did you enter the creditor?    **2.46**

Last 4 digits of account number ___

---

Official Form 106D            Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**            page 16 of 16

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

☐ No. Go to Part 2.

☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

| 4.1 | **Andre Alper** | Last 4 digits of account number _____ | $275,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**6 Cityplace Drve**
**Saint Louis, MO 63141**

When was the debt incurred?   **2023**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify _____

Debtor 1   **Kevin James Morrell**                                                    Case number (if known) _____

| 4.2 | **Bank of America** | | **Last 4 digits of account number** | 8256 | **$28,000.00** |

**4.2**   **Bank of America**
Nonpriority Creditor's Name
**P.O. Box 15019**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   8256                          **$28,000.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.3**   **Bank of America**
Nonpriority Creditor's Name
**P.O. Box 15019**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   2412                          **$21,000.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.4**   **Bank of America**
Nonpriority Creditor's Name
**P.O. Box 15019**
**Wilmington, DE 19850**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number**   1926                          **$16,000.00**

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

Debtor 1    **Kevin James Morrell**                                                      Case number (if known) _____

---

| 4.5 | **Bank of America** | Last 4 digits of account number | **1410** | **$25,000.00** |

Nonpriority Creditor's Name
**P.O. Box 15019**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.6 | **Bank of Washington** | Last 4 digits of account number | | **$2,000,000.00** |

Nonpriority Creditor's Name
**200 W. Main Street**
**Washington, MO 63090**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

| 4.7 | **CareTrust REIT, Inc** | Last 4 digits of account number | | **$1,200,000.00** |

Nonpriority Creditor's Name
**900 Calle Amanecer**
**Suite 300**
**San Clemente, CA 92673**
Number Street City State Zip Code

**When was the debt incurred?** **2022**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

Debtor 1   **Kevin James Morrell**                                    Case number *(if known)*

---

| 4.8 | **Howard Smith** | **Last 4 digits of account number** _____ | **$500,000.00** |

Nonpriority Creditor's Name

**1712 Deer Creek Lane**
**Saint Louis, MO 63124**                 **When was the debt incurred?**   **2022**

Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ Disputed
■ At least one of the debtors and another

☐ **Check if this claim is for a  community**     **Type of NONPRIORITY unsecured claim:**
**debt**                                     ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify _____

---

| 4.9 | **Illinois Facilities Fund** | **Last 4 digits of account number**  **8297** | **$350,000.00** |

Nonpriority Creditor's Name

**333 South Wabash Ave.**
**Suite 2800**                               **When was the debt incurred?**   **2020**
**Chicago, IL 60604**

Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ Disputed
■ At least one of the debtors and another

☐ **Check if this claim is for a  community**     **Type of NONPRIORITY unsecured claim:**
**debt**                                     ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify _____

---

| 4.1 0 | **Invesque MHI Little Rock, LLP** | **Last 4 digits of account number** _____ | **$1,750,000.00** |

Nonpriority Creditor's Name

**c/o Thompson Coburn**
**1 US Bank Plaza**                           **When was the debt incurred?**   **2022**
**Saint Louis, MO 63101**

Number Street City State Zip Code

**Who incurred the debt? Check one.**          **As of the date you file, the claim is: Check all that apply**

☐ Debtor 1 only
☐ Debtor 2 only                              ☐ Contingent
☐ Debtor 1 and Debtor 2 only                 ☐ Unliquidated
☐ Disputed
■ At least one of the debtors and another

☐ **Check if this claim is for a  community**     **Type of NONPRIORITY unsecured claim:**
**debt**                                     ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims
■ No
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes
■ Other. Specify _____

---

Debtor 1   **Kevin James Morrell**

Case number (if known) _____

---

**4.1**
**1**

**Jack Holleran**
Nonpriority Creditor's Name
**4585 McRee**
**Suite 100**
**Saint Louis, MO 63110**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $120,000.00

When was the debt incurred?     **2024**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1**
**2**

**Michelle O'Toole**
Nonpriority Creditor's Name
**2464 West Port Plaza Dr.**
**Suite 100**
**Saint Louis, MO 63146**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $1,000,000.00

When was the debt incurred?     **2021**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1**
**3**

**Mid America Carpenters Regional Counsel**
Nonpriority Creditor's Name
**c/o Garick J. Gulino**
**McGann, Ketterman & Rioux**
**111 E. Wacker Drive, Ste. 2300**
**Chicago, IL 60601**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____     $750,000.00

When was the debt incurred?     **2019**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   **Kevin James Morrell**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 4** | **Midwest Regional Bank** | Last 4 digits of account number **0822** |

Nonpriority Creditor's Name

**363 Festus Centre Drive**
**Festus, MO 63028**

Number Street City State Zip Code

$125,000.00

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2024**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| **4.1 5** | **TI- Lamar Court LLC** | Last 4 digits of account number _____ | $250,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**7611 State Line Road**
**Suite 301**
**Kansas City, MO 64114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| **4.1 6** | **TI- Rose Estates LLC** | Last 4 digits of account number _____ | $250,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**7611 State Line Road**
**Suite 301**
**Kansas City, MO 64114**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? **2022**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1   Kevin James Morrell                                                  Case number (if known) _____

| 4.1 7 | | |
|---|---|---|

**TIB National Association**
Nonpriority Creditor's Name

**11701 Luna Road**
**Dallas, TX 75234**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **7520** _____         **$28,000.00**

When was the debt incurred?   **2022** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify _____

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 8,688,000.00 |
|  | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 8,688,000.00 |

**Fill in this information to identify your case:**

| Debtor 1 | **Kevin James Morrell** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                              12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1   **PHD Consulting**<br>**c/o Luke Pope**<br>**5 Country Estate Place**<br>**Saint Louis, MO 63131** | **Consulting for Sale of Real Estate** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1  **1601 Jefferson Tif, Inc** | ■ Schedule D, line __**2.9**__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Illinois Facilities Fund** |
| 3.2  **Armory Rec Hall, LLC** | ■ Schedule D, line __**2.34**__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Peoples National Bank** |
| 3.3  **Armory Rec Hall, LLC** | ■ Schedule D, line __**2.22**__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Midwest Regional Bank** |

Official Form 106H                    Schedule H: Your Codebtors                    Page 1 of 17

Debtor 1  **Kevin James Morrell**

Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |
| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.4  **Armory Rec Hall, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**TIB National Association**

3.5  **Armory Rec Hall, LLC**

■ Schedule D, line ___**2.8**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**First Citizens Bank & Trust**

3.6  **Brick & Beverage Group, LLC**

■ Schedule D, line ___**2.29**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.7  **Carondelet Broadway Tif Inc**

■ Schedule D, line ___**2.21**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midland States Bank**

3.8  **Carrie Tif, Inc.**

■ Schedule D, line ___**2.18**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Marco Bay LLC**

3.9  **Chapters Antioch, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.16**___
☐ Schedule G _____
**TI- Rose Estates LLC**

3.10  **Chapters Holdco I, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.6**___
☐ Schedule G _____
**Bank of Washington**

3.11  **Chapters Lamar, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**TI- Lamar Court LLC**

Debtor 1   **Kevin James Morrell**                                            Case number *(if known)* _____

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.12  **Chapters Little Rock, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.10**__<br>☐ Schedule G _____<br>**Invesque MHI Little Rock, LLP** |
| 3.13  **Chapters Living, Elmhurst, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.7**__<br>☐ Schedule G _____<br>**CareTrust REIT, Inc** |
| 3.14  **Dan Morrell** | ■ Schedule D, line __**2.37**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.15  **Dan Morrell** | ■ Schedule D, line __**2.38**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.16  **Green Park Morin Investors, LLC** | ■ Schedule D, line __**2.26**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.17  **Green Street 2900 Investors, LLC** | ■ Schedule D, line __**2.23**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.18  **Green Street 4565 Mcree Investors, LLC** | ■ Schedule D, line __**2.35**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.19  **Green Street 4565 Mcree Market Leverage** | ■ Schedule D, line __**2.35**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |

| Debtor 1 | **Kevin James Morrell** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.20 | **Green Street Armory Investors, LLC** | ■ Schedule D, line __2.33__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.21 | **Green Street Armory Investors, LLC** | ■ Schedule D, line __2.43__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Twain Funding III** |
| 3.22 | **Green Street Building Services, Inc** | ■ Schedule D, line __2.30__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.23 | **Green Street Construction, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.24 | **Green Street Hazelwood Investors, LLC** | ■ Schedule D, line __2.27__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.25 | **Green Street Jefferson Investors, LLC** | ■ Schedule D, line __2.41__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**St. Louis Bank** |
| 3.26 | **Green Street JM Investors, LLC** | ■ Schedule D, line __2.19__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midland States Bank** |
| 3.27 | **Green Street OZ Fund 3** | ■ Schedule D, line __2.4__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Washington** |

Debtor 1  **Kevin James Morrell**                                            Case number *(if known)* _____

| **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.28  **Green Street OZ Fund 4, LLC**

■ Schedule D, line __**2.14**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois National Bank**

3.29  **Green Street OZ Fund I, LLC**

■ Schedule D, line __**2.1**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Acre Originator, LLC**

3.30  **Green Street OZ Fund II, LLC**

■ Schedule D, line __**2.35**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Peoples National Bank**

3.31  **Green Street Pershall Investors II, LLC**

■ Schedule D, line __**2.32**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.32  **Green Street Real Estate Ventures, LLC**

■ Schedule D, line __**2.31**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.33  **Green Street River City Investors, LLC**

■ Schedule D, line __**2.28**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.34  **GS 11700 Olive Investors, LLC**

■ Schedule D, line __**2.39**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Simmons Bank**

3.35  **GS 1430 Vandeventer, LLC**

■ Schedule D, line __**2.25**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

Debtor 1  **Kevin James Morrell**                                    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.36  **GS 1525 Vandeventer Investors, LLC** | ■ Schedule D, line __**2.24**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.37  **GS 3728 Market Investors, LLC** | ■ Schedule D, line __**2.14**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Illinois National Bank** |
| 3.38  **GS 4591 Mcree Investors, LLC** | ■ Schedule D, line __**2.4**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Washington** |
| 3.39  **GS Armory TIF, LLC** | ■ Schedule D, line __**2.12**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Illinois National Bank** |
| 3.40  **GS Chroma Phi Tier Pref, LLC** | ■ Schedule D, line __**2.13**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Illinois National Bank** |
| 3.41  **GS Chroma Phi, LLC** | ■ Schedule D, line __**2.45**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Wells Fargo Commercial Mortgage** |
| 3.42  **GS Chroma Phi, LLC** | ■ Schedule D, line __**2.46**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Wells Fargo Commercial Mortgage** |
| 3.43  **GS Chroma Phi, LLC** | ■ Schedule D, line __**2.40**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Sound Mark Partners LLC** |

Debtor 1 __Kevin James Morrell__

Case number *(if known)* _____

███████ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.44 **GS Development Group, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**Illinois Facilities Fund**

3.45 **GS Morrell OZ Fund 1, LLC**

■ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Acre Originator, LLC**

3.46 **GS Morrell OZ Fund II, LLC**

■ Schedule D, line __2.14__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois National Bank**

3.47 **GS Principals Agreement**

☐ Schedule D, line _____
■ Schedule E/F, line __4.8__
☐ Schedule G _____
**Howard Smith**

3.48 **GS Swan Apartments, LLC**

■ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Acre Originator, LLC**

3.49 **GS Swan Investors, LLC**

■ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Acre Originator, LLC**

3.50 **GS Vista, LLC**

■ Schedule D, line __2.16__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Kevin O'Neil**

3.51 **GSBS HDA, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**Jack Holleran**

Debtor 1    **Kevin James Morrell**                                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52  **GSBS HDA, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**Andre Alper** |
| 3.53  **GSBS O'Toole, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**Michelle O'Toole** |
| 3.54  **Howard Smith** | ■ Schedule D, line __2.45__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Wells Fargo Commercial Mortgage** |
| 3.55  **Howard Smith** | ■ Schedule D, line __2.46__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Wells Fargo Commercial Mortgage** |
| 3.56  **Howard Smith** | ■ Schedule D, line __2.40__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Sound Mark Partners LLC** |
| 3.57  **Howard Smith** | ■ Schedule D, line __2.13__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Illinois National Bank** |
| 3.58  **Jane Morrell** | ■ Schedule D, line __2.7__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Colliers Funding LLC** |
| 3.59  **Jane Morrell** | ■ Schedule D, line __2.22__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |

Debtor 1  **Kevin James Morrell**                                   Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.60  **Jane Morrell**

■ Schedule D, line __**2.23**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.61  **Jane Morrell**

■ Schedule D, line __**2.24**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.62  **Jane Morrell**

■ Schedule D, line __**2.25**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.63  **Jane Morrell**

■ Schedule D, line __**2.27**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.64  **Jane Morrell**

■ Schedule D, line __**2.26**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.65  **Jane Morrell**

■ Schedule D, line __**2.28**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.66  **Jane Morrell**

■ Schedule D, line __**2.29**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.67  **Jane Morrell**

■ Schedule D, line __**2.30**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

Debtor 1  **Kevin James Morrell**                                      Case number *(if known)* _____

| | |
|---|---|
| ██ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.68  **Jane Morrell** | ■ Schedule D, line __**2.31**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.69  **Jane Morrell** | ■ Schedule D, line __**2.32**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.70  **Janice Rohan** | ■ Schedule D, line __**2.20**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midland States Bank** |
| 3.71  **Janice Rohan** | ■ Schedule D, line __**2.7**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Colliers Funding LLC** |
| 3.72  **KDM Enterprises, LLC** | ■ Schedule D, line __**2.37**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.73  **KDM Enterprises, LLC** | ■ Schedule D, line __**2.38**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.74  **Luke Pope** | ■ Schedule D, line __**2.39**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Simmons Bank** |
| 3.75  **Market Leverage Lender, LLC** | ■ Schedule D, line __**2.20**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midland States Bank** |

Debtor 1  **Kevin James Morrell**                                Case number *(if known)* _____

■  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.76  **Morrell Hilltop Investors, LLC**

■ Schedule D, line ___**2.36**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Peoples National Bank**

3.77  **Morrell Hilltop Investors, LLC**

■ Schedule D, line ___**2.3**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of Franklin Co.**

3.78  **Newstead West CID**

■ Schedule D, line ___**2.11**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Facilities Fund**

3.79  **North Riverfront Investors, LLC**

■ Schedule D, line ___**2.18**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Marco Bay LLC**

3.80  **Oscar Apartments, LLC**

■ Schedule D, line ___**2.6**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bridgewater Bank**

3.81  **Pacchu Mama OZ Investments I, LLC**

■ Schedule D, line ___**2.1**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Acre Originator, LLC**

3.82  **Pacchu Mama OZ Investments III LLC**

■ Schedule D, line ___**2.4**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of Washington**

3.83  **Pacchu Mama OZ Investments III, LLC**

■ Schedule D, line ___**2.35**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Peoples National Bank**

Debtor 1   **Kevin James Morrell**                                    Case number *(if known)*  _____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.84   **Phillip Hulse**

■ Schedule D, line ___**2.33**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Peoples National Bank**

3.85   **Phillip Hulse**

■ Schedule D, line ___**2.43**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Twain Funding III**

3.86   **Phillip Hulse**

■ Schedule D, line ___**2.34**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Peoples National Bank**

3.87   **Phillip Hulse**

■ Schedule D, line ___**2.22**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.88   **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**TIB National Association**

3.89   **Phillip Hulse**

■ Schedule D, line ___**2.8**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**First Citizens Bank & Trust**

3.90   **Phillip Hulse**

■ Schedule D, line ___**2.23**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.91   **Phillip Hulse**

■ Schedule D, line ___**2.12**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois National Bank**

Debtor 1   **Kevin James Morrell**                                    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.92   **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**Illinois Facilities Fund**

3.93   **Phillip Hulse**

■ Schedule D, line __2.45__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo Commercial Mortgage**

3.94   **Phillip Hulse**

■ Schedule D, line __2.46__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo Commercial Mortgage**

3.95   **Phillip Hulse**

■ Schedule D, line __2.40__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Sound Mark Partners LLC**

3.96   **Phillip Hulse**

■ Schedule D, line __2.13__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois National Bank**

3.97   **Phillip Hulse**

■ Schedule D, line __2.24__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.98   **Phillip Hulse**

■ Schedule D, line __2.41__
☐ Schedule E/F, line _____
☐ Schedule G _____
**St. Louis Bank**

3.99   **Phillip Hulse**

■ Schedule D, line __2.9__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Facilities Fund**

---

Debtor 1   **Kevin James Morrell**                                Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.10<br>0   **Phillip Hulse**

■ Schedule D, line   **2.25**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.10<br>1   **Phillip Hulse**

■ Schedule D, line   **2.39**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Simmons Bank**

3.10<br>2   **Phillip Hulse**

■ Schedule D, line   **2.26**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.10<br>3   **Phillip Hulse**

■ Schedule D, line   **2.18**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Marco Bay LLC**

3.10<br>4   **Phillip Hulse**

■ Schedule D, line   **2.27**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.10<br>5   **Phillip Hulse**

■ Schedule D, line   **2.19**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midland States Bank**

3.10<br>6   **Phillip Hulse**

■ Schedule D, line   **2.20**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midland States Bank**

3.10<br>7   **Phillip Hulse**

■ Schedule D, line   **2.10**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Facilities Fund**

Debtor 1  **Kevin James Morrell**                                      Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.10 **Phillip Hulse**
8

■ Schedule D, line __**2.5**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank OZK**

---

3.10 **Phillip Hulse**
9

■ Schedule D, line __**2.28**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

---

3.11 **Phillip Hulse**
0

■ Schedule D, line __**2.7**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Colliers Funding LLC**

---

3.11 **Phillip Hulse**
1

■ Schedule D, line __**2.11**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Facilities Fund**

---

3.11 **Phillip Hulse**
2

■ Schedule D, line __**2.29**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

---

3.11 **Phillip Hulse**
3

☐ Schedule D, line _____
■ Schedule E/F, line __**4.10**__
☐ Schedule G _____
**Invesque MHI Little Rock, LLP**

---

3.11 **Phillip Hulse**
4

☐ Schedule D, line _____
■ Schedule E/F, line __**4.6**__
☐ Schedule G _____
**Bank of Washington**

---

3.11 **Phillip Hulse**
5

☐ Schedule D, line _____
■ Schedule E/F, line __**4.7**__
☐ Schedule G _____
**CareTrust REIT, Inc**

---

Debtor 1 **Kevin James Morrell**                                     Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|
| | Column 1: **Your codebtor** |

| | | **Column 2:** The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|

**3.116** **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line __4.15__
☐ Schedule G _____
**TI- Lamar Court LLC**

---

**3.117** **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line __4.16__
☐ Schedule G _____
**TI- Rose Estates LLC**

---

**3.118** **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**Jack Holleran**

---

**3.119** **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line __4.1__
☐ Schedule G _____
**Andre Alper**

---

**3.120** **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**Michelle O'Toole**

---

**3.121** **Phillip Hulse**

■ Schedule D, line __2.30__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

---

**3.122** **Phillip Hulse**

■ Schedule D, line __2.31__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

---

**3.123** **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line __4.14__
☐ Schedule G _____
**Midwest Regional Bank**

---

Debtor 1  **Kevin James Morrell**  _____    Case number *(if known)* _____

| | |
|---|---|
| ■ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

**3.12 4**  **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.8**___
☐ Schedule G _____
**Howard Smith**

**3.12 5**  **Phillip Hulse**

■ Schedule D, line ___**2.32**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

**3.12 6**  **Phillip Hulse**

■ Schedule D, line ___**2.21**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midland States Bank**

**3.12 7**  **River City Owner, LLC**

■ Schedule D, line ___**2.5**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank OZK**

**3.12 8**  **Shevegas Holdings**

■ Schedule D, line ___**2.6**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bridgewater Bank**

**3.12 9**  **Toby Martin**

■ Schedule D, line ___**2.39**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Simmons Bank**

**3.13 0**  **Union FPSE Limited Partners, LLC**

■ Schedule D, line ___**2.16**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Kevin O'Neil**

**3.13 1**  **Vista Apartments, LLC**

■ Schedule D, line ___**2.7**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Colliers Funding LLC**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| Debtor 2<br>(Spouse, if filing) | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number<br>(If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income                                                     12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | | | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  **Kevin James Morrell**                                              Case number (*if known*)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.**  Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: | 8h.+ | $ 0.00 + | $ 0.00 |

9. **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 0.00    $ 0.00

10. **Calculate monthly income.**  Add line 7 + line 9.    10.    $ 0.00 +$ 0.00 =$ 0.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:    11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies    12.    $ 0.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   **will seek employment**

Fill in this information to identify your case:

Debtor 1    **Kevin James Morrell**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter
    13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
| --- | --- |

1. **Is this a joint case?**

    ■ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ■ No

Do not list Debtor 1 and   ☐ Yes.   Fill out this information for
Debtor 2.             each dependent..............

Do not state the
dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| | | ☐ No |
| | | ☐ Yes |
| | | ☐ No |
| | | ☐ Yes |
| | | ☐ No |
| | | ☐ Yes |
| | | ☐ No |
| | | ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ■ No
   ☐ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
| --- | --- |

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
| --- | --- |

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $    **17,609.00**

**If not included in line 4:**

4a.   Real estate taxes                                 4a. $    **3,667.00**
4b.   Property, homeowner's, or renter's insurance      4b. $    **1,583.00**
4c.   Home maintenance, repair, and upkeep expenses   4c. $    **6,800.00**
4d.   Homeowner's association or condominium dues    4d. $    **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans    5. $    **0.00**

| Debtor 1 | **Kevin James Morrell** | Case number (if known) | |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 1,700.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 720.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 335.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,950.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 100.00 |
| 10. | **Personal care products and services** | | 10. $ | 1,500.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 1,000.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.<br>Do not include car payments. | | 12. $ | 500.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 5,100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 500.00 |
| 15. | **Insurance.**<br>Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 1,500.00 |
| | 15c. | Vehicle insurance | 15c. $ | 333.00 |
| | 15d. | Other insurance. Specify: **umbrella** | 15d. $ | 67.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 1,335.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 1,785.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.**<br>Specify: | | 19. $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | 48,084.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | 48,084.00 |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 (your combined monthly income) from Schedule I. | | 23a. $ | 0.00 |
| | 23b. Copy your monthly expenses from line 22c above. | | 23b. -$ | 48,084.00 |
| | 23c. Subtract your monthly expenses from your monthly income.<br>The result is your monthly net income. | | 23c. $ | -48,084.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Kevin James Morrell**                     X _____
**Kevin James Morrell**                              Signature of Debtor 2
Signature of Debtor 1

Date  **December 26, 2024**                          Date _____

Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

    ■ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ■ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2     Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
     Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
     If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ■ No
    ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |

Debtor 1   **Kevin James Morrell**                                       Case number *(if known)*_____

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ■ No
    ☐ Yes. Fill in the details.

| Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|
| | | | |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
    ■ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    \* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.   Go to line 7.
    ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■ No
    ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

Debtor 1   **Kevin James Morrell**                                                        Case number *(if known)*

---

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **People's Savings Bank vs. Green Street Armory Investors, LLC**<br>**24SL-CC05187** | **Suit on Promissory Note** | **St. Louis County Courthouse**<br>**105 S Central Avenue**<br>**Saint Louis, MO 63105** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Simmons Bank Vs. Kevin J. Morrell**<br>**24SL-CC4996** | **Suit on Promissory Note** | **St. Louis County Courthouse**<br>**105 S Central Avenue**<br>**Saint Louis, MO 63105** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ■ No
    ☐ Yes

---

| **Part 5:** | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☐ No
    ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Jason Fenton**<br><br>Person's relationship to you: **Son** | **Christmas Gift** | **December 2022** | **$8,000.00** |
| **Jason Fenton**<br><br>Person's relationship to you: **Son** | **Christmas Gift** | **December 2023** | **$2,000.00** |

---

Debtor 1    **Kevin James Morrell**                                    Case number *(if known)*_____

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Coleen Misuraca**<br><br>Person's relationship to you: **Daughter** | **Christmas Gift** | **December 2022** | **$8,000.00** |
| **Coleen Misuraca**<br><br>Person's relationship to you: **Daughter** | **Christmas Gift** | **December 2023** | **$2,000.00** |
| **Chad Fenton**<br><br>Person's relationship to you: **Son** | **Christmas Gift** | **December 2022** | **$8,000.00** |
| **Chad Fenton**<br><br>Person's relationship to you: **Son** | **Christmas Gift** | **December 2023** | **$2,000.00** |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **St. Louis Police** | **Cash Donation** | **05/18/2023** | **$5,000.00** |
| **St. Louis Police** | **Cash Donation** | **04/12/2023** | **$1,500.00** |
| **Molly Blume** | **Cash Donation** | **02/09/2023** | **$1,000.00** |
| **Cystic Fibrosis Foundation** | **Cash Donation** | **11/14/2022** | **$5,000.00** |

| Part 6: | List Certain Losses |
|---|---|

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

Debtor 1    **Kevin James Morrell**                                    Case number (*if known*) _____

---

| Part 7: | List Certain Payments or Transfers |
|---|---|

**16.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| David M. Dare 439 South Kirkwood Rd. Saint Louis, MO 63122 | Bankruptcy Preparation | Various | $24,280.00 |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Sterling Bank | Pledge of member interest in GS Chroma PHI. | Cash for LLC debts | 2022 |
| Illinois National Bank | Pledge of member interest in GS Chroma PHI | Cash for LLC debts | 2022 |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

Debtor 1    **Kevin James Morrell**                                               Case number *(if known)*

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

Debtor 1    **Kevin James Morrell**                                            Case number (*if known*)

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Green Street Armory Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2022- Present** |
| **Green Street 2900 Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2016- Present** |
| **GS Armory TIF, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2022- Present** |
| **Armory Rec Hall, LLC** | **Operating Company for Armory** | EIN:<br><br>From-To   **2022- Present** |
| **GS Chroma PH I, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2019- Present** |
| **GS Chroma PH I Tier M, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2021- Present** |
| **GS Chroma Ph II Tier Pref, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2021- Present** |

Debtor 1   **Kevin James Morrell**            Case number (*if known*) _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **GS 1525 Vandeventer Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2021- Present** |
| **Green Street 4565 Mcree Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **Green Street 4565 Mcree Market Leverage** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **Green Street Jefferson Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2012- Present** |
| **1601 Jefferson Tif, Inc.** | **Real Estate Company** | EIN:<br><br>From-To   **2012- Present** |
| **Morrell Hilltop Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2013- Present** |
| **GS 1430 Vandeventer, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2021- Present** |
| **GS 3728 Market Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2021- Present** |
| **Green Street OZ Fund 4, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2021- Present** |
| **GS Morrell OZ Fund II, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2021- Present** |
| **GS 11700 Olive Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2021- Present** |
| **Green Park Morin Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2014- Present** |
| **North Riverfront Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2016- Present** |
| **Carrie Tif, Inc** | **Real Estate Company** | EIN:<br><br>From-To   **2016- Present** |

Debtor 1    **Kevin James Morrell**                                    Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Green Street Hazelwood Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2012- Present** |
| **Green Street Pershall Investors II, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2012- Present** |
| **Green Street JM Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2016- Present** |
| **Market Leverage Lender, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2016- Present** |
| **GS 4591 Mcree Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2022- Present** |
| **Green Street Mcree OZ Partnership, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2022- Present** |
| **Green Street OZ Fund 3, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2022- Present** |
| **Oscar Apartments, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2019- Present** |
| **Oscar GS GP, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2019- Present** |
| **Green Street Real Estate Partner, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2019- Present** |
| **PPAF Oscar LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **GS Development Group, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2012- Present** |
| **River City Owner, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2022- Present** |
| **RCBP Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2016- Present** |

Debtor 1   **Kevin James Morrell**                                    Case number *(if known)*  _____

| Business Name<br>Address<br><small>(Number, Street, City, State and ZIP Code)</small> | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **GS River City OP Zone Fund, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2022- Present** |
| **Green Street River City Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2016- Present** |
| **Carondelet Broadway Tif, Inc** | **Real Estate Company** | EIN:<br><br>From-To   **2016- Present** |
| **GS Swan Apartments, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **Swan Apartments Upper Tier, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **Hillcrest Swan Apartments Preferred Inve** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **GS Swan Investors, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **Green Street OZ Fund I, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **GS Morrell OZ Fund I, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **Pacchumama OZ Investments, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **Vista Apartments, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **Union FPSE Limited Partners, LLC** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **Newstead West CID** | **Real Estate Company** | EIN:<br><br>From-To   **2020- Present** |
| **Green Street Development Group, LLC** | **Operating Company** | EIN:<br><br>From-To   **2020- Present** |

Debtor 1   **Kevin James Morrell**                                  Case number (*if known*) _____

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business  Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|
| **Brick & Beverage Group, LLC** | **Operating Company** | EIN:  From-To   **2020- Present** |
| **GS Manager, LLC** | **Real Estate Company** | EIN:  From-To   **2020- Present** |
| **GSBG Yard, LLC** | **Operating Company** | EIN:  From-To   **2020- Present** |
| **KDM Enterprises** | **Operating Company for Jimmy Johns** | EIN:  From-To   **2012- Present** |
| **Green Street Building Services, LLC** | **Operating Company** | EIN:  From-To   **2020- Present** |
| **Green Street Real Estate Ventures, LLC** | **Operating Company** | EIN:  From-To   **2012- Present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name Address (Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

<span style="background:black;color:white">**Part 12:**</span>  **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Kevin James Morrell**
_____                    _____
**Kevin James Morrell**                                       **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **December 26, 2024**                           Date _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **American Bank**<br><br>Description of property securing debt: **Personal Guarantor Residence** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Landrover Financial Group**<br><br>Description of property securing debt: **2023 Landrover** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **US Bank**<br><br>Description of property **2019 Cadillac Escalade** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |

Debtor 1    **Kevin James Morrell** _____    Case number *(if known)* _____

securing debt: _____

_____

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Lessor's name:    **PHD Consulting**

■ No

☐ Yes

Description of leased    **Consulting for Sale of Real Estate**
Property:

| Part 3: | Sign Below |
|---|---|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Kevin James Morrell** _____    X _____

**Kevin James Morrell**    Signature of Debtor 2
Signature of Debtor 1

Date    **December 26, 2024** _____    Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Missouri |
| Case number (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:**     **Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | -$ | | |
| Net monthly income from a business, profession, or farm | $ | Copy here -> $ | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ | | |
| Ordinary and necessary operating expenses | -$ | | |
| Net monthly income from rental or other real property | $ | Copy here -> $ | $ |

| | | |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ | $ |

Debtor 1     **Kevin James Morrell**                                                     Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**                                                     $ _____   $ _____

   Do not enter the amount if you contend that the amount received was a benefit under
   the Social Security Act. Instead, list it here:

   For you ........................................................ $ _____

   For your spouse ........................................ $ _____

9. **Pension or retirement income.** Do not include any amount received that was a
   benefit under the Social Security Act. Also, except as stated in the next sentence, do
   not include any compensation, pension, pay, annuity, or allowance paid by the
   United States Government in connection with a disability, combat-related injury or
   disability, or death of a member of the uniformed services. If you received any retired
   pay paid under chapter 61 of title 10, then include that pay only to the extent that it
   does not exceed the amount of retired pay to which you would otherwise be entitled
   if retired under any provision of title 10 other than chapter 61 of that title.          $ _____   $ _____

10. **Income from all other sources not listed above.**  Specify the source and amount.
    Do not include any benefits received under the Social Security Act; payments
    received as a victim of a war crime, a crime against humanity, or international or
    domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the
    United States Government in connection with a disability, combat-related injury or
    disability, or death of a member of the uniformed services. If necessary, list other
    sources on a separate page and put the total below..

    _____          $ _____   $ _____
    _____          $ _____   $ _____

    Total amounts from separate pages, if any.   +   $ _____   $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
    each column. Then add the total for Column A to the total for Column B.

    $ _____  +  $ _____  =  $ _____

    **Total current monthly income**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

    12a. Copy your total current monthly income from line 11 .......................  **Copy line 11 here=>**        $ _____

    Multiply by 12 (the number of months in a year)                                          **x  12**

    12b. The result is your annual income for this part of the form          12b.  $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

    Fill in the state in which you live.                          [_____]

    Fill in the number of people in your household.              [_____]

    Fill in the median family income for your state and size of household.          13.  $ _____
    To find a list of applicable median income amounts, go online using the link specified in the separate instructions
    for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

    14a. ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
             Go to Part 3. Do NOT fill out or file Official Form 122A-2.

    14b. ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
             Go to Part 3 and fill out Form 122A–2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X /s/ Kevin James Morrell**
   **Kevin James Morrell**
   Signature of Debtor 1

Date  **December 26, 2024**
         MM / DD  / YYYY

Official Form 122A-1                    Chapter 7 Statement of Your Current Monthly Income                    **page 2**

Debtor 1   **Kevin James Morrell**                                                    Case number (*if known*) _____

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Fill in this information to identify your case:

Debtor 1          **Kevin James Morrell**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Eastern District of Missouri

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)          12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

| Part 1 | Identify the Kind of Debts You Have |
|---|---|

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.  Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.  Go to Part 2.

| Part 2: | Determine Whether Military Service Provisions Apply to You |
|---|---|

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　☐ No.   Go to line 3.

   　☐ Yes.  Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.    Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   　☐ No.   Complete Form 122A-1. Do not submit this supplement.

   　☐ Yes.  Check any one of the following categories that applies:

   　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

   　　☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

   　　☐ **I am performing a homeland defense activity for at least 90 days.**

   　　☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

   > If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
   >
   > If your exclusion period ends before your case is closed, you may have to file an amended form later.

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and

> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |   |   |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days ***before*** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Kevin James Morrell** _____    Case No. _____

Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐  **FLAT FEE**

    For legal services, I have agreed to accept _____   $  _____

    Prior to the filing of this statement I have received _____   $  _____

    Balance Due _____   $  _____

☑  **RETAINER**

    For legal services, I have agreed to accept _____   $  **400.00 per hour**

    Prior to filing this statement, I received (Debtor agrees to pay any fees exceeding retainer.) _____   $  **24,280.00**

2.  $  **338.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor   ☐ Other (specify):

5.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  [Other provisions as needed]
        **a.Analysis of the debtors' financial situation, and rendering advice to the debtors in determining whether to convert its in bankruptcy case; b. Preparation and filing of any schedules, statements of affairs and plan which may be required; c. Representation of the debtors at the meeting of creditors and confirmation hearing, and any adjourned hearing thereof; d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters; e. Other necessary matters.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **None**

In re   **Kevin James Morrell**                                          Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**December 26, 2024**                                      **/s/ David M. Dare**
_____          _____
*Date*                                                             **David M. Dare 35965**
                                                                       *Signature of Attorney*
                                                                       **Herren, Dare & Streett**
                                                                       **439 S. Kirkwood Road, Suite 204**
                                                                       **St. Louis, MO 63122**
                                                                       **314-965-3373   Fax: 314-965-2225**
                                                                       **hdsstl@hdsstl.com**
                                                                       *Name of law firm*

# United States Bankruptcy Court
### Eastern District of Missouri

In re   **Kevin James Morrell**

Debtor(s)

Case No.

Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of  **7**  page(s) and is true, correct and complete.

**/s/ Kevin James Morrell**

**Kevin James Morrell**

Debtor Signature

Dated:   **December 26, 2024**

L.F. 2 - 2/2021

1601 Jefferson Tif, Inc

Acre Originator, LLC
670 Dekalb Ave.
Suite 100
Atlanta, GA 30312

Alston & Bird LLP
90 Park Avenue
New York, NY 10016

American Bank
690 N. Service Road
Wright City, MO 63390

Andre Alper
6 Cityplace Drve
Saint Louis, MO 63141

Armory Rec Hall, LLC

Bank of America
P.O. Box 15019
Wilmington, DE 19850

Bank of Franklin Co.
900 E. Street
Washington, MO 63090

Bank of Washington
200 W. Main Street
Washington, MO 63090

Bank OZK
8300 Douglas Avenue
Suite 900
Dallas, TX 75225

Brick & Beverage Group, LLC

Bridgewater Bank
4450 Excelsior Blvd.
Suite 100
Minneapolis, MN 55416

CareTrust REIT, Inc
900 Calle Amanecer
Suite 300
San Clemente, CA 92673

Carondelet Broadway Tif Inc

Carrie Tif, Inc.

Chapters Antioch, LLC

Chapters Holdco I, LLC

Chapters Lamar, LLC

Chapters Little Rock, LLC

Chapters Living, Elmhurst, LLC

Colliers Funding LLC
90 South Seventh Street
Minneapolis, MN 55402

Dan Morrell

First Citizens Bank & Trust
4300 Six Forks Rd.
Raleigh, NC 27609

Green Park Morin Investors, LLC

Green Street 2900 Investors, LLC

Green Street 4565 Mcree Investors, LLC

Green Street 4565 Mcree Market Leverage

Green Street Armory Investors, LLC

Green Street Building Services, Inc

Green Street Construction, LLC

Green Street Hazelwood Investors, LLC

Green Street Jefferson Investors, LLC

Green Street JM Investors, LLC

Green Street OZ Fund 3

Green Street OZ Fund 4, LLC

Green Street OZ Fund I, LLC

Green Street OZ Fund II, LLC

Green Street Pershall Investors II, LLC

Green Street Real Estate Ventures, LLC

Green Street River City Investors, LLC

GS 11700 Olive Investors, LLC

GS 1430 Vandeventer, LLC

GS 1525 Vandeventer Investors, LLC

GS 3728 Market Investors, LLC

GS 4591 Mcree Investors, LLC

GS Armory TIF, LLC

GS Chroma Phi Tier Pref, LLC

GS Chroma Phi, LLC

GS Development Group, LLC

GS Morrell OZ Fund 1, LLC

GS Morrell OZ Fund II, LLC

GS Principals Agreement

GS Swan Apartments, LLC

GS Swan Investors, LLC

GS Vista, LLC

GSBS HDA, LLC

GSBS O'Toole, LLC

Howard Smith

Illinois Facilities Fund
333 South Wabash Ave.
Suite 2800
Chicago, IL 60604

Illinois National Bank
100 Chesterfield Business Parkway
Suite 310
Chesterfield, MO 63005

Invesque MHI Little Rock, LLP
c/o Thompson Coburn
1 US Bank Plaza
Saint Louis, MO 63101

Jack Holleran
4585 McRee
Suite 100
Saint Louis, MO 63110

Jane Morrell

Janice Rohan

KDM Enterprises, LLC

```
Kevin O'Neil
4512 West Pine
Saint Louis, MO 63108

Landrover Financial Group
700 Kansas Lane
LA4-6457
Monroe, LA 71203

Luke Pope


Marco Bay LLC
903 S. Lindbergh Blvd.
Suite 200
Saint Louis, MO 63131

Market Leverage Lender, LLC


Michelle O'Toole
2464 West Port Plaza Dr.
Suite 100
Saint Louis, MO 63146

Mid America Carpenters Regional Counsel
c/o Garick J. Gulino
McGann, Ketterman & Rioux
111 E. Wacker Drive, Ste. 2300
Chicago, IL 60601

Midland States Bank
1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146

Midwest Regional Bank
363 Festus Centre Drive
Festus, MO 63028

Morrell Hilltop Investors, LLC


Newstead West CID


North Riverfront Investors, LLC


Oscar Apartments, LLC


Pacchu Mama OZ Investments I, LLC
```

Pacchu Mama OZ Investments III LLC


Pacchu Mama OZ Investments III, LLC


Peoples National Bank
101 S. Hanley Road
Suite 100
Saint Louis, MO 63105

PHD Consulting
c/o Luke Pope
5 Country Estate Place
Saint Louis, MO 63131

Phillip Hulse


River City Owner, LLC


Shevegas Holdings


Simmons Bank
8151 Clayton Road
Saint Louis, MO 63117

Sound Mark Partners LLC
12 Havemeyer Place
3rd Floor
Greenwich, CT 06830

St. Louis Bank
9811 South Forty Dr.
Saint Louis, MO 63124

Sterling Bank
16100 Swingley Ridge Road
Chesterfield, MO 63017

TI- Lamar Court LLC
7611 State Line Road
Suite 301
Kansas City, MO 64114

TI- Rose Estates LLC
7611 State Line Road
Suite 301
Kansas City, MO 64114

TIB National Association
11701 Luna Road
Dallas, TX 75234

Toby Martin


Twain Funding III
220 Washington Ave.
Saint Louis, MO 63103

Union FPSE Limited Partners, LLC


US Bank
200 South Sixth Street
Minneapolis, MN 55401

Vista Apartments, LLC


Wells Fargo Commercial Mortgage
401 S. Tryon Street
8th Floor
Charlotte, NC 28202