**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | **24-44713** |

☐ Check if this is an
amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | | | **Your assets**<br>Value of what you own |
|---|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B........................................... | $ | 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................. | $ | 80,730,160.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................... | $ | 80,730,160.00 |

### Part 2:  Summarize Your Liabilities

| | | | **Your liabilities**<br>Amount you owe |
|---|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*... | $ | 423,847,000.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................. | $ | 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................ | $ | 6,443,000.00 |
| | **Your total liabilities** | $ | 430,290,000.00 |

### Part 3:  Summarize Your Income and Expenses

| | | | |
|---|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................... | $ | 0.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................ | $ | 48,084.00 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ■ Yes

7. **What kind of debt do you have?**

    ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

    ■ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1   **Kevin James Morrell**                         **Pg 2 of 79**    Case number *(if known)*  **24-44713**

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.       $ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F,* copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.      $ _____

Fill in this information to identify your case and this filing:

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number | 24-44713 |

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                              12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ■ No. Go to Part 2.
   ☐ Yes.  Where is the property?

**Part 2:    Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

   ☐ No
   ■ Yes

| 3.1 | Make: | **Cadillac** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Escalade** | ■ Debtor 1 only | |
| | Year: | **2019** | ☐ Debtor 2 only | |
| | Approximate mileage: | **80,000** | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property?  Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | $30,000.00        $30,000.00 |

| 3.2 | Make: | **Land Rover** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Defender** | ■ Debtor 1 only | |
| | Year: | **2022** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | Current value of the entire property?  Current value of the portion you own? |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | $60,000.00        $60,000.00 |

Debtor 1    __Kevin James Morrell__                          Case number *(if known)*   __24-44713__

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for
   pages you have attached for Part 2. Write that number here..........................................................=>

   | $90,000.00 |

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?          Current value of the
                                                                                          portion you own?
                                                                                          Do not deduct secured
                                                                                          claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes.  Describe.....

   | Tools & Equipment |        $1,175.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ■ Yes.  Describe.....

   | Computers |          $300.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles
   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments
   ☐ No
   ■ Yes.  Describe.....

   | Golf Clubs |           $200.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes.  Describe.....

    | Walther P22, 2 Rifles, Pistol, Gun Safe, Ruger 38 Pistol and 2 Ruger 22 Rifle |          $3,650.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

    | Regular Clothes |          $300.00

Debtor 1    **Kevin James Morrell**    Case number *(if known)* __24-44713__

---

12. **Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ☑ Yes. Describe.....

   | Wedding Ring | $1,000.00 |
   |---|---|

13. **Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☑ No
   ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .......................................................................    $6,625.00

---

**Part 4:  Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

*Current value of the portion you own? Do not deduct secured claims or exemptions.*

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ☑ Yes.................................................................................................

   | Cash | $100.00 |
   |---|---|

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☑ Yes........................

   Institution name:

   | 17.1. | Checking- Kevin J. Morrell Trust | Bank of America-2699 | $500.00 |
   |---|---|---|---|
   | 17.2. | Checking- Kevin J. Morrell Trust | Bank of America- 5968 | $200.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ☑ Yes...................

   Institution or issuer name:

   | Charles Schwab | $2,146.00 |
   |---|---|
   | Fidelity- 6310 | $2,100.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No

---

Official Form 106A/B                    Schedule A/B: Property                    page 3

Debtor 1   Kevin James Morrell                                           Case number (if known)  24-44713

■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| Green Street Armory Investors, LLC | 1 % | $250,000.00 |
| Green Street 2900 Investors, LLC | 28.02 % | $1,485,060.00 |
| GS Armory Tif, LLC | 50 % | $100,000.00 |
| Armory Rec Hall, LLC | 50 % | $157,500.00 |
| Green Street Investors | 38.1 % | $25,336,500.00 |
| GS Vista, LLC | 17.43 % | $4,706,640.00 |
| GS Chroma PH II Tier Pref, LLC | 12.50 % | $2,637,500.00 |
| GS 1525 Vandeventer Investors, LLC | 50.43 % | $3,025,800.00 |
| Green Street 4565 Mcree Investors, LLC | 1 % | $115,000.00 |
| Green Street Jefferson Investors, LLC | 51.08 % | $2,707,240.00 |
| 1601 Jefferson Tif Inc. | 42.53 % | $425,300.00 |
| Morrell Hilltop Investors, LLC | 100 % | $500,000.00 |
| GS 1430 Vandeventer, LLC | 15.37 % | $614,800.00 |
| GS Morrell OZ Fund II, LLC | .50 % | $80,000.00 |
| GS 11700 Olive Investors, LLC | 8.12 % | $162,400.00 |
| Green Park Morin Investors, LLC | 44.78 % | $447,800.00 |
| North Riverfront Investors, LLC | 44.76 % | $700,494.00 |
| Green Street Hazelwood Investors, LLC | 41.91 % | $565,000.00 |
| Green Street Pershall Investors II, LLC | 31.80 % | $429,300.00 |
| Green Street JM Investors, LLC | 16.59 % | $2,903,250.00 |

Debtor 1    Kevin James Morrell                              Case number (if known)    24-44713

| | | |
|---|---|---|
| GS 4591 Mcree Investors, LLC | 9 % | $5,400,000.00 |
| Oscar GS GP, LLC | 10 % | $3,700,000.00 |
| GS Development Group, LLC | 50 % | $0.00 |
| GS River City OP Zone Fund, LLC | 50 % | $3,300,000.00 |
| Green Street River City Investors, LLC | 50 % | $950,000.00 |
| Carondelet Broadway Tif Inc | 16.79 % | $41,975.00 |
| GS Morrell OZ Fund I, LLC | 15.02 % | $12,762,750.00 |
| Union FPSE Limited Partners, LLC | 17.43 % | $4,706,640.00 |
| Green Street Development Group, LLC (CID) | 50 % | $100,000.00 |
| Brick & Beverage Group, LLC (Armory Operating Company) | 92.01 % | $0.00 |
| KDM Enterprises, LLC (Jimmy John Operating Company) | 93 % | $37,200.00 |
| Green Street Building Services, LLC | 86.41 % | $0.00 |
| Green Street Real Estate Ventures, LLC | 33.59 % | $0.00 |
| GS Development Group, LLC | 50 % | $0.00 |
| Chapters Antioch, LLC (inactive Operating Company) | 50 % | $0.00 |
| GSBS HDA, LLC | 50 % | $0.00 |
| GSBS O' Toole, LLC | 50 % | $0.00 |
| Green Street Construction, LLC (inactive contractor) | 50 % | $0.00 |
| Chapters Holdco (Operating Company) | 50 % | $0.00 |
| KDM Enterprises | 50 % | $150,000.00 |

| | | |
|---|---|---|
| GSGB Yard, LLC | 50 % | $0.00 |
| GSGP Fund, LLC | 50 % | $0.00 |
| GS 4565 Mcree Market Leverage Lender, LLC | 1 % | $0.00 |
| GS 3728 Market Investors | .05 % | $80,000.00 |
| Carrie TIF, LLC | 30 % | $300,000.00 |
| 1601 Jefferson TIF, Inc. | 50 % | $10,000.00 |
| GS Mcree Promote, LLC | 6.52 % | $0.00 |
| GS Manager, LLC | 50 % | $0.00 |
| MGL Partners, LLC | 33.33 % | $0.00 |
| Chapters Little Rock (Operating Comapny) | 50 % | $0.00 |
| Chapters San Antonio ( Operating Company) | 50 % | $0.00 |
| Chapter New Braunfels (Operating Agreement) | 50 % | $0.00 |
| Chapters Living Elimhund (Operating Company) | 50 % | $0.00 |
| Chapters Living Bartlett (Operating Company) | 50 % | $0.00 |
| Chapters Lamar (Operating Company) | 50 % | $0.00 |
| GS River City Promote, LLC | 48.5 % | $0.00 |
| Green Street OZ Fund III, LLC | 9 % | $942,840.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them.
                                    Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
                  Type of account:              Institution name:

Official Form 106A/B                    Schedule A/B: Property                              page 6

| IRA- 3224 | **Fidelity Investments** | $2,500.00 |
|---|---|---|

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ..................... Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes............. Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
■ Yes. Give specific information about them...

| James M. Morrell Revocable Trust 09/15/2009 Trustee and Contingent Beneficiary | $0.00 |
|---|---|

| Kevin J. Morrell Revocable Trust 09/15/2009- All Green Street Assets, Settlor, Trustee and Beneficiary | $0.00 |
|---|---|

| JCC Manor Irrevocable Trust- Investment Trustee and Beneficiary | $0.00 |
|---|---|

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes. Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
■ Yes. Give specific information about them...

| Commercial RE Brokers License | $0.00 |
|---|---|

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

Debtor 1   **Kevin James Morrell**                                    Case number *(if known)*   **24-44713**

---

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

    | Daniel Dempster | $45,000.00 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Homeowners Cincinnatti Insurance | Jane and Kevin Morrell | $0.00 |

32. **Any interest in property that is due from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes.  Describe each claim.........

    | Claims vs. GS North Riverfront Investors, LLC | $750,000.00 |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here**............................................................................................................

    | $80,633,535.00 |

---

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

---

**Part 6:**   Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
             If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes.  Go to line 47.

---

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

---

Official Form 106A/B                         Schedule A/B: Property                                    page 8

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................

| | $0.00 |
|---|---|

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...............................................................................................

| | $0.00 |
|---|---|

56. **Part 2: Total vehicles, line 5** — $90,000.00
57. **Part 3: Total personal and household items, line 15** — $6,625.00
58. **Part 4: Total financial assets, line 36** — $80,633,535.00
59. **Part 5: Total business-related property, line 45** — $0.00
60. **Part 6: Total farm- and fishing-related property, line 52** — $0.00
61. **Part 7: Total other property not listed, line 54** + $0.00

62. **Total personal property.** Add lines 56 through 61... — $80,730,160.00    Copy personal property total — $80,730,160.00

63. **Total of all property on Schedule A/B.** Add line 55 + line 62

| | $80,730,160.00 |
|---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | 24-44713 |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Cash, Bank Accounts and 2019 Cadillac**<br>Line from *Schedule A/B*: | $600.00 | ☑ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(3) |
| **Cash, Bank Accounts and 2019 Cadillac**<br>Line from *Schedule A/B*: | $1,250.00 | ☑ $1,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.440 |
| **2019 Cadillac**<br>Line from *Schedule A/B*: | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(5) |
| **Household Goods**<br>Line from *Schedule A/B*: | $3,000.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(1) |
| **Wedding Ring**<br>Line from *Schedule A/B*: | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(2) |

Debtor 1   **Kevin James Morrell**                                                    Case number (if known)   24-44713

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **Wedding Ring** Line from *Schedule A/B*: | $500.00 | ■ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(2) |
| **Fidelity IRA Account** Line from *Schedule A/B*: | $2,500.00 | ■ $2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | RSMo § 513.430.1(10)(e) |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kevin James Morrell |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | 24-44713 |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** Acre Originator, LLC<br>Creditor's Name | Describe the property that secures the claim:<br>Interest in GS Swan Apartments,<br>LLC- Personal Guarantee by Kevin<br>Morrell thru GS Morrell OZ Fund I,<br>LLC | $59,500,000.00 | $85,000,000.00 | $0.00 |

670 Dekalb Ave.
Suite 100
Atlanta, GA 30312

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   2023        Last 4 digits of account number   0113

Debtor 1    **Kevin James Morrell**

First Name    Middle Name    Last Name

Case number (if known)    24-44713

---

| 2.2 | **American Bank** | Describe the property that secures the claim: | $3,250,000.00 | $5,000,000.00 | $0.00 |

Creditor's Name

**Personal Guarantor of property at 2019 Mason Road, owned by Jane Morrell Trust.**

690 N. Service Road
Wright City, MO 63390

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____    Last 4 digits of account number _____

---

| 2.3 | **Bank of Franklin Co.** | Describe the property that secures the claim: | $250,000.00 | $500,000.00 | $0.00 |

Creditor's Name

**Interest in Morrell Hilltop Investors, LLC, Deed of Trust, 1st Priority**

900 E. Street
Washington, MO 63090

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    Deed of Trust on 14 Hilltop, Eureka, MO 63025

Date debt was incurred    2015    Last 4 digits of account number    6100

---

| 2.4 | **Bank of Washington** | Describe the property that secures the claim: | $61,200,000.00 | $60,000,000.00 | $1,200,000.00 |

Creditor's Name

**Interest in GS OZ Fund III, LLC, which owns part of GS 4591 Mcree Investors, LLC, Rail Apts., Personal Guarantor.**

200 W. Main Street
Washington, MO 63090

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    2022    Last 4 digits of account number _____

---

Debtor 1    __Kevin James Morrell__
    First Name           Middle Name           Last Name

Case number (if known)    __24-44713__

---

| **2.5** | **Bank of Washington** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:** | $2,000,000.00 | $0.00 | $2,000,000.00

> Chapters Secured Lease

**200 W. Main Street**
**Washington, MO 63090**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred    __2022__          Last 4 digits of account number ____

---

| **2.6** | **Bank OZK** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:** | $23,500,000.00 | $44,000,000.00 | $0.00

> Interest in GS River City Op Zone I, LLC, in River City Owner, LLC & RCBP Investors, LLC

**8300 Douglas Avenue**
**Suite 900**
**Dallas, TX 75225**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred    __2022__          Last 4 digits of account number ____

---

| **2.7** | **Bridgewater Bank** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:** | $23,500,000.00 | $37,000,000.00 | $0.00

> Interest in Green Street Real Estate Partners, LLC, Oscar GSGP, LLC and Oscar Apartments, LLC

**4450 Excelsior Blvd.**
**Suite 100**
**Minneapolis, MN 55416**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred    __2024__          Last 4 digits of account number ____

---

Debtor 1  **Kevin James Morrell**
First Name ____ Middle Name ____ Last Name ____

Case number (if known)  **24-44713**

| 2.8 | **CareTrust REIT, Inc** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $1,200,000.00 | $0.00 | $1,200,000.00 |

Describe the property that secures the claim:

**Chapters Secured Lease**

**900 Calle Amanecer**
**Suite 300**
**San Clemente, CA 92673**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2022**

Last 4 digits of account number _____

---

| 2.9 | **Colliers Funding LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $28,000,000.00 | $27,000,000.00 | $1,000,000.00 |

Describe the property that secures the claim:

**Interest in GS Vista, LLC, in Vista Apartments, LLC**

**90 South Seventh Street**
**Minneapolis, MN 55402**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2021**

Last 4 digits of account number _____

---

| 2.10 | **First Citizens Bank & Trust** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe the property that secures the claim: | $100,000.00 | $15,000.00 | $85,000.00 |

Describe the property that secures the claim:

**Interest in Armory Rec Hall, LLC**

**4300 Six Forks Rd.**
**Raleigh, NC 27609**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **2023**

Last 4 digits of account number  **3298**

---

Debtor 1  **Kevin James Morrell**                                    Case number (if known)  **24-44713**
_____First Name_____Middle Name_____Last Name____

| 2.1 1 | **Illinois Facilities Fund** | | | | | |
|---|---|---|---|---|---|---|

**Illinois Facilities Fund**
Creditor's Name

333 South Wabash Ave.
Suite 2800
Chicago, IL 60604
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**   $1,200,000.00   $1,000,000.00   $200,000.00

Interest in 1601 Jefferson Tif Inc

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   2020          Last 4 digits of account number   8245

---

| 2.1 2 | **Illinois Facilities Fund** |
|---|---|

**Illinois Facilities Fund**
Creditor's Name

333 South Wabash Ave.
Suite 2800
Chicago, IL 60604
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**   $1,700,000.00   $0.00   $1,700,000.00

Interest in GS Development Group, LLC

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   2020          Last 4 digits of account number   8297

---

| 2.1 3 | **Illinois Facilities Fund** |
|---|---|

**Illinois Facilities Fund**
Creditor's Name

333 South Wabash Ave.
Suite 2800
Chicago, IL 60604
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**   $2,800,000.00   $0.00   $2,800,000.00

Interest in Green Street Development Group, LLC, in Newstead West CID

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   2020          Last 4 digits of account number   8351

---

Debtor 1  **Kevin James Morrell**
　　　　First Name　　　Middle Name　　　Last Name

Case number (if known)  __24-44713__

| 2.1 4 | | |
|---|---|---|

**Illinois National Bank**
Creditor's Name

**100 Chesterfield Business Pkwy Suite 310 Chesterfield, MO 63005**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  __2022__

**Describe the property that secures the claim:**

Interest in GS Armory Tif, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  __0000__

$3,800,000.00    $100,000.00    $3,700,000.00

---

| 2.1 5 | | |
|---|---|---|

**Illinois National Bank**
Creditor's Name

**100 Chesterfield Business Parkway Suite 310 Chesterfield, MO 63005**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  __2021__

**Describe the property that secures the claim:**

Interest in GS Chroma PH II Tier Pref, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  __0000__

$21,000,000.00    $21,100,000.00    $0.00

---

| 2.1 6 | | |
|---|---|---|

**Illinois National Bank**
Creditor's Name

**100 Chesterfield Business Parkway Suite 310 Chesterfield, MO 63005**
Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred  __2021__

**Describe the property that secures the claim:**

Interest in GS Morrell OZ Funds II, LLC which owns interest in GS 3728 Market Investors, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number  __6565__

$17,500,000.00    $16,000,000.00    $1,500,000.00

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 17

Debtor 1  **Kevin James Morrell**

First Name  Middle Name  Last Name

Case number (if known)  **24-44713**

---

| 2.17 | **Illinois National Bank** | | |
|---|---|---|---|

Creditor's Name

**100 Chesterfield Business Parkway Suite 310 Chesterfield, MO 63005**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:  $1,050,000.00  $66,500,000.00  $0.00

**Interest in Pledge of Green Street Investors which owns interest in GS Chroma PH I, LLC**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **2022**

Last 4 digits of account number  **9876**

---

| 2.18 | **Kevin O'Neil** | | |
|---|---|---|---|

Creditor's Name

**4512 West Pine Saint Louis, MO 63108**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:  $3,000,000.00  $0.00  $3,000,000.00

**Interest in GS Vista, LLC which owns part of Vista Apartments, LLC**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  **2021**

Last 4 digits of account number  _____

---

| 2.19 | **Landrover Financial Group** | | |
|---|---|---|---|

Creditor's Name

**700 Kansas Lane LA4-6457 Monroe, LA 71203**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Describe the property that secures the claim:  $57,000.00  $57,000.00  $0.00

**2023 Landrover, Wife's Car**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred  _____

Last 4 digits of account number  _____

---

Official Form 106D  Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**  page 7 of 17

Debtor 1    **Kevin James Morrell**

First Name    Middle Name    Last Name

Case number (if known)    **24-44713**

---

| 2.2 0 | **Midland States Bank** |
|---|---|

Creditor's Name

**1801 Park 270 Drive**
**Suite 200**
**Saint Louis, MO 63146**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred    **2022**

**Describe the property that secures the claim:**    $6,900,000.00    $17,500,000.00    $0.00

**Interest in Green Street JM Investors, LLC 1st Priority**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number

---

| 2.2 1 | **Midland States Bank** |
|---|---|

Creditor's Name

**1801 Park 270 Drive**
**Suite 200**
**Saint Louis, MO 63146**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred    **2018**

**Describe the property that secures the claim:**    $6,100,000.00    $17,500,000.00    $0.00

**Interest in GS JM Investors, LLC, 2nd Priority**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number

---

| 2.2 2 | **Midland States Bank** |
|---|---|

Creditor's Name

**1801 Park 270 Drive**
**Suite 200**
**Saint Louis, MO 63146**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

Date debt was incurred

**Describe the property that secures the claim:**    $915,000.00    $250,000.00    $665,000.00

**Interest in Carondelet Broadway Tif Inc**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number

---

Debtor 1  **Kevin James Morrell**
    First Name      Middle Name      Last Name

Case number (if known)  **24-44713**

---

| 2.23 | **Midwest Regional Bank** | | $2,250,000.00 | $300,000.00 | $1,950,000.00 |

Creditor's Name

**363 Festus Centre Drive
Festus, MO 63028**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> Interest in Armory Rec Hall, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **2022**    Last 4 digits of account number **3481**

---

| 2.24 | **Midwest Regional Bank** | | $1,800,000.00 | $5,300,000.00 | $0.00 |

Creditor's Name

**363 Festus Centre Drive
Festus, MO 63028**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> Interest in GS 2900 Investors, LLC & Armory Parking Lot

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **2018**    Last 4 digits of account number **6824**

---

| 2.25 | **Midwest Regional Bank** | | $4,750,000.00 | $6,000,000.00 | $0.00 |

Creditor's Name

**363 Festus Centre Drive
Festus, MO 63028**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

> Interest in GS 1525 Vandeventer Investors, LLC

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred **2021**    Last 4 digits of account number **1477**

---

Debtor 1   **Kevin James Morrell**

First Name          Middle Name          Last Name

Case number (if known)   **24-44713**

---

| 2.2 6 | **Midwest Regional Bank** |
|---|---|

Creditor's Name

**363 Festus Centre Drive
Festus, MO 63028**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

| Interest in GS 1430 Vandeventer, LLC |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** _____

$4,000,000.00    $4,000,000.00    $0.00

---

| 2.2 7 | **Midwest Regional Bank** |
|---|---|

Creditor's Name

**363 Festus Centre Drive
Festus, MO 63028**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 2024

**Describe the property that secures the claim:**

| Interest in Green Park Morin Investors, LLC |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 3316

$1,250,000.00    $1,000,000.00    $250,000.00

---

| 2.2 8 | **Midwest Regional Bank** |
|---|---|

Creditor's Name

**363 Festus Centre Drive
Festus, MO 63028**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 2012

**Describe the property that secures the claim:**

| Interest in GS Hazelwood Investors, LLC |
|---|

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** 1294

$1,100,000.00    $1,350,000.00    $0.00

---

Debtor 1   **Kevin James Morrell**

First Name          Middle Name                    Last Name

Case number (if known)   **24-44713**

---

| 2.29 | **Midwest Regional Bank** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**363 Festus Centre Drive**
**Festus, MO 63028**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   2019

**Describe the property that secures the claim:**

**Interest in GS River City Investors, LLC**

$2,000,000.00          $1,900,000.00          $100,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number

---

| 2.30 | **Midwest Regional Bank** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**363 Festus Centre Drive**
**Festus, MO 63028**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   2020

**Describe the property that secures the claim:**

**Interest in GS Building Services, LLC, Cross Collatlialized with all other security for this lender.**

$1,500,000.00          $0.00          $1,500,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number   9644

---

| 2.31 | **Midwest Regional Bank** | | | | |
|---|---|---|---|---|---|

Creditor's Name

**363 Festus Centre Drive**
**Festus, MO 63028**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

Date debt was incurred   2020

**Describe the property that secures the claim:**

**Interest in GS Real Estate Ventures, LLC, Cross Collatlialized with all other security for this lender.**

$1,000,000.00          $0.00          $1,000,000.00

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

Last 4 digits of account number   2170

---

Debtor 1    **Kevin James Morrell**                                    Case number (if known)    24-44713
_____    _____    _____
First Name    Middle Name    Last Name

| 2.3 2 | **Midwest Regional Bank** | Describe the property that secures the claim: | $1,100,000.00 | $1,350,000.00 | $0.00 |

Creditor's Name

**Interest in GS Pershall Investors, LLC**

363 Festus Centre Drive
Festus, MO 63028

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    2012        Last 4 digits of account number    1294

---

| 2.3 3 | **Peoples National Bank** | Describe the property that secures the claim: | $25,000,000.00 | $9,500,000.00 | $15,500,000.00 |

Creditor's Name

**2nd Priority Interest in GS Armory Investors, LLC & Armory Building, Personal Guaranty**

101 S. Hanley Road
Suite 100
Saint Louis, MO 63105

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    2024        Last 4 digits of account number

---

| 2.3 4 | **Peoples National Bank** | Describe the property that secures the claim: | $10,000,000.00 | $315,000.00 | $9,685,000.00 |

Creditor's Name

**Interest in GS Armory Rec Hall, LLC**

101 S. Hanley Road
Suite 100
Saint Louis, MO 63105

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    2022        Last 4 digits of account number

---

Debtor 1    **Kevin James Morrell**
First Name    Middle Name    Last Name

Case number (if known)    **24-44713**

| 2.35 | **Peoples National Bank** | | $13,500,000.00 | $11,695,000.00 | $1,805,000.00 |

Creditor's Name

**Describe the property that secures the claim:**

**Interest in GS OZ Fund II, LLC, GS 4565 Mcree Investors, LLC & GS 4565 Mcree Market Leverage Lender, LLC**

101 S. Hanley Road
Suite 100
Saint Louis, MO 63105

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2021**    Last 4 digits of account number _____

| 2.36 | **Peoples National Bank** | | $130,000.00 | $500,000.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

**Interest in Morrell Hilltop Investors, LLC, 1st Priority Interest and Deed of Trust**

101 S. Hanley Road
Suite 100
Saint Louis, MO 63105

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **2022**

Debtor 1  **Kevin James Morrell**
   First Name      Middle Name      Last Name
                   Case number (if known)  **24-44713**

---

| 2.3 7 | **Peoples National Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**101 S. Hanley Road
Suite 100
Saint Louis, MO 63105**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**  $80,000.00  $300,000.00  $0.00

> **Interest in KDM Enterprises, LLC assets**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **2023**          Last 4 digits of account number    **0226**

---

| 2.3 8 | **Peoples National Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**101 S. Hanley Road
Suite 100
Saint Louis, MO 63105**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**  $130,000.00  $300,000.00  $0.00

> **Interest in KDM Enterprises, LLC, 1st Priority**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **2015**          Last 4 digits of account number    **2022**

---

| 2.3 9 | **Simmons Bank** | | | |
|---|---|---|---|---|

Creditor's Name

**8151 Clayton Road
Saint Louis, MO 63117**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**  $4,500,000.00  $2,000,000.00  $2,500,000.00

> **Interest in GS 11700 Olive Investors, LLC**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **2021**          Last 4 digits of account number    **7848**

---

Debtor 1   **Kevin James Morrell**
_____
First Name       Middle Name       Last Name

Case number (if known)   __24-44713__

| 2.40 | **Sound Mark Partners LLC** | | Describe the property that secures the claim: | $10,100,000.00 | $66,500,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**Interest in GS Chroma PH I Tier M, LLC, interst in Green Street Investors, LLC, Mezzanine Debt**

**12 Havemeyer Place 3rd Floor Greenwich, CT 06830**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2019**        Last 4 digits of account number   __1025__

---

| 2.41 | **St. Louis Bank** | | Describe the property that secures the claim: | $4,600,000.00 | $5,300,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**Interest in GS Jefferson Investors, LLC**

**9811 South Forty Dr. Saint Louis, MO 63124**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2022**        Last 4 digits of account number   __6997__

---

| 2.42 | **Sterling Bank** | | Describe the property that secures the claim: | $1,025,000.00 | $66,500,000.00 | $0.00 |

Creditor's Name

Describe the property that secures the claim:

**Interest in GS Chroma PH I, LLC, Interest in Green Street Investors**

**16100 Swingley Ridge Road Chesterfield, MO 63017**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **2022**        Last 4 digits of account number   __9195__

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 15 of 17

Debtor 1   **Kevin James Morrell**
First Name     Middle Name     Last Name

Case number (if known)   **24-44713**

| 2.4 3 | **Twain Funding III** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe the property that secures the claim:**    $15,500,000.00    $25,000,000.00    $0.00

**First Priority Interest in GS Armory Investors, LLC & Armory Building**

**220 Washington Ave.**
**Saint Louis, MO 63103**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**   2022          **Last 4 digits of account number**

---

| 2.4 4 | **US Bank** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe the property that secures the claim:**    $10,000.00    $30,000.00    $0.00

**2019 Cadillac Escalade**

**200 South Sixth Street**
**Minneapolis, MN 55401**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**          **Last 4 digits of account number**

---

| 2.4 5 | **Wells Fargo Commercial Mortgage** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

**Describe the property that secures the claim:**    $35,000,000.00    $66,500,000.00    $0.00

**Interest in GS Chroma PH I, LLC, Interest in Green Street Investors, LLC, 1st Priority**

**401 S. Tryon Street**
**8th Floor**
**Charlotte, NC 28202**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**   2019          **Last 4 digits of account number**   1439

---

Debtor 1  **Kevin James Morrell**
First Name          Middle Name          Last Name

Case number (if known)    **24-44713**

| 2.46 | **Wells Fargo Commercial Mortgage** | Describe the property that secures the claim: | $15,000,000.00 | $66,500,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**401 S. Tryon Street
8th Floor
Charlotte, NC 28202**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**Interest in GS Chroma PH I, LLC, Interest in Green Street Investors, LLC**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number    **5396**

Add the dollar value of your entries in Column A on this page. Write that number here:

| **$423,847,000.00** |
|---|

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

| **$423,847,000.00** |
|---|

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]

Name, Number, Street, City, State & Zip Code
**Alston & Bird LLP
90 Park Avenue
New York, NY 10016**

On which line in Part 1 did you enter the creditor?   **2.46**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number | **24-44713** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

    ■ No. Go to Part 2.

    ☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

    ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| **4.1** **Andre Alper** | Last 4 digits of account number _____ | **$275,000.00** |
| Nonpriority Creditor's Name | | |
| **6 Cityplace Drve** | When was the debt incurred?    2023 | |
| **Saint Louis, MO 63141** | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| Who incurred the debt? Check one. | | |
| ☐ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** | |
| ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| Is the claim subject to offset? | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ■ No | ■ Other. Specify _____ | |
| ☐ Yes | | |

Debtor 1   **Kevin James Morrell**                                      Case number (if known)   **24-44713**

---

| 4.2 | **Bank of America** | Last 4 digits of account number   8256 | **$28,000.00** |

Nonpriority Creditor's Name

**P.O. Box 15019**
**Wilmington, DE 19850**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| 4.3 | **Bank of America** | Last 4 digits of account number   2412 | **$21,000.00** |

Nonpriority Creditor's Name

**P.O. Box 15019**
**Wilmington, DE 19850**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

| 4.4 | **Bank of America** | Last 4 digits of account number   1926 | **$16,000.00** |

Nonpriority Creditor's Name

**P.O. Box 15019**
**Wilmington, DE 19850**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit Card**

---

Debtor 1    **Kevin James Morrell**    Case number (if known)    **24-44713**

---

| 4.5 | **Bank of America** | | Last 4 digits of account number    **1410** | | $25,000.00 |

Nonpriority Creditor's Name

**P.O. Box 15019**
**Wilmington, DE 19850**
Number Street City State Zip Code

When was the debt incurred?    _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Credit Card**

---

| 4.6 | **Howard Smith** | | Last 4 digits of account number    _____ | | $500,000.00 |

Nonpriority Creditor's Name

**1712 Deer Creek Lane**
**Saint Louis, MO 63124**
Number Street City State Zip Code

When was the debt incurred?    **2022**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    _____

---

| 4.7 | **Illinois Facilities Fund** | | Last 4 digits of account number    **8297** | | $350,000.00 |

Nonpriority Creditor's Name

**333 South Wabash Ave.**
**Suite 2800**
**Chicago, IL 60604**
Number Street City State Zip Code

When was the debt incurred?    **2020**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

Is the claim subject to offset?

■ No
☐ Yes

■ Other. Specify    **Bridge Funding**

---

Debtor 1  Kevin James Morrell                                    Case number (if known)    24-44713

---

| 4.8 | Invesque MHI Little Rock, LLP | Last 4 digits of account number _____ | $1,750,000.00 |

Nonpriority Creditor's Name
c/o Thompson Coburn
1 US Bank Plaza
Saint Louis, MO 63101

When was the debt incurred?    2022

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No
☐ Yes

☑ Other. Specify    Lease Guaranty Chapters

---

| 4.9 | Jack Holleran | Last 4 digits of account number _____ | $120,000.00 |

Nonpriority Creditor's Name
4585 McRee
Suite 100
Saint Louis, MO 63110

When was the debt incurred?    2024

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No
☐ Yes

☑ Other. Specify    Loan Workout

---

| 4.10 | Michelle O'Toole | Last 4 digits of account number _____ | $1,000,000.00 |

Nonpriority Creditor's Name
2464 West Port Plaza Dr.
Suite 100
Saint Louis, MO 63146

When was the debt incurred?    2021

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
☑ No
☐ Yes

☑ Other. Specify    _____

---

Debtor 1   Kevin James Morrell    Case number (if known)   24-44713

---

**4.1 1**

**Mid America Carpenters Regional Counsel**
Nonpriority Creditor's Name
c/o Garick J. Gulino
McGann, Ketterman & Rioux
111 E. Wacker Drive, Ste. 2300
Chicago, IL 60601
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____     $750,000.00

When was the debt incurred?    2019

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Unsecured Loan

---

**4.1 2**

**Midwest Regional Bank**
Nonpriority Creditor's Name
363 Festus Centre Drive
Festus, MO 63028
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number _____     $50,000.00

When was the debt incurred?    2020

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Interest in Brick & Beverage Group, LLC

---

**4.1 3**

**Midwest Regional Bank**
Nonpriority Creditor's Name
363 Festus Centre Drive
Festus, MO 63028
Number Street City State Zip Code

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   0822     $125,000.00

When was the debt incurred?    2024

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Line of Credit

---

Debtor 1    Kevin James Morrell    Case number (if known)    24-44713

| 4.1 4 | Ralph Morrell | | | $655,000.00 |

Nonpriority Creditor's Name

**2230 View Royal**

**Saint Louis, MO 63131**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number

**When was the debt incurred?**    **2023 and 2024**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify

---

| 4.1 5 | TI- Lamar Court LLC | | | $250,000.00 |

Nonpriority Creditor's Name

**7611 State Line Road**

**Suite 301**

**Kansas City, MO 64114**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Chapters Lease Guaranty

---

| 4.1 6 | TI- Rose Estates LLC | | | $250,000.00 |

Nonpriority Creditor's Name

**7611 State Line Road**

**Suite 301**

**Kansas City, MO 64114**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a **community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number

**When was the debt incurred?**    **2022**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    Chapters Lease Guaranty

---

Debtor 1    Kevin James Morrell                                    Case number (if known)    24-44713

---

| 4.17 | TIB National Association | | Last 4 digits of account number | 7520 | $28,000.00 |

**TIB National Association**
Nonpriority Creditor's Name
11701 Luna Road
Dallas, TX 75234
Number Street City State Zip Code

**When was the debt incurred?** 2022

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.18 | Tim Reese | | Last 4 digits of account number | | $250,000.00 |

**Tim Reese**
Nonpriority Creditor's Name
3001 Mega Lane
Godfrey, IL 62035
Number Street City State Zip Code

**When was the debt incurred?** 09/2024

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ |

Debtor 1   __Kevin James Morrell__                                    Case number (if known)   __24-44713__

| | | | |
|---|---|---|---|
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $                0.00 |
| | | | $        6,443,000.00 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $        6,443,000.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number | **24-44713** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1  **1601 Jefferson Tif, Inc** | ■ Schedule D, line   **2.11**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Illinois Facilities Fund** |
| 3.2  **Armory Rec Hall, LLC** | ■ Schedule D, line   **2.34**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.3  **Armory Rec Hall, LLC** | ■ Schedule D, line   **2.23**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |

Debtor 1  **Kevin James Morrell**                                      Case number *(if known)*  **24-44713**

---

▮ **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**                          *Column 2:* **The creditor to whom you owe the debt**
                                                        Check all schedules that apply:

3.4  **Armory Rec Hall, LLC**                           ☐ Schedule D, line _____
                                                        ■ Schedule E/F, line ___**4.17**___
                                                        ☐ Schedule G _____
                                                        **TIB National Association**

---

3.5  **Armory Rec Hall, LLC**                           ■ Schedule D, line ___**2.10**___
                                                        ☐ Schedule E/F, line _____
                                                        ☐ Schedule G _____
                                                        **First Citizens Bank & Trust**

---

3.6  **Brick & Beverage Group, LLC**                    ☐ Schedule D, line _____
                                                        ■ Schedule E/F, line ___**4.12**___
                                                        ☐ Schedule G _____
                                                        **Midwest Regional Bank**

---

3.7  **Carondelet Broadway Tif Inc**                    ■ Schedule D, line ___**2.22**___
                                                        ☐ Schedule E/F, line _____
                                                        ☐ Schedule G _____
                                                        **Midland States Bank**

---

3.8  **Chapters Antioch, LLC**                          ☐ Schedule D, line _____
                                                        ■ Schedule E/F, line ___**4.16**___
                                                        ☐ Schedule G _____
                                                        **TI- Rose Estates LLC**

---

3.9  **Chapters Holdco I, LLC**                         ■ Schedule D, line ___**2.5**___
                                                        ☐ Schedule E/F, line _____
                                                        ☐ Schedule G _____
                                                        **Bank of Washington**

---

3.10  **Chapters Lamar, LLC**                           ☐ Schedule D, line _____
                                                        ■ Schedule E/F, line ___**4.15**___
                                                        ☐ Schedule G _____
                                                        **TI- Lamar Court LLC**

---

3.11  **Chapters Little Rock, LLC**                     ☐ Schedule D, line _____
                                                        ■ Schedule E/F, line ___**4.8**___
                                                        ☐ Schedule G _____
                                                        **Invesque MHI Little Rock, LLP**

---

Debtor 1 **Kevin James Morrell**

Case number (if known) __24-44713__

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.12 **Chapters Living, Elmhurst, LLC** | ■ Schedule D, line __2.8__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**CareTrust REIT, Inc** |
| 3.13 **Dan Morrell** | ■ Schedule D, line __2.37__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.14 **Dan Morrell** | ■ Schedule D, line __2.38__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.15 **Green Park Morin Investors, LLC** | ■ Schedule D, line __2.27__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.16 **Green Street 2900 Investors, LLC** | ■ Schedule D, line __2.24__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.17 **Green Street 4565 Mcree Investors, LLC** | ■ Schedule D, line __2.35__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.18 **Green Street 4565 Mcree Market Leverage** | ■ Schedule D, line __2.35__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.19 **Green Street Armory Investors, LLC** | ■ Schedule D, line __2.33__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |

Debtor 1  __Kevin James Morrell__                          Case number (if known)  __24-44713__

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.20  **Green Street Armory Investors, LLC**

■ Schedule D, line ___2.43___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Twain Funding III**

3.21  **Green Street Building Services, Inc**

■ Schedule D, line ___2.30___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.22  **Green Street Construction, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.13___
☐ Schedule G _____
**Midwest Regional Bank**

3.23  **Green Street Hazelwood Investors, LLC**

■ Schedule D, line ___2.28___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.24  **Green Street Jefferson Investors, LLC**

■ Schedule D, line ___2.41___
☐ Schedule E/F, line _____
☐ Schedule G _____
**St. Louis Bank**

3.25  **Green Street JM Investors, LLC**

■ Schedule D, line ___2.20___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midland States Bank**

3.26  **Green Street OZ Fund 3**

■ Schedule D, line ___2.4___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of Washington**

3.27  **Green Street OZ Fund 4, LLC**

■ Schedule D, line ___2.16___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois National Bank**

Debtor 1  **Kevin James Morrell** _____   Case number (if known)  **24-44713** _____

▇ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.28  **Green Street OZ Fund I, LLC**

■ Schedule D, line __**2.1**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Acre Originator, LLC**

3.29  **Green Street OZ Fund II, LLC**

■ Schedule D, line __**2.35**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Peoples National Bank**

3.30  **Green Street Pershall Investors II, LLC**

■ Schedule D, line __**2.32**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.31  **Green Street Real Estate Ventures, LLC**

■ Schedule D, line __**2.31**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.32  **Green Street River City Investors, LLC**

■ Schedule D, line __**2.29**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.33  **GS 11700 Olive Investors, LLC**

■ Schedule D, line __**2.39**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Simmons Bank**

3.34  **GS 1430 Vandeventer, LLC**

■ Schedule D, line __**2.26**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.35  **GS 1525 Vandeventer Investors, LLC**

■ Schedule D, line __**2.25**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

Debtor 1  Kevin James Morrell                                    Case number (if known)  24-44713

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.36  **GS 3728 Market Investors, LLC**

■ Schedule D, line __2.16__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois National Bank**

3.37  **GS 4591 Mcree Investors, LLC**

■ Schedule D, line __2.4__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of Washington**

3.38  **GS Armory TIF, LLC**

■ Schedule D, line __2.14__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois National Bank**

3.39  **GS Chroma Phi Tier Pref, LLC**

■ Schedule D, line __2.15__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois National Bank**

3.40  **GS Chroma Phi, LLC**

■ Schedule D, line __2.45__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo Commercial Mortgage**

3.41  **GS Chroma Phi, LLC**

■ Schedule D, line __2.46__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo Commercial Mortgage**

3.42  **GS Chroma Phi, LLC**

■ Schedule D, line __2.40__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Sound Mark Partners LLC**

3.43  **GS Development Group, LLC**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**Illinois Facilities Fund**

Debtor 1  __Kevin James Morrell__                                   Case number *(if known)*  __24-44713__

**■** **Additional Page to List More Codebtors**

| *Column 1:* Your codebtor | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.44  **GS Morrell OZ Fund 1, LLC** | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Acre Originator, LLC** |
| 3.45  **GS Morrell OZ Fund II, LLC** | ■ Schedule D, line __2.16__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Illinois National Bank** |
| 3.46  **GS Principals Agreement** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G ____<br>**Howard Smith** |
| 3.47  **GS Swan Apartments, LLC** | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Acre Originator, LLC** |
| 3.48  **GS Swan Investors, LLC** | ■ Schedule D, line __2.1__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Acre Originator, LLC** |
| 3.49  **GS Vista, LLC** | ■ Schedule D, line __2.18__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Kevin O'Neil** |
| 3.50  **GSBS HDA, LLC** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G ____<br>**Jack Holleran** |
| 3.51  **GSBS HDA, LLC** | ☐ Schedule D, line ____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G ____<br>**Andre Alper** |

Debtor 1    Kevin James Morrell                                    Case number *(if known)*    24-44713

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52  **GSBS O'Toole, LLC** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Michelle O'Toole** |
| 3.53  **Howard Smith** | ■ Schedule D, line __2.45__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Wells Fargo Commercial Mortgage** |
| 3.54  **Howard Smith** | ■ Schedule D, line __2.46__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Wells Fargo Commercial Mortgage** |
| 3.55  **Howard Smith** | ■ Schedule D, line __2.40__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Sound Mark Partners LLC** |
| 3.56  **Howard Smith** | ■ Schedule D, line __2.15__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Illinois National Bank** |
| 3.57  **Jane Morrell** | ■ Schedule D, line __2.9__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Colliers Funding LLC** |
| 3.58  **Jane Morrell** | ■ Schedule D, line __2.23__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.59  **Jane Morrell** | ■ Schedule D, line __2.24__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |

Debtor 1   Kevin James Morrell                                    Case number *(if known)*   24-44713

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.60   **Jane Morrell**

■ Schedule D, line ___2.25___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.61   **Jane Morrell**

■ Schedule D, line ___2.26___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.62   **Jane Morrell**

■ Schedule D, line ___2.28___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.63   **Jane Morrell**

■ Schedule D, line ___2.27___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.64   **Jane Morrell**

■ Schedule D, line ___2.29___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.65   **Jane Morrell**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.12___
☐ Schedule G _____
**Midwest Regional Bank**

3.66   **Jane Morrell**

■ Schedule D, line ___2.30___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.67   **Jane Morrell**

■ Schedule D, line ___2.31___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

Debtor 1   **Kevin James Morrell**                                          Case number *(if known)*   **24-44713**

---

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.68   Jane Morrell**

■ Schedule D, line __**2.32**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

**3.69   Janice Rohan**

■ Schedule D, line __**2.21**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midland States Bank**

**3.70   Janice Rohan**

■ Schedule D, line __**2.9**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Colliers Funding LLC**

**3.71   KDM Enterprises, LLC**

■ Schedule D, line __**2.37**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Peoples National Bank**

**3.72   KDM Enterprises, LLC**

■ Schedule D, line __**2.38**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Peoples National Bank**

**3.73   Luke Pope**

■ Schedule D, line __**2.39**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Simmons Bank**

**3.74   Market Leverage Lender, LLC**

■ Schedule D, line __**2.21**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midland States Bank**

**3.75   Morrell Hilltop Investors, LLC**

■ Schedule D, line __**2.36**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Peoples National Bank**

---

Debtor 1  __Kevin James Morrell__  Case number *(if known)*  __24-44713__

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.76  **Morrell Hilltop Investors, LLC**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of Franklin Co.**

3.77  **Newstead West CID**

■ Schedule D, line __2.13__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Facilities Fund**

3.78  **Oscar Apartments, LLC**

■ Schedule D, line __2.7__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bridgewater Bank**

3.79  **Pacchu Mama OZ Investments I, LLC**

■ Schedule D, line __2.1__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Acre Originator, LLC**

3.80  **Pacchu Mama OZ Investments III LLC**

■ Schedule D, line __2.4__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of Washington**

3.81  **Pacchu Mama OZ Investments III, LLC**

■ Schedule D, line __2.35__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Peoples National Bank**

3.82  **Phillip Hulse**

■ Schedule D, line __2.33__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Peoples National Bank**

3.83  **Phillip Hulse**

■ Schedule D, line __2.43__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Twain Funding III**

Debtor 1  **Kevin James Morrell**                                          Case number *(if known)*  **24-44713**

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.84  **Phillip Hulse** | ■ Schedule D, line __**2.34**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.85  **Phillip Hulse** | ■ Schedule D, line __**2.23**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.86  **Phillip Hulse** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.17**__<br>☐ Schedule G _____<br>**TIB National Association** |
| 3.87  **Phillip Hulse** | ■ Schedule D, line __**2.10**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**First Citizens Bank & Trust** |
| 3.88  **Phillip Hulse** | ■ Schedule D, line __**2.24**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.89  **Phillip Hulse** | ■ Schedule D, line __**2.14**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Illinois National Bank** |
| 3.90  **Phillip Hulse** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.7**__<br>☐ Schedule G _____<br>**Illinois Facilities Fund** |
| 3.91  **Phillip Hulse** | ■ Schedule D, line __**2.45**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Wells Fargo Commercial Mortgage** |

Debtor 1  **Kevin James Morrell**                                    Case number *(if known)*  **24-44713**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.92  **Phillip Hulse**

■ Schedule D, line __**2.46**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo Commercial Mortgage**

3.93  **Phillip Hulse**

■ Schedule D, line __**2.40**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Sound Mark Partners LLC**

3.94  **Phillip Hulse**

■ Schedule D, line __**2.15**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois National Bank**

3.95  **Phillip Hulse**

■ Schedule D, line __**2.25**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.96  **Phillip Hulse**

■ Schedule D, line __**2.41**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**St. Louis Bank**

3.97  **Phillip Hulse**

■ Schedule D, line __**2.11**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Facilities Fund**

3.98  **Phillip Hulse**

■ Schedule D, line __**2.26**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.99  **Phillip Hulse**

■ Schedule D, line __**2.39**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Simmons Bank**

Debtor 1  __Kevin James Morrell__                                    Case number *(if known)*  __24-44713__

| | |
|---|---|
| **Additional Page to List More Codebtors** | |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10 0 | **Phillip Hulse** | ■ Schedule D, line __2.27__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.10 1 | **Phillip Hulse** | ■ Schedule D, line __2.28__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.10 2 | **Phillip Hulse** | ■ Schedule D, line __2.20__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midland States Bank** |
| 3.10 3 | **Phillip Hulse** | ■ Schedule D, line __2.21__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midland States Bank** |
| 3.10 4 | **Phillip Hulse** | ■ Schedule D, line __2.12__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Illinois Facilities Fund** |
| 3.10 5 | **Phillip Hulse** | ■ Schedule D, line __2.6__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank OZK** |
| 3.10 6 | **Phillip Hulse** | ■ Schedule D, line __2.29__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.10 7 | **Phillip Hulse** | ■ Schedule D, line __2.9__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Colliers Funding LLC** |

Debtor 1  **Kevin James Morrell**                    Case number *(if known)*  **24-44713**

---

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt Check all schedules that apply: |
|---|---|
| 3.10 8  **Phillip Hulse** | ■ Schedule D, line __2.13__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Illinois Facilities Fund** |
| 3.10 9  **Phillip Hulse** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.12__ <br> ☐ Schedule G _____ <br> **Midwest Regional Bank** |
| 3.11 0  **Phillip Hulse** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.8__ <br> ☐ Schedule G _____ <br> **Invesque MHI Little Rock, LLP** |
| 3.11 1  **Phillip Hulse** | ■ Schedule D, line __2.5__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Bank of Washington** |
| 3.11 2  **Phillip Hulse** | ■ Schedule D, line __2.8__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **CareTrust REIT, Inc** |
| 3.11 3  **Phillip Hulse** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.15__ <br> ☐ Schedule G _____ <br> **TI- Lamar Court LLC** |
| 3.11 4  **Phillip Hulse** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.16__ <br> ☐ Schedule G _____ <br> **TI- Rose Estates LLC** |
| 3.11 5  **Phillip Hulse** | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line __4.9__ <br> ☐ Schedule G _____ <br> **Jack Holleran** |

Debtor 1   Kevin James Morrell _____     Case number *(if known)*   24-44713

---

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.11 6   **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
**Andre Alper**

3.11 7   **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.10___
☐ Schedule G _____
**Michelle O'Toole**

3.11 8   **Phillip Hulse**

■ Schedule D, line ___2.30___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.11 9   **Phillip Hulse**

■ Schedule D, line ___2.31___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.12 0   **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.13___
☐ Schedule G _____
**Midwest Regional Bank**

3.12 1   **Phillip Hulse**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
**Howard Smith**

3.12 2   **Phillip Hulse**

■ Schedule D, line ___2.32___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.12 3   **Phillip Hulse**

■ Schedule D, line ___2.22___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midland States Bank**

---

Official Form 106H                    Schedule H: Your Codebtors                    Page 16 of 17

Debtor 1  __Kevin James Morrell_____        Case number *(if known)*  __24-44713_____

| | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

| 3.12<br>4 | **River City Owner, LLC** | ■ Schedule D, line ___2.6___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank OZK** |

| 3.12<br>5 | **Shevegas Holdings** | ■ Schedule D, line ___2.7___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bridgewater Bank** |

| 3.12<br>6 | **Toby Martin** | ■ Schedule D, line ___2.39___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Simmons Bank** |

| 3.12<br>7 | **Union FPSE Limited Partners, LLC** | ■ Schedule D, line ___2.18___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Kevin O'Neil** |

| 3.12<br>8 | **Vista Apartments, LLC** | ■ Schedule D, line ___2.9___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Colliers Funding LLC** |

**Fill in this information to identify your case:**

Debtor 1    __Kevin James Morrell__
            First Name            Middle Name            Last Name

Debtor 2    _____
(Spouse if, filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MISSOURI

Case number    __24-44713__
(if known)

■ Check if this is an
  amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
                                                            *Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  __/s/ Kevin James Morrell__          X  _____
   **Kevin James Morrell**                 Signature of Debtor 2
   Signature of Debtor 1

   Date    __March 19, 2025__              Date  _____

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (if known) | **24-44713** |

☑ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ☑ Married
   ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    Explain the Sources of Your Income

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

   | | Debtor 1 <br> Sources of income <br> Check all that apply. | Gross income <br> (before deductions and exclusions) | Debtor 2 <br> Sources of income <br> Check all that apply. | Gross income <br> (before deductions and exclusions) |
   |---|---|---|---|---|
   | From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
   | | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Kevin James Morrell**                                    Case number *(if known)*    **24-44713**

|  | **Debtor 1**<br>Sources of income<br>Check all that apply. | **Gross income**<br>(before deductions and<br>exclusions) | **Debtor 2**<br>Sources of income<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **For last calendar year:**<br>(January 1 to December 31, 2023 ) | ☐ Wages, commissions,<br>bonuses, tips<br>■ Operating a business | $1,303,430.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2022 ) | ☐ Wages, commissions,<br>bonuses, tips<br>■ Operating a business | $1,158,674.00 | ☐ Wages, commissions,<br>bonuses, tips<br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

|  | **Debtor 1**<br>Sources of income<br>Describe below. | **Gross income from**<br>**each source**<br>(before deductions and<br>exclusions) | **Debtor 2**<br>Sources of income<br>Describe below. | **Gross income**<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

   ■ No.  Go to line 7.
   ☐ Yes  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.  Go to line 7.
   ☐ Yes  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount<br>paid | Amount you<br>still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    Kevin James Morrell                                    Case number (if known)  24-44713

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| People's Savings Bank vs. Green Street Armory Investors, LLC 24SL-CC05187 | Suit on Promissory Note | St. Louis County Courthouse 105 S Central Avenue Saint Louis, MO 63105 | ■ Pending ☐ On appeal ☐ Concluded |
| Simmons Bank Vs. Kevin J. Morrell 24SL-CC4996 | Suit on Promissory Note | St. Louis County Courthouse 105 S Central Avenue Saint Louis, MO 63105 | ■ Pending ☐ On appeal ☐ Concluded |
| Carpenters vs. Kevin Morrell 2024-LO12171 | Suit on Promissory Note | Cook County, IL | ■ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor 1   Kevin James Morrell    Case number (if known) 24-44713

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

■ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No
■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **Person to Whom You Gave the Gift and Address:** | | | |
| **Jason Fenton** | **Christmas Gift** | **December 2022** | $8,000.00 |
| Person's relationship to you: **Son** | | | |
| **Jason Fenton** | **Christmas Gift** | **December 2023** | $2,000.00 |
| Person's relationship to you: **Son** | | | |
| **Coleen Misuraca** | **Christmas Gift** | **December 2022** | $8,000.00 |
| Person's relationship to you: **Daughter** | | | |
| **Coleen Misuraca** | **Christmas Gift** | **December 2023** | $2,000.00 |
| Person's relationship to you: **Daughter** | | | |
| **Chad Fenton** | **Christmas Gift** | **December 2022** | $8,000.00 |
| Person's relationship to you: **Son** | | | |
| **Chad Fenton** | **Christmas Gift** | **December 2023** | $2,000.00 |
| Person's relationship to you: **Son** | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **St. Louis Police** | **Cash Donation** | 05/18/2023 | $5,000.00 |
| **St. Louis Police** | **Cash Donation** | 04/12/2023 | $1,500.00 |
| **Molly Blume** | **Cash Donation** | 02/09/2023 | $1,000.00 |

Debtor 1    **Kevin James Morrell**                                    Case number *(if known)*   **24-44713**

---

**Part 6:    List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |

**Part 7:    List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| David M. Dare 439 South Kirkwood Rd. Saint Louis, MO 63122 | Bankruptcy Preparation | Various | $24,280.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Sterling Bank | Pledge of member interest in GS Chroma PHI. | Cash for LLC debts $1,000,000.00 | 2024 |
| Jason Fenton | Sale of Interest in KJJR | $365,759.00 | 10/2023 |
| Green Street Entities | Sale of Market and Jefferson Land | $1,250,000 cash for LLC debts | 2023 |

Debtor 1   **Kevin James Morrell**     Case number *(if known)*   **24-44713**

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:   Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:   Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

### Part 11:   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ☐ An owner of at least 5% of the voting or equity securities of a corporation

  ☐ No. None of the above applies.  Go to Part 12.

  ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Green Street Armory Investors, LLC | Real Estate Company | EIN:<br>From-To   2022- Present |
| Green Street 2900 Investors, LLC | Real Estate Company | EIN:<br>From-To   2016- Present |
| GS Armory TIF, LLC | Real Estate Company | EIN:<br>From-To   2022- Present |
| Armory Rec Hall, LLC | Operating Company for Armory | EIN:<br>From-To   2022- Present |
| GS Chroma PH I, LLC | Real Estate Company | EIN:<br>From-To   2019- Present |

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| GS Chroma PH I Tier M, LLC | Real Estate Company | EIN: From-To  2021- Present |
| GS Chroma Ph II Tier Pref, LLC | Real Estate Company | EIN: From-To  2021- Present |
| GS 1525 Vandeventer Investors, LLC | Real Estate Company | EIN: From-To  2021- Present |
| Green Street 4565 Mcree Investors, LLC | Real Estate Company | EIN: From-To  2020- Present |
| Green Street 4565 Mcree Market Leverage | Real Estate Company | EIN: From-To  2020- Present |
| Green Street Jefferson Investors, LLC | Real Estate Company | EIN: From-To  2012- Present |
| 1601 Jefferson Tif, Inc. | Real Estate Company | EIN: From-To  2012- Present |
| Morrell Hilltop Investors, LLC | Real Estate Company | EIN: From-To  2013- Present |
| GS 1430 Vandeventer, LLC | Real Estate Company | EIN: From-To  2021- Present |
| GS 3728 Market Investors, LLC | Real Estate Company | EIN: From-To  2021- Present |
| Green Street OZ Fund 4, LLC | Real Estate Company | EIN: From-To  2021- Present |
| GS Morrell OZ Fund II, LLC | Real Estate Company | EIN: From-To  2021- Present |
| GS 11700 Olive Investors, LLC | Real Estate Company | EIN: From-To  2021- Present |
| Green Park Morin Investors, LLC | Real Estate Company | EIN: From-To  2014- Present |

Debtor 1   Kevin James Morrell                                    Case number (if known)   24-44713

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| North Riverfront Investors, LLC | Real Estate Company | EIN:<br>From-To   2016- Present |
| Carrie Tif, Inc | Real Estate Company | EIN:<br>From-To   2016- Present |
| Green Street Hazelwood Investors, LLC | Real Estate Company | EIN:<br>From-To   2012- Present |
| Green Street Pershall Investors II, LLC | Real Estate Company | EIN:<br>From-To   2012- Present |
| Green Street JM Investors, LLC | Real Estate Company | EIN:<br>From-To   2016- Present |
| Market Leverage Lender, LLC | Real Estate Company | EIN:<br>From-To   2016- Present |
| GS 4591 Mcree Investors, LLC | Real Estate Company | EIN:<br>From-To   2022- Present |
| Green Street Mcree OZ Partnership, LLC | Real Estate Company | EIN:<br>From-To   2022- Present |
| Green Street OZ Fund 3, LLC | Real Estate Company | EIN:<br>From-To   2022- Present |
| Oscar Apartments, LLC | Real Estate Company | EIN:<br>From-To   2019- Present |
| Oscar GS GP, LLC | Real Estate Company | EIN:<br>From-To   2019- Present |
| Green Street Real Estate Partner, LLC | Real Estate Company | EIN:<br>From-To   2019- Present |
| PPAF Oscar LLC | Real Estate Company | EIN:<br>From-To   2020- Present |
| GS Development Group, LLC | Real Estate Company | EIN:<br>From-To   2012- Present |

Debtor 1   **Kevin James Morrell**                                          Case number *(if known)*   24-44713

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| River City Owner, LLC | Real Estate Company | EIN:<br>From-To   2022- Present |
| RCBP Investors, LLC | Real Estate Company | EIN:<br>From-To   2016- Present |
| GS River City OP Zone Fund, LLC | Real Estate Company | EIN:<br>From-To   2022- Present |
| Green Street River City Investors, LLC | Real Estate Company | EIN:<br>From-To   2016- Present |
| Carondelet Broadway Tif, Inc | Real Estate Company | EIN:<br>From-To   2016- Present |
| GS Swan Apartments, LLC | Real Estate Company | EIN:<br>From-To   2020- Present |
| Swan Apartments Upper Tier, LLC | Real Estate Company | EIN:<br>From-To   2020- Present |
| Hillcrest Swan Apartments Preferred Inve | Real Estate Company | EIN:<br>From-To   2020- Present |
| GS Swan Investors, LLC | Real Estate Company | EIN:<br>From-To   2020- Present |
| Green Street OZ Fund I, LLC | Real Estate Company | EIN:<br>From-To   2020- Present |
| GS Morrell OZ Fund I, LLC | Real Estate Company | EIN:<br>From-To   2020- Present |
| Pacchumama OZ Investments, LLC | Real Estate Company | EIN:<br>From-To   2020- Present |
| GS Vista, LLC | Real Estate Company | EIN:<br>From-To   2020- Present |
| Union FPSE Limited Partners, LLC | Real Estate Company | EIN:<br>From-To   2020- Present |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Newstead West CID | Real Estate Company | EIN:<br>From-To   2020- Present |
| Green Street Development Group, LLC | Operating Company | EIN:<br>From-To   2020- Present |
| Brick & Beverage Group, LLC | Operating Company | EIN:<br>From-To   2020- Present |
| GS Manager, LLC | Real Estate Company | EIN:<br>From-To   2020- Present |
| GSBG Yard, LLC | Operating Company | EIN:<br>From-To   2020- Present |
| KDM Enterprises | Operating Company for Jimmy Johns | EIN:<br>From-To   2012- Present |
| Green Street Building Services, LLC | Operating Company | EIN:<br>From-To   2020- Present |
| Green Street Real Estate Ventures, LLC | Operating Company | EIN:<br>From-To   2012- Present |
| Green Street Investors | | EIN:<br>From-To   2019-Present |
| Midtown Opporunity Zone Fund | | EIN:<br>From-To   2019-2023 |
| GSBS HDA, LLC | | EIN:<br>From-To   2020-2024 |
| KJJR Investors, LLC | Barge Company | EIN:   47-1258119<br>From-To   2021-2023 |
| Green Street Manchester Investors | | EIN:<br>From-To   2020-2023 |
| Emerald Capital, LLC | Real Estate Company | EIN:<br>From-To   2019-2023 |

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| MGL Partners, LLC | Real Estate Company | EIN:<br>From-To   2021- Present |
| GSBS O'Toole, LLC | | EIN:<br>From-To   2020- Present |
| GS Bemiston Investors | Real Estate Company | EIN:<br>From-To   2020-2023 |
| GS GP Fund, LLC | Real Estate Company | EIN:<br>From-To   2020-2023 |
| Chapter Artioch | | EIN:<br>From-To   2022-2024 |
| Chapters Little Rock, LLC | | EIN:<br>From-To   2022-2024 |
| Chapters San Antonio, LLC | | EIN:<br>From-To   2022-2024 |
| Chapters New Braunfels, LLC | | EIN:<br>From-To   2022-2024 |
| Chapters Holdco | | EIN:<br>From-To   2022-2024 |
| Chapters Living Elmhurst | | EIN:<br>From-To   2022-2024 |
| Chapters Living Bartlett | | EIN:<br>From-To   2022-2024 |
| Chapters Lamar (Operating Company) | | EIN:<br>From-To   2022-2024 |
| GS River City Promote, LLC | Real Estate Company | EIN:<br>From-To   2022- Present |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

| Name | Date Issued |
|---|---|
| Address | |
| (Number, Street, City, State and ZIP Code) | |

**Part 12:  Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Kevin James Morrell

**Kevin James Morrell**                        **Signature of Debtor 2**
**Signature of Debtor 1**

Date    March 19, 2025                    Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# United States Bankruptcy Court
## Eastern District of Missouri

In re   Kevin James Morrell

                                        Debtor(s)

Case No.   24-44713
Chapter   7

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __7__ page(s) and is true, correct and complete.


/s/ Kevin James Morrell
**Kevin James Morrell**
Debtor Signature


Dated:   March 19, 2025

L.F. 2 - 2/2021

1601 Jefferson Tif, Inc

Acre Originator, LLC
670 Dekalb Ave.
Suite 100
Atlanta, GA 30312

Alston & Bird LLP
90 Park Avenue
New York, NY 10016

American Bank
690 N. Service Road
Wright City, MO 63390

Andre Alper
6 Cityplace Drve
Saint Louis, MO 63141

Armory Rec Hall, LLC

Bank of America
P.O. Box 15019
Wilmington, DE 19850

Bank of Franklin Co.
900 E. Street
Washington, MO 63090

Bank of Washington
200 W. Main Street
Washington, MO 63090

Bank OZK
8300 Douglas Avenue
Suite 900
Dallas, TX 75225

Brick & Beverage Group, LLC

Bridgewater Bank
4450 Excelsior Blvd.
Suite 100
Minneapolis, MN 55416

CareTrust REIT, Inc
900 Calle Amanecer
Suite 300
San Clemente, CA 92673

Carondelet Broadway Tif Inc

Chapters Antioch, LLC

Chapters Holdco I, LLC

Chapters Lamar, LLC

Chapters Little Rock, LLC

Chapters Living, Elmhurst, LLC

Colliers Funding LLC
90 South Seventh Street
Minneapolis, MN 55402

Dan Morrell

First Citizens Bank & Trust
4300 Six Forks Rd.
Raleigh, NC 27609

Green Park Morin Investors, LLC

Green Street 2900 Investors, LLC

Green Street 4565 Mcree Investors, LLC

Green Street 4565 Mcree Market Leverage

Green Street Armory Investors, LLC

Green Street Building Services, Inc

Green Street Construction, LLC

Green Street Hazelwood Investors, LLC

Green Street Jefferson Investors, LLC

Green Street JM Investors, LLC

Green Street OZ Fund 3

Green Street OZ Fund 4, LLC

Green Street OZ Fund I, LLC

Green Street OZ Fund II, LLC

Green Street Pershall Investors II, LLC

Green Street Real Estate Ventures, LLC

Green Street River City Investors, LLC

GS 11700 Olive Investors, LLC

GS 1430 Vandeventer, LLC

GS 1525 Vandeventer Investors, LLC

GS 3728 Market Investors, LLC

GS 4591 Mcree Investors, LLC

GS Armory TIF, LLC

GS Chroma Phi Tier Pref, LLC

GS Chroma Phi, LLC

GS Development Group, LLC

GS Morrell OZ Fund 1, LLC

GS Morrell OZ Fund II, LLC

GS Principals Agreement

GS Swan Apartments, LLC

GS Swan Investors, LLC

GS Vista, LLC

GSBS HDA, LLC

GSBS O'Toole, LLC

Howard Smith
1712 Deer Creek Lane
Saint Louis, MO 63124

Illinois Facilities Fund
333 South Wabash Ave.
Suite 2800
Chicago, IL 60604

Illinois National Bank
100 Chesterfield Business Pkwy
Suite 310
Chesterfield, MO 63005

Invesque MHI Little Rock, LLP
c/o Thompson Coburn
1 US Bank Plaza
Saint Louis, MO 63101

Jack Holleran
4585 McRee
Suite 100
Saint Louis, MO 63110

Jane Morrell

Janice Rohan

KDM Enterprises, LLC

Kevin O'Neil
4512 West Pine
Saint Louis, MO 63108

```
Landrover Financial Group
700 Kansas Lane
LA4-6457
Monroe, LA 71203

Luke Pope


Market Leverage Lender, LLC


Michelle O'Toole
2464 West Port Plaza Dr.
Suite 100
Saint Louis, MO 63146

Mid America Carpenters Regional Counsel
c/o Garick J. Gulino
McGann, Ketterman & Rioux
111 E. Wacker Drive, Ste. 2300
Chicago, IL 60601

Midland States Bank
1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146

Midwest Regional Bank
363 Festus Centre Drive
Festus, MO 63028

Morrell Hilltop Investors, LLC


Newstead West CID


Oscar Apartments, LLC


Pacchu Mama OZ Investments I, LLC


Pacchu Mama OZ Investments III LLC


Pacchu Mama OZ Investments III, LLC


Peoples National Bank
101 S. Hanley Road
Suite 100
Saint Louis, MO 63105
```

PHD Consulting
c/o Luke Pope
5 Country Estate Place
Saint Louis, MO 63131

Phillip Hulse


Ralph Morrell
2230 View Royal
Saint Louis, MO 63131

River City Owner, LLC


Shevegas Holdings


Simmons Bank
8151 Clayton Road
Saint Louis, MO 63117

Sound Mark Partners LLC
12 Havemeyer Place
3rd Floor
Greenwich, CT 06830

St. Louis Bank
9811 South Forty Dr.
Saint Louis, MO 63124

Sterling Bank
16100 Swingley Ridge Road
Chesterfield, MO 63017

TI- Lamar Court LLC
7611 State Line Road
Suite 301
Kansas City, MO 64114

TI- Rose Estates LLC
7611 State Line Road
Suite 301
Kansas City, MO 64114

TIB National Association
11701 Luna Road
Dallas, TX 75234

Tim Reese
3001 Mega Lane
Godfrey, IL 62035

Toby Martin

Twain Funding III
220 Washington Ave.
Saint Louis, MO 63103

Union FPSE Limited Partners, LLC


US Bank
200 South Sixth Street
Minneapolis, MN 55401

Vista Apartments, LLC


Wells Fargo Commercial Mortgage
401 S. Tryon Street
8th Floor
Charlotte, NC 28202

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:                                    )
                                          )
KEVIN J. MORRELL                          )
                                          )        Case No. 24-44713
                                          )
                                          )        Chapter 7
                 Debtor.                  )
                                          )        MEMORANDUM REGARDING
                                          )        AMENDED SCHEDULES

On March 19, 2025 the Debtor filed an Amended Summary of Schedules,

Amended Schedule A/B, Amended Schedule C, Amended Schedule D, Amended

Schedule E/F, Amended Schedule H, Amended Statement of Financial Affairs and

Amended Verification of Creditors Matrix and Creditor Address Matrix. Schedule A/B

was amended for the purpose of adding missing detailed factual information, including

personal property and business interests. Schedule C was amended to add missing

exemptions for IRA and Retirement Account. Schedule D was amended to add missing

detailed factual information, moving some creditors to and from Schedule E/F and

removing creditor, Marco Bay, for payment made in full. Schedule E/F was amended to

add missing detailed factual information, including two new creditors (Tim Reese and

Ralph Morrell), and moving some creditors to and from Schedule D. Schedule H was

amended for the purpose of reflecting the changes made to Schedule D and Schedule E/F.

Schedule Summary of Schedules was amended for the purpose of reflecting the changes

made to Schedule A/B, Schedules D and Schedule E/F. Amended Statement of Financial

Affairs was amended to add missing factual information. Verification of Creditors Matrix

and Creditor Address Matrix was amended to reflect the new creditors and their

addresses.

HERREN, DARE & STREETT

/s/ David M. Dare
David M. Dare #35965MO
439 S. Kirkwood Road, Suite 204
St. Louis, MO 63122
(314) 965-3373
(314) 965-2225 Facsimile
ddare@hdsstl.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically upon all parties who have requested or are entitled to notice on this 19th day of March, 2025.

/s/ David D. Dare