Personal Financial Statement

| Section 1 - Individual Information | Section 2 - Joint Party Information (If Applicable to this Statement) |
|---|---|
| NAME | |
| KEVIN J. MORRELL & KEVIN J MORRELL REVOCABLE TRUST | JANE M. MORRELL |

| FINANCIAL STATEMENT AS OF:  DECEMBER 30, 2020 | Asset Ownership: J = Joint   I = Individual Only |
|---|---|

### Section 3 - Statement of Financial Condition

| ASSETS | | In Dollars | J/I | LIABILITIES | | In Dollars | | J/I |
|---|---|---|---|---|---|---|---|---|
| Cash | | 800,000 | KEVIN TRUST | Notes payable to banks | Schedule D | 4,650,000 | | |
| Refinance of Hue Multifamily Project | closing January 15, 2021 | 1,050,000 | | | | | | |
| | | | | | | | | |
| Marketable Securities | Schedule A | 4,000 | SEE BELOW | Due to brokers | Schedule D | - | | |
| Non-Marketable Securities | Schedule B | - | | | | | | |
| | | | | Amounts payable to others | Schedule D | - | | |
| Note Receivables & other business investments | Schedule B | 6,058,460 | KEVIN TRUST | | | | | |
| | | | | Loans on life insurance policy(s) | Schedule E | - | | |
| Real estate owned | Schecule C | 29,149,368 | | | | | | |
| | | | | | | | | |
| Primary Residence | Town & Country, MO | 6,500,000 | | | | - | | |
| Secondary Residence | Ballwin, MO | 375,000 | | | | | | |
| Residential Zoned Land (22 acres) | Town & Country, MO | 2,500,000 | | | | | | |
| | | | | | | | | |
| Cash value life insurance | Schedule E | - | | Other debts - itemize: | | - | | |
| | | | | US Bank Car Loan/ Cadillac | | 64,000 | | |
| | | | | | | | | |
| IRA's pensions, Keogh, profit sharing | Fidelity Investments | 2,000 | JANE TRUST | | | | | |
| Other assets - itemize | | | | | | | | |
| | | | | | | | | |
| MERCEDES BENZ ML550 | model year 2012 | 20,000 | KEVIN INDIV. | | | | | |
| CADILLAC ESCALADE | model year 2019 | 75,000 | KEVIN INDIV. | | | | | |
| PERSONAL ITEMS | Jewelry, Furniture, etc | 700,000 | | | | | | |
| | | | | Total Liabilities | | 4,714,000 | | |
| | | | | Net Worth  (Total Assets Minus Total Liabilitie | | 42,519,828 | | |
| Total Assets | | 47,233,828 | | Total Liabilities & Net Worth | | 47,233,828 | | |

### Cash Income and Monthly Housing Expense

| Estimated income for 2021 | Individual | Joint Party | Total |
|---|---|---|---|
| | - | - | - |
| SCHEDULE C net distributions | 2,099,307 | - | 2,099,307 |
| | - | - | - |
| Total Income | 2,099,307 | - | 2,099,307 |
| | | | |
| Monthly Housing Expense | - | - | - |
| (Mortgage payments, taxes, and insurance, or rent) | - | - | - |

### Schedule A - Investments & Marketable Securities

| Number of Shares | Description | In Name of | | Market Value |
|---|---|---|---|---|
| Fidelity Investments | | JANE MORRELL REVOCABLE TRUST | | 2,000 |
| Fidelity Investments | | KEVIN MORRELL REVOCABLE TRUST | | 2,000 |
| | | | ] | |

### Schedule B - Note Receivables & other Business Investments, LLC's

| Location / Description of Investment | % Owned | Investment Yr | Investment Cost | Owned By | Net R/E Equity | Mortgages |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

### Schedule C - Real Estate Owned

| Address | Titled in Name(s) of | % Owned | Date Bought | Cost | Market Value | Mortgages Owing Now | Lender | My Share Cashflow |
|---|---|---|---|---|---|---|---|---|
| SEE EXHIBIT C | | | | | | | | |

### Schedule D - Notes Owing Banks, Brokers, Finance Companies and Others

| Owing To | Balance Due | Repayment Terms | | Secured By |
|---|---|---|---|---|
| First State Bank | 3,220,000 | interest only,  03/01/2021 | | Residence under construction @ 2019 Mason.  mortgage up to $3,242,000 upon completion. |
| First State Bank | 1,430,000 | 5 year term.  5.25% 15 year amort. | 12,000 | 1955 Mason/    raw land future development |

### Schedule E - Life Insurance

| Name of Life Insurance Company | Owner of Policy | Beneficiary | Type | Face Amount | Policy Loans | Cash Surrender Value |
|---|---|---|---|---|---|---|
| | | | | | - | - |

Prepared By: KEVIN MORRELL
12/30/2020

PFS-2020-12-31 Morrell

EXHIBIT  1

| LLC/ OWNER — KEVIN J MORRELL — 12/30/2020 | LENDER / LOAN MATURITY DATE | ASSET DESCRIPTION | % Occupancy | ASSET value | DEBT | EQUITY | % Owned | $ Value | $ Liability | $ Debt Guarantee | $ Equity | CURRENT NOI | STABILIZED NOI | 2019 P & I | 2019 Coverage | 2020 Coverage | CURRENT NCF | STABILIZED NCF | CURRENT KEVIN $ | STABILIZED KEVIN $ | Est. Sales Proceeds | COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Stabilized Assets** | | | | | | | | | | | | | | | | | | | | | | |
| Morrell Hilltop Investments, LLC | Bank of Franklin County (12/2020) | Jimmy John's - 14 Hilltop Village Center, Eureka, MO | 100.00% | 500,000 | 350,000 | 150,000 | 100.00% | 500,000 | 350,000 | - | 150,000 | 40,800 | 40,800 | - | N/A | N/A | 40,800 | 40,800 | 40,800 | 40,800 | - | Leased to KDM Enterprises (Jimmy John's Franchisee) |
| Green Street Jefferson Investors, LLC / Jefferson Leverage Lender, LLC / PK Fitness LLC (Note 4) | Peoples National Bank (10/30/24) NMTC Financing Structure | 49,000 SF retail center anchored by Save A Lot, 1601 S. Jefferson, St. Louis, MO | 93.00% | 5,690,000 | 4,000,000 | 1,690,000 | 50.00% | 2,845,000 | 2,000,000 | 2,000,000 | 845,000 | 500,000 | 500,000 | 246,000 | 2.03 | 2.03 | 254,000 | 254,000 | 127,000 | 127,000 | - | |
| 1601 S. Jefferson TIF, Inc. | IFF (6/1/25) | $1,700,000 TIF Note issued by the City of St. Louis | N/A | 1,700,000 | 1,341,970 | 358,030 | 50.00% | 850,000 | 670,985 | 670,985 | 179,015 | 140,000 | 225,000 | 139,860 | 1.00 | 1.61 | 140 | 85,140 | 70 | 42,570 | - | TIF Note issued in 2014 |
| Green Street Carondelet Investors, LLC | Midwest Regional Bank (7/2023). Interest only 12 months, 25 year amortization. | 125,005 SF Industrial Bldg. on 9.4 acres River City Business Park - River City Bldg. 1 | 100.00% | 12,300,000 | 9,497,556 | 2,802,444 | 30.00% | 3,690,000 | 2,849,267 | 2,849,267 | 840,733 | 377,000 | 650,000 | 540,000 | 0.70 | 1.20 | (163,000) | 110,000 | (48,900) | 33,000 | | 100% leased to STC Warehouse (75,000 sf) month to month term and with JGB Industries (50,000 sf) five year base term. |
| Carrie TIF, Inc. | Enterprise Bank (9/30/20) | $950,000 TIF for CSTK Project | N/A | 950,000 | 299,821 | 650,179 | 50.00% | 475,000 | 149,911 | 149,911 | 325,090 | 55,000 | 55,000 | 39,757 | 1.38 | 1.38 | 15,243 | 15,243 | 7,621 | 7,621 | - | TIF Note Issuance in 2016 with stabilized NOI in 2017 |
| Chroma PH I | Wells Fargo & Soundmark | 235 unit multifamily woth 18,000 sf retail. Fully Stabilized | N/A | 80,000,000 | 60,100,000 | 19,900,000 | 38.10% | 30,480,000 | 22,898,100 | - | 7,581,900 | 3,288,192 | 3,633,788 | 2,991,000 | 1.10 | 1.21 | 297,192 | 642,786 | 113,230 | 244,902 | 7,581,900 | OFFERED FOR SALE 1ST QUARTER 2021 |
| Chroma PH II | Thrive Lending - (4/1/22) | 111 unit multifamily project finished construction mid december 2020. 10% leased within 2 weeks of opening | 10.00% | 30,000,000 | 16,500,000 | 13,500,000 | 25.00% | 7,500,000 | 4,125,000 | 4,125,000 | 3,375,000 | - | 250,000 | - | N/A | N/A | - | 250,000 | - | 62,500 | 3,375,000 | OFFERED FOR SALE 1ST QUARTER 2021 |
| **Subtotal - Stabilized Assets** | | | | 131,140,000 | 92,089,347 | 39,050,653 | | 46,340,000 | 33,043,262 | 9,795,162 | 13,296,738 | 4,400,992 | 5,354,588 | 3,956,617 | | | 444,375 | 1,397,971 | 239,822 | 558,394 | 10,956,900 | |
| **Under Dev. & Const.** | | | | | | | | | | | | | | | | | | | | | | |
| 2601 Market Hotel Investors, LLC | Sterling Bank (11/25/2020) | 2 office buildings at 2601-2699 Market St on 2.92 acres | 0.00% | 7,650,000 | 5,046,022 | 2,603,978 | 40.00% | 3,060,000 | 2,018,409 | 2,018,409 | 1,041,591 | - | - | 218,500 | N/A | 0.00 | (218,500) | - | (87,400) | - | | 217 room hotel on the edge of the Wells Fargo Investment Advisors campus. Kimpton Hotel franchise, Sage Hospitality is the operator |
| Carondelet Broadway TIF, Inc. | Midland States Bank (8/2022) | $1,900,000 TIF for River City Bldg. 1 | 0.00% | 1,900,000 | 1,278,690 | 621,310 | 16.59% | 315,210 | 212,135 | 212,135 | 103,075 | 120,000 | 175,000 | 152,579 | 0.79 | 1.15 | (32,579) | 22,421 | (5,405) | 3,720 | | Expect stabilizing NOI in 2021 |
| Swan | CIT Bank construction loan | 307 unit multifamily project. Under construction. | 0.00% | 94,450,000 | 60,200,000 | 34,250,000 | 16.33% | 15,426,833 | 9,832,666 | 9,832,666 | 5,594,167 | | | | | | | | | | | 307 multifamily project under construction |
| Vista | Colliers funding construction loan schedule to close January 2021 | 160 unit multifamily project. Construction starts 1/15/202 | 0.00% | 40,100,000 | 34,680,000 | 5,420,000 | 50.00% | 20,050,000 | 17,340,000 | 17,340,000 | 2,710,000 | | | | | | | | | | | 160 unit multifamily project. Construction starting 1st quarter 2021 |
| GS Oscar Investors | Colliers/ CIT Financing - Matures September 30, 2023 | 235 workforce multifamily, Sheboygan WI. Under construction. | 0.00% | 43,000,000 | 31,500,000 | 11,500,000 | 22.00% | 9,460,000 | 6,930,000 | 6,930,000 | 2,530,000 | | | | | | | | | | | 235 multifamily project under construction. |
| Green Street Pershall Investors II, LLC | Midwest Regional Bank (10/22/20) | 89,000 SF Call Center Facility - 8920 Pershall, Hazelwood, MO | 50.00% | 2,500,000 | 1,967,692 | 532,308 | 50.00% | 1,250,000 | 983,846 | 983,846 | 266,154 | (90,000) | unknown at this time | 161,718 | N/A | N/A | (251,718) | - | (125,859) | - | | Plans to build spec industrial building approx 80,000 sf. |
| Green Street Hazelwood Investors, LLC | Midwest Regional Bank (10/22/20) | 5.58 acre developed site, 8930-8940 Pershall, Hazelwood, MO | 50.00% | 1,250,000 | 321,387 | 928,613 | 50.00% | 625,000 | 160,694 | 160,694 | 464,307 | (20,460) | - | 24,000 | N/A | N/A | (44,460) | - | (22,230) | - | | Plans to build spec industrial building approx 80,000 sf. |
| Green Street 2900 Investors, LLC | Midwest Regional Bank (10/30/20) Interest only | 110,000 SF office/warehouse bldg. Located at 500 Prospect, St. Louis MO | 50.00% | 2,918,400 | 1,825,703 | 1,092,697 | 40.00% | 1,167,360 | 730,281 | 730,281 | 437,079 | 25,000 | unknown at this time | 153,800 | 0.16 | N/A | (128,800) | - | (51,520) | - | | Phase II- Multi-family redevelopment project within the Armory District. |
| Green Street JM Investors II, LLC | Bank of Edwardsville (5/11/23) | 100 N. Jefferson Office Building - 36,000 SF (next door to 2351 Market) | 0.00% | 1,800,000 | 739,528 | 1,060,472 | 30.00% | 540,000 | 221,858 | 221,858 | 318,142 | (44,000) | 180,000 | 62,821 | N/A | 2.87 | (106,821) | 117,179 | (32,046) | 35,154 | | Property will be used as part of a future development deal. |
| Green Street JM Investors, LLC / Market Leverage Lender LLC | Enterprise Bank (3/1/23) NMTC financing structure | 2351 Market Office Building - lease discussions for remainder of space to McCormack Baron | 34.34% | 12,500,000 | 7,845,820 | 4,654,180 | 16.59% | 2,073,750 | 1,301,622 | 1,301,622 | 772,128 | 450,000 | 1,250,000 | 595,000 | 0.76 | 2.10 | (145,000) | 655,000 | (24,056) | 108,665 | | Long term lease with Avatara for 35% of the space. Lease negotiations with 2eCreative for 30,000 sf. Building will be approx. 70% leased |
| **Subtotal - Under Construction** | | | | 208,068,400 | 145,404,842 | 62,663,558 | | 53,968,153 | 39,731,510 | 39,731,511 | 14,238,643 | 440,540 | 1,605,000 | 1,368,418 | | | (927,878) | 794,600 | (348,516) | 147,538 | - | |
| **Held for Future Development** | | | | | | | | | | | | | | | | | | | | | | |
| North River Front Investors, LLC | Enterprise Bank (9/30/2020) | 19 acre development site on Carrie Ave (NRF Phase II - next to CSTK) | 0.00% | 3,850,000 | 1,567,778 | 2,282,222 | 50.00% | 1,925,000 | 783,889 | 783,889 | 1,141,111 | (30,000) | - | 126,143 | N/A | N/A | (156,143) | - | (78,072) | - | | **under contract to PLANET ENERGY.** |
| Carrie TIF, Inc. | Enterprise Bank (9/30/2020) | $1,250,000 TIF for NRF Phase II | 0.00% | 780,000 | 627,709 | 152,291 | 50.00% | 390,000 | 313,855 | 313,855 | 76,146 | 120,358 | 120,000 | 62,836 | 1.92 | 1.91 | 57,522 | 57,164 | 28,761 | 28,582 | | Will roll into the financing of NRF Phase II when that project commences |
| Green Park Morin Investors, LLC | Reliance Bank (2/17/21) | 5.7 acres - 6335 Bulwer Ave., St. Louis, MO | 0.00% | 1,137,000 | 339,537 | 797,463 | 50.00% | 568,500 | 169,769 | 169,769 | 398,732 | (13,205) | 86,722 | 55,272 | (0.24) | 1.57 | (68,477) | 31,450 | (34,239) | 15,725 | | In discussions with trucking company to lease. |
| **Subtotal - Future Development** | | | | 5,767,000 | 2,535,024 | 3,231,976 | | 2,883,500 | 1,267,512 | 1,267,512 | 1,615,988 | 77,153 | 206,722 | 244,251 | | | (167,098) | 88,614 | (83,549) | 44,307 | - | |
| **Subtotal Real Estate LLC** | | | | 344,975,400 | 240,029,213 | 104,946,187 | | 103,191,653 | 74,042,285 | 50,794,185 | 29,149,368 | 4,918,685 | 7,166,310 | 5,569,287 | | | (650,602) | 2,281,185 | (192,243) | 750,238 | 10,956,900 | *Prior to non-reserved capital expenditures |
| Green Street Construction | N/A | In house construction company focused primarily on Green Street Projects | N/A | 1,200,000 | - | 1,200,000 | 33.33% | - | - | | 399,960 | 1,000,000 | 1,000,000 | - | N/A | N/A | 1,000,000 | 1,000,000 | 333,300 | 333,300 | - | 2021 estimated revenue $15,000,000. |
| Green Street Building Group | N/A | In house construction company focused primarily on mixed use & multifamily | N/A | 7,000,000 | - | 7,000,000 | 37.50% | - | - | | 2,625,000 | 3,000,000 | 3,000,000 | - | N/A | N/A | 3,000,000 | 3,000,000 | 1,125,000 | 1,125,000 | - | 2021 estimated revenue $65,000,000. |
| Green Street Yard | N/A | Holding company used to acquire construction materials for Green Street Building Group construction projects | N/A | 750,000 | - | 750,000 | 37.50% | | | | 281,250 | 700,000 | 700,000 | - | N/A | N/A | 700,000 | 700,000 | 262,500 | 262,500 | | |
| HDA Architects | N/A | In house architect firm | N/A | 4,600,000 | 1,950,000 | 2,650,000 | 37.50% | | | | 993,750 | 500,000 | 500,000 | - | N/A | N/A | 500,000 | 500,000 | 187,500 | 187,500 | | |
| Emerald Capital | N/A | In house consulting company focused on providing incentives in low-income communities | N/A | 3,835,000 | - | 3,835,000 | 30.00% | | | | 1,150,500 | 1,000,000 | 1,000,000 | - | N/A | N/A | 1,000,000 | 1,000,000 | 300,000 | 300,000 | | |
| KDM Enterprises, LLC | People's National Bank (LOC) | 3 unit franchisee of Jimmy John's Sandwiches, operating since 2012. | N/A | 1,500,000 | 700,000 | 800,000 | 51.00% | - | 357,000 | | 408,000 | 75,000 | 75,000 | - | N/A | N/A | 75,000 | 75,000 | 38,250 | 38,250 | | Revenue 2021 expected to be $1,500,000, earnings $75,000.The stores are located in Eureka, Manchester & Chesterfield MO. |
| KJJR Investors | Bank of Edwardsville | Barge rental company, 3 barges, 3rd party managed | N/A | 1,800,000 | 1,000,000 | 800,000 | 25.00% | 450,000 | 250,000 | | 200,000 | 180,000 | 180,000 | - | N/A | N/A | 180,000 | 180,000 | 45,000 | 45,000 | | Passive investment in ROI Logistics barge management company. |
| **Operating LLC** | | | | 20,685,000 | 3,650,000 | 17,035,000 | | 450,000 | 607,000 | | 6,058,460 | 6,455,000 | 6,455,000 | - | | | 6,455,000 | 6,455,000 | 2,291,550 | 2,291,550 | - | |
| **Grand Total all LLCs** | | | | 365,660,400 | 243,679,213 | 121,981,187 | | 103,641,653 | 74,649,285 | 50,794,185 | 35,207,828 | 11,373,685 | 13,621,310 | 5,569,287 | | | 5,804,398 | 8,736,185 | 2,099,307 | 3,041,788 | 10,956,900 | *Prior to non-reserved capital expenditures |