UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 24-44713-357 |
| **KEVIN JAMES MORRELL** ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |

### SECOND REQUEST FOR EXTENSION OF TIME TO FILE COMPLAINT OBJECTING TO DISCHARGE OR DETERMINE DISCHARGEABILITY OF CERTAIN DEBTS

COMES NOW Green Street Investors, LLC, GS 11700 Olive Investors LLC, North River Front Investors LLC, Green Street Armory Investors, LLC, Green Street 2900 Investors, LLC and Green Street 3728 Market Investors, LLC ("Movants"), by and through counsel, and for their Motion to Extend time to File Complaint Objecting to Discharge or Determine Dischargeability of Certain Debts state to the Court as follows:

1. The Debtor, Kevin Morrell ("Debtor"), filed the above-captioned Chapter 7 bankruptcy case on December 26, 2024.

2. Charles W. Riske is the appointed Trustee in this case.

3. The extended deadline for filing objections to discharge is May 27, 2925.

4. Movant requires additional time to complete investigation of the information in the Debtor's schedules and documentation to file a complaint.

5. Movant requests additional time, up to and including June 30, 2025, in which to file a Complaint to Determine Dischargeability of Debts pursuant to 11 U.S.C. §523 and/or a complaint to Deny Discharge pursuant to 11 U.S.C. §727.

6. This is Movant's second requested extension and is for thirty additional days. No harm or prejudice will result in granting Movant's request.

WHEREFORE, Movants pray this Court make and enter its Order granting Movants' request and extending the time for Green Street Investors, LLC, GS 11700 Olive Investors LLC, North River Front Investors LLC, Green Street Armory Investors, LLC, Green Street 2900 Investors, LLC and/or Green Street 3728 Market Investors, LLC to file a Complaint to Determine Dischargeability of Certain Debts or Objecting to Discharge, pursuant to 11 U.S.C. §523 and/or §727, for thirty (30) additional days, up to and including June 30, 2025, and for such other and further relief as the Court deems just and proper.

Dated: May 27, 2025

Respectfully submitted,

THE DESAI LAW FIRM, LLC

By: */s/ Spencer P. Desai*
Spencer P. Desai, #39877
13321 North Outer Forty Road, Suite 300
St. Louis, MO 63017
Telephone: (314) 666-9781
Facsimile: (314) 448-4320
spd@desailawfirmllc.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served by ECF electronic noticing on this 27th day of May, 2025, upon all counsel of record.

*/s/ Spencer P. Desai*

2