UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | In Proceeding Under Chapter 7 |
| KEVIN J. MORRELL | ) | |
| | ) | Case No. 24-44713-357 |
| Debtor. | ) | |
| | ) | Hearing Date:  July 16, 2025 |
| | ) | Hearing Time:  10:00 a.m. |

## NOTICE OF HEARING AND
## MOTION TO APPROVE REDEMPTION SETTLEMENT

PLEASE TAKE NOTICE that the Trustee's Motion to Approve Redemption Settlement (the "Motion") will be called up for hearing before the Honorable Brian C. Walsh on July 16, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard at the United States Bankruptcy Court, 111 S. 10th Street, St. Louis, Missouri 63101, Courtroom 5N.  A duplicate of the Motion is available upon request to the undersigned or via the Court's CM/ECF Case Management-Electronic Case Filing System.  Any response or objection to such must be filed with the Clerk of the United States Bankruptcy Court, Thomas F. Eagleton United States Courthouse, 111 South 10th Street, 4th Floor, St. Louis, Missouri 63102.

**WARNING:  THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY JULY 9, 2025.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.  IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING, THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

## MOTION TO APPROVE REDEMPTION SETTLEMENT

COMES NOW Charles W. Riske, ("Trustee"), Chapter 7 Trustee herein, by and through

counsel, and for his Motion to Approve Redemption Settlement (the "Motion"), respectfully states

to this Honorable Court as follows:

1.     Kevin J. Morrell (Debtor") filed his voluntary petition for relief pursuant to Chapter

7 of 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") on or about December 26, 2024 (the "Petition Date"), in the United States Bankruptcy Court for the Eastern District of Missouri, Eastern Division (the "Bankruptcy Court").

2.      Trustee is the duly appointed and acting Chapter 7 Trustee for Debtor's bankruptcy estate.

3.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 151, 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O).  Venue is proper pursuant to 28 U.S.C. § 1409.

4.      Grounds exist for the relief sought herein pursuant to 11 U.S.C. § 363 and Federal Rule of Bankruptcy Procedure 9019(a).

5.      Among the assets of the bankruptcy estate is the Debtor's Petition Date interest in certain personal property listed on and described in Exhibit "A", attached hereto and incorporated herein by reference (collectively, the "Property").

6.      Trustee and Debtor commenced settlement negotiations and reached a tentative agreement, pending the approval of this Court, concerning the equity in the Property and a buyout thereof from the bankruptcy estate.

7.      Trustee reviewed Debtor's bankruptcy schedules and the values assigned to the various assets comprising the Property.  Trustee further reviewed Kelly Blue Book to confirm the value of the Escalade.  After accounting for likely costs of sale and applicable exemptions, Trustee believes the value to the bankruptcy estate of the Property is approximately $16,477.25.

8.      Pursuant to the agreement, Debtor shall pay the sum of $16,477.25 (the "Settlement Proceeds") to Trustee/the bankruptcy estate via lump sum payment, receipt of which is hereby acknowledged by the Trustee.  In exchange for the Settlement Proceeds, the bankruptcy estate's interest in the Property shall be abandoned, without further order of this Court or action by the

Trustee, upon the expiration of the time to appeal the Order of this Court granting this Motion and approving the settlement described herein.

9.      The proposed settlement between Trustee and Debtor provides for an equity buyout of the bankruptcy estate's interest in the Property and is not a sale free and clear of liens, encumbrances and/or interests. It is the intention of the Trustee and Debtor that all liens, encumbrances and/or interests remain attached to the Property subsequent to the consummation of the settlement, payment of the Settlement Proceeds and abandonment by the bankruptcy estate of its interest in the Property.  Moreover, due to the nature of the settlement, the Settlement Proceeds shall NOT be subject to any claim of exemption by Debtor, whether or not Debtor has sought to claim an exemption now or has the ability to do so in the future.

10.      The offer Trustee seeks to accept for the redemption of the Property by Debtor is materially equivalent to the proceeds the Trustee likely would net from sale of the Property, without the risks and costs associated with a sale of the Property.

11.      Additionally, the settlement provides for an immediate payment of funds to the bankruptcy estate, which should allow for a quicker and more efficient conclusion of estate administration and payment to creditors, while limiting costs.

12.      Accordingly, the Trustee believes that the compromise and settlement as described herein is in the best interest of the Debtor's bankruptcy estate and fulfills the requirements for the approval of a compromise and settlement under Federal Rule of Bankruptcy Procedure 9019(a). See *Tri-State Fin., LLC v. Lovald*, 525 F.3d 649,654 (8th Cir. 2008).

WHEREFORE, the Trustee requests that the Court grant this Motion, approve the terms of settlement described herein, and grant such other and further relief as is just and proper.

Respectfully Submitted,
SUMMERS COMPTON WELLS LLC


Dated: June 18, 2025         By: /s/ Brian J. LaFlamme
                             Brian J. LaFlamme     (#49776MO)
                             Attorney for Trustee
                             903 S. Lindbergh Blvd, Suite 200
                             St. Louis, MO 63131
                             (314)991-4999/(314)991-2413/FAX
                             blaflamme@summerscomptonwells.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on June 18, 2025 with the United States Bankruptcy Court for the Eastern District of Missouri and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.  I further certify that a true and correct copy of the foregoing document has also been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed below on June 18, 2025 and on the attached mailing matrix.

| **Kevin James Morrell**<br>2019 S. Mason<br>Saint Louis, MO 63131 | **David M. Dare**<br>Herren, Dare & Streett<br>439 S. Kirkwood Road<br>Suite 204<br>St. Louis, MO 63122 |
|---|---|
| **Charles W Riske**<br>Charles W. Riske<br>13321 N Outer 40 Road Suite 600<br>Town and Country, MO 63017 | |


/s/ Christina Hauck
Christina Hauck

#3409369v1                        4

## EXHIBIT A

| | | |
|---|---|---:|
| Cash | $ | 100.00 |
| BOA | $ | 500.00 |
| BOA | $ | 200.00 |
| Schwab | $ | 2,146.00 |
| Fidelity | $ | 2,100.00 |
| **Total Cash and Deposits** | **$** | **5,046.00** |
| **Liquidation Costs** | **$** | **-** |
| **Total Value To The Estate** | **$** | **5,046.00** |

| | | |
|---|---|---:|
| Tools and Equipment | $ | 1,175.00 |
| Computer | $ | 300.00 |
| Golf Clubs | $ | 200.00 |
| Guns | $ | 3,650.00 |
| Clothing | $ | 300.00 |
| **Total Household Goods** | **$** | **5,625.00** |
| **Costs of Liquidation 15%** | **$** | **843.75** |
| **Total Value To The Estate** | **$** | **4,781.25** |

| | | |
|---|---|---:|
| Escalade | $ | 30,000.00 |
| Lien | $ | (10,000.00) |
| **Total Equity** | **$** | **20,000.00** |
| **Costs of Liquidation 15%** | **$** | **4,500.00** |
| **Misc. Expenses** | **$** | **1,000.00** |
| **Total Value To The Estate** | **$** | **14,500.00** |

#3409369v1

5