UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KEVIN J. MORRELL | ) | |
| | ) | Case No. 24-44713 |
| | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | MEMORANDUM REGARDING |
| | ) | AMENDED SCHEDULES |

On January 27, 2026 the Debtor filed an Amended Summary of Schedules, Amended Schedule A/B, Amended Schedule E/F, Amended H, Amended Statement of Financial Affairs and Amended Verification of Creditors Matrix and Creditor Address Matrix. Schedule A/B was amended to change Green Street Construction, LLC from 50% interest to 33% interest and to add 19 additional loans due to Debtor with amounts owed to Debtor totaling $1,915,177.66. Schedule E/F was amended to add two new creditors (Phillip Hulse 4.15 and PHD Capital, LLC 4.14). Amended Schedule H to correct address for Co-Debtor Janice Rohan and correct name of Pacchu Mama OZ Investments II, LLC. Schedule Summary of Schedules was amended for the purpose of reflecting the changes made to Schedule A/B and Schedule E/F. Amended Statement of Financial Affairs was amended to correct the business name, dates of business and add the nature of the business for Green Street Manchester Investors, LLC and to correct the dates of business for Green Street OZ Fund II, LLC. Verification of Creditors Matrix and Creditor Address Matrix was amended to reflect the new creditors and their addresses.

HERREN, DARE & STREETT

/s/ David M. Dare
David M. Dare #35965MO
439 S. Kirkwood Road, Suite 204
St. Louis, MO 63122
(314) 965-3373
(314) 965-2225 Facsimile
ddare@hdsstl.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served electronically upon all parties who have requested or are entitled to notice on this 27th day of January, 2026.



/s/ David D. Dare

**Fill in this information to identify your case:**

Debtor 1    Kevin James Morrell
            First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number    24-44713
(if known)

☑ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................................................... | $ 0.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | $ 77,445,337.66 |
| | 1c. Copy line 63, Total of all property on Schedule A/B..................................................... | $ 77,445,337.66 |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 423,847,000.00 |
| 3. | **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............ | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........ | $ 5,943,000.00 |
| | **Your total liabilities** | $ 429,790,000.00 |

### Part 3:    Summarize Your Income and Expenses

| 4. | **Schedule I: Your Income** (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................. | $ 0.00 |
|---|---|---|
| 5. | **Schedule J: Your Expenses** (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.............................................. | $ 48,084.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. Are you filing for bankruptcy under Chapters 7, 11, or 13?

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. What kind of debt do you have?

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1  **Kevin James Morrell**                            Case number *(if known)* 24-44713

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
    122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.                        $ _____

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ |

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 2 of 2

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin James Morrell** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI | | |
| Case number | 24-44713 | | |

☑ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☑ No. Go to Part 2.
☐ Yes. Where is the property?

**Part 2:   Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| 3.1 | Make: Cadillac | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: Escalade | ☑ Debtor 1 only | | |
| | Year: 2019 | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage:   30,000 | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | $30,000.00 | $30,000.00 |

| 3.2 | Make: Land Rover | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|
| | Model: Defender | ☑ Debtor 1 only | | |
| | Year: 2022 | ☐ Debtor 2 only | Current value of the entire property? | Current value of the portion you own? |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | ☐ At least one of the debtors and another | | |
| | | ☐ Check if this is community property (see instructions) | $60,000.00 | $60,000.00 |

Official Form 106A/B                    Schedule A/B: Property                                    page 1

Debtor 1    Kevin James Morrell                                    Case number (if known)   24-44713

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................=>

| | |
|---|---|
| | $90,000.00 |

**Part 3:    Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Tools & Equipment | $1,175.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Computers | $300.00 |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
☐ No
■ Yes. Describe.....

| Golf Clubs | $200.00 |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
☐ No
■ Yes. Describe.....

| Walther P22, 2 Rifles, Pistol, Gun Safe, Ruger 38 Pistol and 2 Ruger 22 Rifle | $3,650.00 |
|---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Regular Clothes | $300.00 |
|---|---|

Official Form 106A/B                          Schedule A/B: Property                                    page 2

Debtor 1    Kevin James Morrell          Case number *(if known)*   24-44713

**12. Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

| Wedding Ring | $1,000.00 |
|---|---|

**13. Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ................................................................    **$6,625.00**

**Part 4:**   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

                                                  Current value of the portion you own?
                                                  Do not deduct secured claims or exemptions.

**16. Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................

| | Cash | $100.00 |
|---|---|---|

**17. Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
    institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes....................    Institution name:

| | Checking- Kevin J. Morrell Trust | Bank of America-2699 | $500.00 |
|---|---|---|---|
| 17.1. | | | |
| 17.2. | Checking- Kevin J. Morrell Trust | Bank of America- 5968 | $200.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................    institution or issuer name:

| Charles Schwab | $2,146.00 |
|---|---|
| Fidelity- 6310 | $2,100.00 |

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and**
    joint venture
    ☐ No

Official Form 106A/B                Schedule A/B: Property                             page 3

Debtor 1   Kevin James Morrell                                                          Case number (if known)  24-44713

■ Yes. Give specific information about them...................
Name of entity:                                                % of ownership:

| Name of entity | % of ownership | Value |
|---|---|---|
| Green Street Armory Investors, LLC | 1 % | $250,000.00 |
| Green Street 2900 Investors, LLC | 28.02 % | $1,485,060.00 |
| GS Armory Tif, LLC | 50 % | $100,000.00 |
| Armory Rec Hall, LLC | 50 % | $157,500.00 |
| Green Street Investors | 38.1 % | $25,336,500.00 |
| GS Vista, LLC | 17.43 % | $4,706,640.00 |
| GS Chroma PH II Tier Pref, LLC | 12.50 % | $2,637,500.00 |
| GS 1525 Vandeventer Investors, LLC | 50.43 % | $3,025,800.00 |
| Green Street 4565 Mcree Investors, LLC | 1 % | $115,000.00 |
| Green Street Jefferson Investors, LLC | 51.08 % | $2,707,240.00 |
| 1601 Jefferson Tif Inc. | 42.53 % | $425,300.00 |
| Morrell Hilltop Investors, LLC | 100 % | $500,000.00 |
| GS 1430 Vandeventer, LLC | 15.37 % | $614,800.00 |
| GS Morrell OZ Fund II, LLC | .50 % | $80,000.00 |
| GS 11700 Olive Investors, LLC | 8.12 % | $162,400.00 |
| Green Park Morin Investors, LLC | 44.78 % | $447,800.00 |
| North Riverfront Investors, LLC | 44.76 % | $700,494.00 |
| Green Street Hazelwood Investors, LLC | 41.91 % | $565,000.00 |
| Green Street Pershall Investors II, LLC | 31.80 % | $429,300.00 |
| Green Street JM Investors, LLC | 16.59 % | $2,903,250.00 |

Official Form 106A/B                    Schedule A/B: Property                                              page 4

Debtor 1   Kevin James Morrell                                Case number *(if known)*   24-44713

| | | | |
|---|---|---|---|
| Oscar GS GP, LLC | 10 | % | $3,700,000.00 |
| GS Development Group, LLC | 50 | % | $0.00 |
| GS River City OP Zone Fund, LLC | 50 | % | $3,300,000.00 |
| Green Street River City Investors, LLC | 50 | % | $950,000.00 |
| Carondelet Broadway Tif Inc | 16.79 | % | $41,975.00 |
| GS Morrell OZ Fund I, LLC | 15.02 | % | $12,762,750.00 |
| Union FPSE Limited Partners, LLC | 17.43 | % | $4,706,640.00 |
| Green Street Development Group, LLC (CID) | 50 | % | $100,000.00 |
| Brick & Beverage Group, LLC (Armory Operating Company) | 92.01 | % | $0.00 |
| KDM Enterprises, LLC (Jimmy John Operating Company) | 93 | % | $37,200.00 |
| Green Street Building Services, LLC | 86.41 | % | $0.00 |
| Green Street Real Estate Ventures, LLC | 33.59 | % | $0.00 |
| GS Development Group, LLC | 50 | % | $0.00 |
| Chapters Antioch, LLC (inactive Operating Company) | 50 | % | $0.00 |
| GSBS HDA, LLC | 50 | % | $0.00 |
| GSBS O' Toole, LLC | 50 | % | $0.00 |
| Green Street Construction, LLC (inactive contractor) | 33 | % | $0.00 |
| Chapters Holdco (Operating Company) | 50 | % | $0.00 |
| KDM Enterprises | 50 | % | $150,000.00 |
| GSGB Yard, LLC | 50 | % | $0.00 |

Official Form 106A/B                          Schedule A/B: Property                                    page 5

| Debtor 1 | Kevin James Morrell | | Case number (if known) | 24-44713 |

| | | | |
|---|---|---|---|
| GSGP Fund, LLC | 50 | % | $0.00 |
| GS 4565 Mcree Market Leverage Lender, LLC | 1 | % | $0.00 |
| GS OZ Fund 4, LLC | .05 | % | $80,000.00 |
| Carrie TIF, LLC | 30 | % | $300,000.00 |
| 1601 Jefferson TIF, Inc. | 50 | % | $10,000.00 |
| GS Mcree Promote, LLC | 6.52 | % | $0.00 |
| GS Manager, LLC | 50 | % | $0.00 |
| MGL Partners, LLC | 33.33 | % | $0.00 |
| Chapters Little Rock (Operating Comapny) | 50 | % | $0.00 |
| Chapters San Antonio ( Operating Company) | 50 | % | $0.00 |
| Chapter New Braunfels (Operating Agreement) | 50 | % | $0.00 |
| Chapters Living Elmhurst (Operating Company) | 50 | % | $0.00 |
| Chapters Living Bartlett (Operating Company) | 50 | % | $0.00 |
| Chapters Lamar (Operating Company) | 50 | % | $0.00 |
| GS River City Promote, LLC | 48.5 | % | $0.00 |
| Green Street OZ Fund III, LLC | 9 | % | $942,840.00 |
| Market Leverage Lender, LLC | 40 | % | Unknown |
| Green Street Real Estate Partners | 10 | % | $200,000.00 |
| GS Manchester Investors | 50 | % | $0.00 |
| GS Sterling Investors, LLC | 40 | % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

Official Form 106A/B                    Schedule A/B: Property                                    page 6

Debtor 1   Kevin James Morrell                              Case number *(if known)*   24-44713

■ No
☐ Yes. Give specific information about them:
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.
              Type of account:            Institution name:

              IRA- 3224              Fidelity Investments                              $2,500.00

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................
                                          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............   Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property** (other than anything listed in line 1), and rights or powers exercisable for your benefit
    ☐ No
    ■ Yes.  Give specific information about them...

              James M. Morrell Revocable Trust 09/15/2009 Trustee and
              Contingent Beneficiary                                             $0.00

              Kevin J. Morrell Revocable Trust 09/15/2009- All Green Street
              Assets, Settlor, Trustee and Beneficiary                           $0.00

              JCC Manor Irrevocable Trust- Investment Trustee and Beneficiary     $0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes.  Give specific information about them...

              Commercial RE Brokers License                                      $0.00

**Money or property owed to you?**

                                                          Current value of the
                                                          portion you own?
                                                          Do not deduct secured
                                                          claims or exemptions.

Official Form 106A/B             Schedule A/B: Property                            page 7

Debtor 1    Kevin James Morrell                                        Case number (if known)    24-44713

**28. Tax refunds owed to you**
- ■ No
- ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
- ■ No
- ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security
   benefits; unpaid loans you made to someone else
- ☐ No
- ■ Yes. Give specific information..

| | |
|---|---|
| Daniel Dempster | $45,000.00 |
| Loan to GS 1430 Vandeventer Investors, LLC | $4,034.47 |
| Loan to GS 1525 Vandeventer Investors, LLC | $2,500.00 |
| Loan to GS 4565 Mcree Investors, LLC | $5,938.11 |
| Loan to GS 1601 Jefferson TIF, LLC | $53,700.00 |
| Loan to GS 4565 Mcree Leverage Lender, LLC | $7,500.00 |
| Loan to GS Bemiston, LLC | $10,000.00 |
| Loan to Carondelet Broadway TIF, LLC | $26,341.15 |
| Loan to Central Forsyth Investors | $50,000.00 |
| Loan to GS Chroma Phase 1 | $20,000.00 |
| Loan to GS Development Group | $26,000.00 |
| Loan to GS Management Group | $35,800.00 |
| Loan to Real Estate Partners | $46,056.50 |
| Loan to GS Pershall II Investors | $23,300.00 |
| Loan to GS Real Estate Venutres | $453,892.95 |

Official Form 106A/B                     Schedule A/B: Property                                    page 8

Debtor 1   Kevin James Morrell                                Case number (if known)   24-44713

| | |
|---|---|
| Loan to GS Vista Apartments | $54,787.91 |
| Loan to GS Chroma Phase II | $168,140.27 |
| Loan to Market Leverage Lender | $2,000.00 |
| Loan to Morin Investors | $2,000.00 |
| Loan to GS Swan Investors | $923,186.30 |

**31.  Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ☑ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Homeowners Cincinnatti Insurance | Jane and Kevin Morrell | $0.00 |

**32.  Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
   ☑ No
   ☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ☐ No
   ☑ Yes.  Describe each claim.........

| | |
|---|---|
| Claims vs. GS North Riverfront Investors, LLC | $750,000.00 |

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ☑ No
   ☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**
   ☑ No
   ☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.............................................................**   | $77,348,712.66 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**
   ☑ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

Official Form 106A/B                    Schedule A/B: Property                    page 9

Debtor 1   Kevin James Morrell                                    Case number *(if known)*   24-44713

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:**   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☑ No
☐ Yes. Give specific information.........

54. Add the dollar value of all of your entries from Part 7. Write that number here ...................................  | $0.00

**Part 8:**   List the Totals of Each Part of this Form

| | |
|---|---:|
| 55. Part 1: Total real estate, line 2 ................................................................................................ | $90,000.00 |
| 56. Part 2: Total vehicles, line 5 | $0.00 |
| 57. Part 3: Total personal and household items, line 15 | $6,625.00 |
| 58. Part 4: Total financial assets, line 36 | $77,348,712.66 |
| 59. Part 5: Total business-related property, line 45 | $0.00 |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 |
| 61. Part 7: Total other property not listed, line 54                                                        + | $0.00 |
| 62. Total personal property. Add lines 56 through 61... | $77,445,337.66   Copy personal property total    $77,445,337.66 |

63. Total of all property on Schedule A/B. Add line 55 + line 62   | $77,445,337.66

Official Form 106A/B                    Schedule A/B: Property                                   page 10

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Kevin James Morrell |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number | 24-44713 |
| (if known) | |

☑ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?
    ☑ No. Go to Part 2.
    ☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
    ☑ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | Andre Alper | Last 4 digits of account number _____ | $275,000.00 |
| | Nonpriority Creditor's Name | | |
| | 6 Cityplace Drve | When was the debt incurred?   2023 | |
| | Saint Louis, MO 63141 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt
Is the claim subject to offset?
☑ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

Debtor 1    Kevin James Morrell

Case number (if known)    24-44713

| 4.2 | Bank of America | | Last 4 digits of account number    8256 | | $28,000.00 |

**Bank of America**
Nonpriority Creditor's Name
P.O. Box 15019
Wilmington, DE 19850
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    8256

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

$28,000.00

---

**Bank of America**
Nonpriority Creditor's Name
P.O. Box 15019
Wilmington, DE 19850
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    2412

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

$21,000.00

---

**Bank of America**
Nonpriority Creditor's Name
P.O. Box 15019
Wilmington, DE 19850
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

Last 4 digits of account number    1926

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit Card**

$16,000.00

---

Official Form 106 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 2 of 8

Debtor 1  Kevin James Morrell                                    Case number (if known)  24-44713

| 4.5 | **Bank of America** | Last 4 digits of account number  1410 | | $25,000.00 |

Nonpriority Creditor's Name
P.O. Box 15019
Wilmington, DE 19850
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  Credit Card

---

| 4.6 | **Howard Smith** | Last 4 digits of account number | | Unknown |

Nonpriority Creditor's Name
1712 Deer Creek Lane
Saint Louis, MO 63124
Number Street City State Zip Code

When was the debt incurred?  2022

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

■ Contingent
■ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  Amounts due under Principals Agreement and possible contribution claims.

---

| 4.7 | **Illinois Facilities Fund** | Last 4 digits of account number  8297 | | $350,000.00 |

Nonpriority Creditor's Name
333 South Wabash Ave.
Suite 2800
Chicago, IL 60604
Number Street City State Zip Code

When was the debt incurred?  2020

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  Bridge Funding

---

Debtor 1  Kevin James Morrell                                    Case number (if known)  24-44713

| 4.8 | Invesque MHI Little Rock, LLP | Last 4 digits of account number | $1,750,000.00 |

**Nonpriority Creditor's Name**
c/o Thompson Coburn
1 US Bank Plaza
Saint Louis, MO 63101
Number Street City State Zip Code

When was the debt incurred?  2022

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Lease Guaranty Chapters

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.9 | Jack Holleran | Last 4 digits of account number | $120,000.00 |

**Nonpriority Creditor's Name**
4585 McRee
Suite 100
Saint Louis, MO 63110
Number Street City State Zip Code

When was the debt incurred?  2024

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Loan Workout

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.10 | Michelle O'Toole | Last 4 digits of account number | $1,000,000.00 |

**Nonpriority Creditor's Name**
2464 West Port Plaza Dr.
Suite 100
Saint Louis, MO 63146
Number Street City State Zip Code

When was the debt incurred?  2021

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a  community debt

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor 1  Kevin James Morrell

Case number (if known)  24-44713

| 4.1 1 | **Mid America Carpenters Regional Counsel** | | |
|---|---|---|---|

Nonpriority Creditor's Name
c/o Garick J. Gulino
McGann, Ketterman & Rioux
111 E. Wacker Drive, Ste. 2300
Chicago, IL 60601
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  2019

$750,000.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  Unsecured Loan

---

| 4.1 2 | **Midwest Regional Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name
363 Festus Centre Drive
Festus, MO 63028
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  2020

$50,000.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  Interest in Brick & Beverage Group, LLC

---

| 4.1 3 | **Midwest Regional Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name
363 Festus Centre Drive
Festus, MO 63028
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number  0822

When was the debt incurred?  2024

$125,000.00

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  Line of Credit

---

Official Form 106 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Page 5 of 8

Debtor 1  Kevin James Morrell                                     Case number (if known)  24-44713

---

| 4.1 4 | PHD Capital, LLC |
|---|---|

**Nonpriority Creditor's Name**
c/o Luke Pope
5 Country Estate Place
Saint Louis, MO 63131
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Consulting Fees

---

| 4.1 5 | Phillip Hulse |
|---|---|

**Nonpriority Creditor's Name**
456 S. Mcree Ave.
Suite 100
Saint Louis, MO 63110
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Possible right of contribution

---

| 4.1 5 | Ralph Morrell |
|---|---|

**Nonpriority Creditor's Name**
2230 View Royal
Saint Louis, MO 63131
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____        $655,000.00

When was the debt incurred?  2023 and 2024

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _____

---

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 6 of 8

Debtor 1  Kevin James Morrell                                    Case number (If known)  24-44713

| 4.17 | TI- Lamar Court LLC | | | |
|---|---|---|---|---|

| TI- Lamar Court LLC | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____ | $250,000.00 |
| 7611 State Line Road | | |
| Suite 301 | When was the debt incurred?  2022 | |
| Kansas City, MO 64114 | | |
| Number Street City State Zip Code | | |
| Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply | |
| ☐ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ☑ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| ☐ Check if this claim is for a community debt | ☐ Student loans | |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☑ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ☑ Other. Specify  Chapters Lease Guaranty | |

| 4.18 | TI- Rose Estates LLC | | | |
|---|---|---|---|---|

| TI- Rose Estates LLC | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number _____ | $250,000.00 |
| 7611 State Line Road | | |
| Suite 301 | When was the debt incurred?  2022 | |
| Kansas City, MO 64114 | | |
| Number Street City State Zip Code | | |
| Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply | |
| ☐ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ☑ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| ☐ Check if this claim is for a community debt | ☐ Student loans | |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☑ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ☑ Other. Specify  Chapters Lease Guaranty | |

| 4.19 | TIB National Association | | | |
|---|---|---|---|---|

| TIB National Association | | |
|---|---|---|
| Nonpriority Creditor's Name | Last 4 digits of account number  7520 | $28,000.00 |
| 11701 Luna Road | | |
| Dallas, TX 75234 | When was the debt incurred?  2022 | |
| Number Street City State Zip Code | | |
| Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply | |
| ☐ Debtor 1 only | ☐ Contingent | |
| ☐ Debtor 2 only | ☐ Unliquidated | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| ☑ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| ☐ Check if this claim is for a community debt | ☐ Student loans | |
| Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| ☑ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| ☐ Yes | ☑ Other. Specify  Credit Card | |

Official Form 106 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 7 of 8

Debtor 1  Kevin James Morreli                                    Case number (if known)  24-44713

| 4.2 0 | Tim Reese | Last 4 digits of account number | | $250,000.00 |

Nonpriority Creditor's Name
3001 Mega Lane
Godfrey, IL 62035
Number Street City State Zip Code

When was the debt incurred?  09/2024

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

Type of NONPRIORITY unsecured claim:
- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

## Part 4:  Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. Domestic support obligations | 6a. | $ | 0.00 |
| | 6b. Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| | 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| | 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. Total Priority. Add lines 6a through 6d. | 6e. | $ | 0.00 |
| Total claims from Part 2 | 6f. Student loans | 6f. | $ | Total Claim 0.00 |
| | 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 5,943,000.00 |
| | 6j. Total Nonpriority. Add lines 6f through 6i. | 6j. | $ | 5,943,000.00 |

Official Form 106 E/F        Schedule E/F: Creditors Who Have Unsecured Claims        Page 8 of 8

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Kevin James Morrell** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF MISSOURI

Case number   24-44713
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ Kevin James Morrell                          X _____
Kevin James Morrell                                    Signature of Debtor 2
Signature of Debtor 1

Date   January 27, 2026                              Date _____

Official Form 106Dec                Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

Debtor 1      Kevin James Morrell
              First Name      Middle Name              Last Name

Debtor 2
(Spouse if, filing)   First Name      Middle Name              Last Name

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MISSOURI

Case number    24-44713
(if known)

■ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not list either spouse as a codebtor.

   ☐ No
   ■ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ■ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | 1601 Jefferson Tif, Inc<br>333 S. Walach Ave.<br>Ste. 2800<br>Chicago, IL 60604 | ■ Schedule D, line ___2.11___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Illinois Facilities Fund** |
| 3.2 | Armory Rec Hall, LLC<br>4565 Mcree Ave.<br>Suite 100<br>Saint Louis, MO 63110 | ■ Schedule D, line ___2.34___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.3 | Armory Rec Hall, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ■ Schedule D, line ___2.23___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |

Official Form 106H            Schedule H: Your Codebtors            Page 1 of 17

Debtor 1  Kevin James Morreli                                    Case number *(if known)*  24-44713

▮ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.4  Armory Rec Hall, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.19___<br>☐ Schedule G _____<br>**TIB National Association** |
| 3.5  Armory Rec Hall, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▮ Schedule D, line ___2.10___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**First Citizens Bank & Trust** |
| 3.6  Brick & Beverage Group, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.12___<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.7  Carondelet Broadway Tif Inc<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▮ Schedule D, line ___2.22___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midland States Bank** |
| 3.8  Chapters Antioch, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>**TI- Rose Estates LLC** |
| 3.9  Chapters Holdco I, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▮ Schedule D, line ___2.5___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Washington** |
| 3.10  Chapters Lamar, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>▮ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>**TI- Lamar Court LLC** |

Official Form 106H                Schedule H: Your Codebtors                Page 2 of 17

Debtor 1  Kevin James Morrell                                    Case number *(if known)*   24-44713

████ Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.11  Chapters Little Rock, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>▨ Schedule E/F, line ____4.8____<br>☐ Schedule G _____<br>Invesque MHI Little Rock, LLP |
| 3.12  Chapters Living, Elmhurst, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▨ Schedule D, line ____2.8____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>CareTrust REIT, Inc |
| 3.13  Dan Morrell<br>17514 Wyman Ridge Dr.<br>Eureka, MO 63025 | ▨ Schedule D, line ____2.37____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Peoples National Bank |
| 3.14  Dan Morrell<br>17514 Wyman Ridge Dr.<br>Eureka, MO 63025 | ▨ Schedule D, line ____2.38____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Peoples National Bank |
| 3.15  Green Park Morin Investors, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▨ Schedule D, line ____2.27____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Midwest Regional Bank |
| 3.16  Green Street 2900 Investors, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▨ Schedule D, line ____2.24____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Midwest Regional Bank |
| 3.17  Green Street 4565 Mcree Investors, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▨ Schedule D, line ____2.35____<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Peoples National Bank |

Official Form 106H                          Schedule H: Your Codebtors                          Page  3 of 17

Debtor 1  Kevin James Morrell _____

Case number *(if known)*  24-44713

| ▇ Additional Page to List More Codebtors |
|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.18  Green Street 4565 Mcree Market Leverage<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▇ Schedule D, line ___2.35___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Peoples National Bank |
| 3.19  Green Street Armory Investors, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▇ Schedule D, line ___2.33___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Peoples National Bank |
| 3.20  Green Street Armory Investors, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▇ Schedule D, line ___2.43___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Twain Funding III |
| 3.21  Green Street Building Services, Inc<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▇ Schedule D, line ___2.30___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Midwest Regional Bank |
| 3.22  Green Street Construction, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>▇ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>Midwest Regional Bank |
| 3.23  Green Street Hazelwood Investors, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ▇ Schedule D, line ___2.28___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Midwest Regional Bank |
| 3.24  Green Street Jefferson Investors, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63111 | ▇ Schedule D, line ___2.41___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>St. Louis Bank |

Official Form 106H                     Schedule H: Your Codebtors                     Page  4 of 17

Debtor 1  Kevin James Morrell

Case number *(if known)*  24-44713

---

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.25  Green Street JM Investors, LLC<br>4565 Mcree Ave.<br>Ste. 100<br>Saint Louis, MO 63110 | ■ Schedule D, line ___2.20___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midland States Bank** |
| 3.26  Green Street OZ Fund 3<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ■ Schedule D, line ___2.4___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of Washington** |
| 3.27  Green Street OZ Fund 4, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ■ Schedule D, line ___2.16___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Illinois National Bank** |
| 3.28  Green Street OZ Fund I, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Acre Originator, LLC** |
| 3.29  Green Street OZ Fund II, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ■ Schedule D, line ___2.35___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Peoples National Bank** |
| 3.30  Green Street Pershall Investors II, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ■ Schedule D, line ___2.32___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.31  Green Street Real Estate Ventures, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ■ Schedule D, line ___2.31___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.32  Green Street River City Investors, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ■ Schedule D, line ___2.29___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |

Official Form 106H                    Schedule H: Your Codebtors                    Page 5 of 17

Debtor 1  Kevin James Morrell                                    Case number *(if known)*   24-44713

Additional Page to List More Codebtors

Column 1: Your codebtor                        Column 2: The creditor to whom you owe the debt
                                               Check all schedules that apply:

3.33  GS 11700 Olive Investors, LLC            ■ Schedule D, line   2.39
      4565 Mcree Ave., Ste. 100                □ Schedule E/F, line _____
      Saint Louis, MO 63110                    □ Schedule G  _____
                                               Simmons Bank

3.34  GS 1430 Vandeventer, LLC                 ■ Schedule D, line   2.26
      4565 Mcree Ave., Ste. 100                □ Schedule E/F, line _____
      Saint Louis, MO 63110                    □ Schedule G  _____
                                               Midwest Regional Bank

3.35  GS 1525 Vandeventer Investors, LLC       ■ Schedule D, line   2.25
      4565 Mcree Ave., Ste. 100                □ Schedule E/F, line _____
      Saint Louis, MO 63110                    □ Schedule G  _____
                                               Midwest Regional Bank

3.36  GS 3728 Market Investors, LLC            ■ Schedule D, line   2.16
      4565 Mcree Ave., Ste. 100                □ Schedule E/F, line _____
      Saint Louis, MO 63110                    □ Schedule G  _____
                                               Illinois National Bank

3.37  GS 4591 Mcree Investors, LLC             ■ Schedule D, line   2.4
      4565 Mcree Ave., Ste. 100                □ Schedule E/F, line _____
      Saint Louis, MO 63110                    □ Schedule G  _____
                                               Bank of Washington

3.38  GS Armory TIF, LLC                       ■ Schedule D, line   2.14
      4565 Mcree Ave., Ste. 100                □ Schedule E/F, line _____
      Saint Louis, MO 63110                    □ Schedule G  _____
                                               Illinois National Bank

3.39  GS Chroma Phi Tier Pref, LLC             ■ Schedule D, line   2.15
      4565 Mcree Ave., Ste. 100                □ Schedule E/F, line _____
      Saint Louis, MO 63110                    □ Schedule G  _____
                                               Illinois National Bank

3.40  GS Chroma Phi, LLC                       ■ Schedule D, line   2.45
      4565 Mcree Ave., Ste. 100                □ Schedule E/F, line _____
      Saint Louis, MO 63110                    □ Schedule G  _____
                                               Wells Fargo Commercial Mortgage

Official Form 106H                Schedule H: Your Codebtors                       Page  6 of 17

Debtor 1  Kevin James Morrell

Case number *(if known)*  24-44713

▮ Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.41  GS Chroma Phi, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line ___2.46___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Wells Fargo Commercial Mortgage |
| 3.42  GS Chroma Phi, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line ___2.40___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Sound Mark Partners LLC |
| 3.43  GS Development Group, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>▣ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>Illinois Facilities Fund |
| 3.44  GS Morrell OZ Fund 1, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Acre Originator, LLC |
| 3.45  GS Morrell OZ Fund II, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line ___2.16___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Illinois National Bank |
| 3.46  GS Principals Agreement<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>▣ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>Howard Smith |
| 3.47  GS Swan Apartments, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Acre Originator, LLC |
| 3.48  GS Swan Investors, LLC<br>4565 Mcree Ave., Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Acre Originator, LLC |

Official Form 106H                     Schedule H: Your Codebtors                     Page  7 of 17

Debtor 1   Kevin James Morrell

Case number *(if known)*   24-44713

**Additional Page to List More Codebtors**

Column 1: Your codebtor

Column 2: The creditor to whom you owe the debt
Check all schedules that apply:

3.49   GS Vista, LLC
        4565 Mcree Ave., Ste. 100
        Saint Louis, MO 63110

☒ Schedule D, line ___2.18___
☐ Schedule E/F, line _____
☐ Schedule G _____
Kevin O'Neil

3.50   GSBS HDA, LLC
        4565 Mcree Ave., Ste. 100
        Saint Louis, MO 63110

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.9___
☐ Schedule G _____
Jack Holteran

3.51   GSBS HDA, LLC
        4565 Mcree Ave., Ste. 100
        Saint Louis, MO 63110

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.1___
☐ Schedule G _____
Andre Alper

3.52   GSBS O'Toole, LLC
        4565 Mcree Ave., Ste. 100
        Saint Louis, MO 63110

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.10___
☐ Schedule G _____
Michelle O'Toole

3.53   Howard Smith

☒ Schedule D, line ___2.45___
☐ Schedule E/F, line _____
☐ Schedule G _____
Wells Fargo Commercial Mortgage

3.54   Howard Smith

☒ Schedule D, line ___2.46___
☐ Schedule E/F, line _____
☐ Schedule G _____
Wells Fargo Commercial Mortgage

3.55   Howard Smith

☒ Schedule D, line ___2.40___
☐ Schedule E/F, line _____
☐ Schedule G _____
Sound Mark Partners LLC

3.56   Howard Smith

☒ Schedule D, line ___2.15___
☐ Schedule E/F, line _____
☐ Schedule G _____
Illinois National Bank

Official Form 106H                    Schedule H: Your Codebtors                    Page 8 of 17

Debtor 1   Kevin James Morrell _____          Case number (if known)   24-44713

☐ **Additional Page to List More Codebtors**

Column 1: Your codebtor

Column 2: The creditor to whom you owe the debt
Check all schedules that apply:

| | | |
|---|---|---|
| 3.57 | Jane Morrell<br>2019 S. Mason<br>Saint Louis, MO 63131 | ☒ Schedule D, line __2.9__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Colliers Funding LLC** |
| 3.58 | Jane Morrell<br>2019 S. Mason<br>Saint Louis, MO 63131 | ☒ Schedule D, line __2.23__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.59 | Jane Morrell<br>2019 S. Mason<br>Saint Louis, MO 63131 | ☒ Schedule D, line __2.24__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.60 | Jane Morrell<br>2019 S. Mason<br>Saint Louis, MO 63131 | ☒ Schedule D, line __2.25__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.61 | Jane Morrell<br>2019 S. Mason<br>Saint Louis, MO 63131 | ☒ Schedule D, line __2.26__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.62 | Jane Morrell<br>2019 S. Mason<br>Saint Louis, MO 63131 | ☒ Schedule D, line __2.28__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.63 | Jane Morrell<br>2019 S. Mason<br>Saint Louis, MO 63131 | ☒ Schedule D, line __2.27__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.64 | Jane Morrell<br>2019 S. Mason<br>Saint Louis, MO 63131 | ☒ Schedule D, line __2.29__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |

Official Form 106H                      Schedule H: Your Codebtors                      Page 9 of 17

Debtor 1  Kevin James Morrell

Case number (if known)  24-44713

■ Additional Page to List More Codebtors

Column 1: Your codebtor

Column 2: The creditor to whom you owe the debt
Check all schedules that apply:

3.65  Jane Morrell
2019 S. Mason
Saint Louis, MO 63131

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.12___
☐ Schedule G _____
Midwest Regional Bank

3.66  Jane Morrell
2019 S. Mason
Saint Louis, MO 63131

☒ Schedule D, line ___2.30___
☐ Schedule E/F, line _____
☐ Schedule G _____
Midwest Regional Bank

3.67  Jane Morrell
2019 S. Mason
Saint Louis, MO 63131

☒ Schedule D, line ___2.31___
☐ Schedule E/F, line _____
☐ Schedule G _____
Midwest Regional Bank

3.68  Jane Morrell
2019 S. Mason
Saint Louis, MO 63131

☒ Schedule D, line ___2.32___
☐ Schedule E/F, line _____
☐ Schedule G _____
Midwest Regional Bank

3.69  Janice Rohan
4565 Mcree Ave.
Suite 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.21___
☐ Schedule E/F, line _____
☐ Schedule G _____
Midland States Bank

3.70  Janice Rohan
4565 Mcree Ave.
Suite 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.9___
☐ Schedule E/F, line _____
☐ Schedule G _____
Colliers Funding LLC

3.71  KDM Enterprises, LLC
2019 S. Mason
Saint Louis, MO 63131

☒ Schedule D, line ___2.37___
☐ Schedule E/F, line _____
☐ Schedule G _____
Peoples National Bank

3.72  KDM Enterprises, LLC
2019 S. Mason
Saint Louis, MO 63131

☒ Schedule D, line ___2.38___
☐ Schedule E/F, line _____
☐ Schedule G _____
Peoples National Bank

Official Form 106H          Schedule H: Your Codebtors                    Page 10 of 17

Debtor 1   Kevin James Morrell _____      Case number (if known)  24-44713

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.73   Luke Pope
5 Country Estates Place
Saint Louis, MO 63131

☒ Schedule D, line ___2.39___
☐ Schedule E/F, line _____
☐ Schedule G _____
Simmons Bank

3.74   Market Leverage Lender, LLC
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.21___
☐ Schedule E/F, line _____
☐ Schedule G _____
Midland States Bank

3.75   Morrell Hilltop Investors, LLC
2019 S. Mason
Saint Louis, MO 63131

☒ Schedule D, line ___2.36___
☐ Schedule E/F, line _____
☐ Schedule G _____
Peoples National Bank

3.76   Morrell Hilltop Investors, LLC
2019 S. Mason
Saint Louis, MO 63131

☒ Schedule D, line ___2.3___
☐ Schedule E/F, line _____
☐ Schedule G _____
Bank of Franklin Co.

3.77   Newstead West CID
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.13___
☐ Schedule E/F, line _____
☐ Schedule G _____
Illinois Facilities Fund

3.78   Oscar Apartments, LLC
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.7___
☐ Schedule E/F, line _____
☐ Schedule G _____
Bridgewater Bank

3.79   Pacchu Mama OZ Investments I, LLC
1712 Deer Creek Lane
Saint Louis, MO 63124

☒ Schedule D, line ___2.1___
☐ Schedule E/F, line _____
☐ Schedule G _____
Acre Originator, LLC

3.80   Pacchu Mama OZ Investments II LLC
1712 Deer Creek Lane
Saint Louis, MO 63124

☒ Schedule D, line ___2.4___
☐ Schedule E/F, line _____
☐ Schedule G _____
Bank of Washington

Official Form 106H                    Schedule H: Your Codebtors                    Page 11 of 17

Debtor 1  __Kevin James Morrell__          Case number *(if known)*  __24-44713__

▓ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.81  Pacchu Mama OZ Investments III, LLC<br>1712 Deer Creek Lane<br>Saint Louis, MO 63124 | ☑ Schedule D, line __2.35__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>Peoples National Bank |
| 3.82  Phillip Hulse<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☑ Schedule D, line __2.33__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>Peoples National Bank |
| 3.83  Phillip Hulse<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☑ Schedule D, line __2.43__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>Twain Funding III |
| 3.84  Phillip Hulse<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☑ Schedule D, line __2.34__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>Peoples National Bank |
| 3.85  Phillip Hulse<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☑ Schedule D, line __2.23__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>Midwest Regional Bank |
| 3.86  Phillip Hulse<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line ____<br>☑ Schedule E/F, line __4.19__<br>☐ Schedule G ____<br>TIB National Association |
| 3.87  Phillip Hulse<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☑ Schedule D, line __2.10__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>First Citizens Bank & Trust |
| 3.88  Phillip Hulse<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☑ Schedule D, line __2.24__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>Midwest Regional Bank |

Official Form 106H          Schedule H: Your Codebtors          Page 12 of 17

Debtor 1  **Kevin James Morrell**                              Case number *(if known)*  __24-44713__

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |

3.89  **Phillip Hulse**
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.14___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois National Bank**

3.90  **Phillip Hulse**
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.7___
☐ Schedule G _____
**Illinois Facilities Fund**

3.91  **Phillip Hulse**
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.45___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo Commercial Mortgage**

3.92  **Phillip Hulse**
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.46___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Wells Fargo Commercial Mortgage**

3.93  **Phillip Hulse**
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.40___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Sound Mark Partners LLC**

3.94  **Phillip Hulse**
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.15___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois National Bank**

3.95  **Phillip Hulse**
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.25___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.96  **Phillip Hulse**
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

☒ Schedule D, line ___2.41___
☐ Schedule E/F, line _____
☐ Schedule G _____
**St. Louis Bank**

Official Form 106H              Schedule H: Your Codebtors              Page 13 of 17

Debtor 1   **Kevin James Morrell**                                        Case number *(if known)*   24-44713

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.97   **Phillip Hulse**
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

■ Schedule D, line ___2.11___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Facilities Fund**

3.98   **Phillip Hulse**
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

■ Schedule D, line ___2.26___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.99   **Phillip Hulse**
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

■ Schedule D, line ___2.39___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Simmons Bank**

3.10   **Phillip Hulse**
0      4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

■ Schedule D, line ___2.27___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.10   **Phillip Hulse**
1      4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

■ Schedule D, line ___2.28___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midwest Regional Bank**

3.10   **Phillip Hulse**
2      4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

■ Schedule D, line ___2.20___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midland States Bank**

3.10   **Phillip Hulse**
3      4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

■ Schedule D, line ___2.21___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Midland States Bank**

3.10   **Phillip Hulse**
4      4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

■ Schedule D, line ___2.12___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Facilities Fund**

Official Form 106H                        Schedule H: Your Codebtors                        Page 14 of 17

Debtor 1   __Kevin James Morrell__                          Case number *(if known)*   __24-44713__

▆ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|

*Column 1:* Your codebtor

*Column 2:* The creditor to whom you owe the debt
Check all schedules that apply:

| | |
|---|---|
| 3.10 5   **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line   __2.6__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Bank OZK** |
| 3.10 6   **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line   __2.29__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Midwest Regional Bank** |
| 3.10 7   **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line   __2.9__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Colliers Funding LLC** |
| 3.10 8   **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line   __2.13__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Illinois Facilities Fund** |
| 3.10 9   **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line ____<br>▣ Schedule E/F, line   __4.12__<br>☐ Schedule G ____<br>**Midwest Regional Bank** |
| 3.11 0   **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line ____<br>▣ Schedule E/F, line   __4.8__<br>☐ Schedule G ____<br>**Invesque MHI Little Rock, LLP** |
| 3.11 1   **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line   __2.5__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Bank of Washington** |
| 3.11 2   **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ▣ Schedule D, line   __2.8__<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**CareTrust REIT, Inc** |

Official Form 106H                    Schedule H: Your Codebtors                    Page 15 of 17

Debtor 1  **Kevin James Morrell**                                      Case number *(if known)*   **24-44713**

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.11<br>3    **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.17___<br>☐ Schedule G _____<br>TI- Lamar Court LLC |
| 3.11<br>4    **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.18___<br>☐ Schedule G _____<br>TI- Rose Estates LLC |
| 3.11<br>5    **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>Jack Holleran |
| 3.11<br>6    **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.1___<br>☐ Schedule G _____<br>Andre Alper |
| 3.11<br>7    **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.10___<br>☐ Schedule G _____<br>Michelle O'Toole |
| 3.11<br>8    **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☒ Schedule D, line ___2.30___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Midwest Regional Bank |
| 3.11<br>9    **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☒ Schedule D, line ___2.31___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Midwest Regional Bank |
| 3.12<br>0    **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.13___<br>☐ Schedule G _____<br>Midwest Regional Bank |

Official Form 106H                    Schedule H: Your Codebtors                    Page 16 of 17

Debtor 1  __Kevin James Morrell__

Case number *(if known)*  __24-44713__

▊▊▊▊  **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.12<br>1 | **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line __4.6__<br>☐ Schedule G _____<br>**Howard Smith** |
| 3.12<br>2 | **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☒ Schedule D, line __2.32__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midwest Regional Bank** |
| 3.12<br>3 | **Phillip Hulse**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☒ Schedule D, line __2.22__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Midland States Bank** |
| 3.12<br>4 | **River City Owner, LLC**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☒ Schedule D, line __2.6__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank OZK** |
| 3.12<br>5 | **Shevegas Holdings**<br>10050 Crosstown Circle<br>Suite 600<br>Eden Prairie, MN 55344 | ☒ Schedule D, line __2.7__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bridgewater Bank** |
| 3.12<br>6 | **Toby Martin**<br>16 Greenbriar Dr.<br>Saint Louis, MO 63124 | ☒ Schedule D, line __2.39__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Simmons Bank** |
| 3.12<br>7 | **Union FPSE Limited Partners, LLC**<br>1 Metropolitan Square<br>Ste. 1300<br>Saint Louis, MO 63102 | ☒ Schedule D, line __2.18__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Kevin O'Neil** |
| 3.12<br>8 | **Vista Apartments, LLC**<br>4565 Mcree Ave. Ste. 100<br>Saint Louis, MO 63110 | ☒ Schedule D, line __2.9__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Colliers Funding LLC** |

Official Form 106H                    Schedule H: Your Codebtors                    Page 17 of 17

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Kevin James Morrell** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MISSOURI |
| Case number (If known) | 24-44713 |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. What is your current marital status?

   ☒ Married
   ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☒ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☒ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

   | | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
   |---|---|---|---|---|
   | From January 1 of current year until the date you filed for bankruptcy: | ☒ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | |
   | | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | Kevin James Morrell | | Case number (if known) | 24-44713 |

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| For last calendar year: (January 1 to December 31, 2023 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $1,303,430.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the calendar year before that: (January 1 to December 31, 2022 ) | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | $1,158,674.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5. Did you receive any other income during this year or the two previous calendar years?
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?
■ No. Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
■ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?
☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1  Kevin James Morrell                                    Case number (if known)  24-44713

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| People's Savings Bank vs. Green Street Armory Investors, LLC 24SL-CC05187 | Suit on Promissory Note | St. Louis County Courthouse 105 S Central Avenue Saint Louis, MO 63105 | ☒ Pending ☐ On appeal ☐ Concluded |
| Simmons Bank Vs. Kevin J. Morrell 24SL-CC4996 | Suit on Promissory Note | St. Louis County Courthouse 105 S Central Avenue Saint Louis, MO 63105 | ☒ Pending ☐ On appeal ☐ Concluded |
| Carpenters vs. Kevin Morrell 2024-LO12171 | Suit on Promissory Note | Cook County, IL | ☒ Pending ☐ On appeal ☐ Concluded |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor 1   Kevin James Morrell                                    Case number *(if known)*   24-44713

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☒ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |
| Jason Fenton | Christmas Gift | December 2022 | $8,000.00 |
| Person's relationship to you: Son | | | |
| Jason Fenton | Christmas Gift | December 2023 | $2,000.00 |
| Person's relationship to you: Son | | | |
| Coleen Misuraca | Christmas Gift | December 2022 | $8,000.00 |
| Person's relationship to you: Daughter | | | |
| Coleen Misuraca | Christmas Gift | December 2023 | $2,000.00 |
| Person's relationship to you: Daughter | | | |
| Chad Fenton | Christmas Gift | December 2022 | $8,000.00 |
| Person's relationship to you: Son | | | |
| Chad Fenton | Christmas Gift | December 2023 | $2,000.00 |
| Person's relationship to you: Son | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☒ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | | | |
| St. Louis Police | Cash Donation | 05/18/2023 | $5,000.00 |
| St. Louis Police | Cash Donation | 04/12/2023 | $1,500.00 |
| Molly Blume | Cash Donation | 02/09/2023 | $1,000.00 |

Debtor 1   Kevin James Morrell                                             Case number (if known)  24-44713

**Part 6:   List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
□ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7:   List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

□ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| David M. Dare<br>439 South Kirkwood Rd.<br>Saint Louis, MO 63122 | Bankruptcy Preparation | Various | $24,280.00 |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
□ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

□ No
■ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Sterling Bank | Pledge of member interest in GS Chroma PHI. | Cash for LLC debts<br>$1,000,000.00 | 2024 |
| Jason Fenton | Sale of Interest in KJJR | $365,759.00 | 10/2023 |
| Green Street Entities | Sale of Market and Jefferson Land | $1,250,000 cash for LLC debts | 2023 |

Official Form 107      Statement of Financial Affairs for Individuals Filing for Bankruptcy       page 5

| Debtor 1 | Kevin James Morrell | Case number (if known) | 24-44713 |
|---|---|---|---|

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

## Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☒ No
☐ Yes. Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 6

Debtor 1   **Kevin James Morrell**                                          Case number *(if known)*   **24-44713**

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
| Address (Number, Street, City, State and ZIP Code) | Address (Number, Street, City, State and ZIP Code) | know it | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title | Court or agency | Nature of the case | Status of the case |
| Case Number | Name | | |
| | Address (Number, Street, City, State and ZIP Code) | | |

**Part 11:   Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
■ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation
☐ No. None of the above applies. Go to Part 12.
■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Green Street Armory Investors, LLC | Real Estate Company | EIN:<br>From-To   2022- Present |
| Green Street 2900 Investors, LLC | Real Estate Company | EIN:<br>From-To   2016- Present |
| GS Armory TIF, LLC | Real Estate Company | EIN:<br>From-To   2022- Present |
| Armory Rec Hall, LLC | Operating Company for Armory | EIN:<br>From-To   2022- Present |
| GS Chroma PH I, LLC | Real Estate Company | EIN:<br>From-To   2019- Present |

Official Form 107          Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 7

Debtor 1  **Kevin James Morrell**                                   Case number (if known) 24-44713

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| GS Chroma PH I Tier M, LLC | Real Estate Company | EIN:<br><br>From-To  2021- Present |
| GS Chroma Ph II Tier Pref, LLC | Real Estate Company | EIN:<br><br>From-To  2021- Present |
| GS 1525 Vandeventer Investors, LLC | Real Estate Company | EIN:<br><br>From-To  2021- Present |
| Green Street 4565 Mcree Investors, LLC | Real Estate Company | EIN:<br><br>From-To  2020- Present |
| Green Street 4565 Mcree Market Leverage | Real Estate Company | EIN:<br><br>From-To  2020- Present |
| Green Street Jefferson Investors, LLC | Real Estate Company | EIN:<br><br>From-To  2012- Present |
| 1601 Jefferson Tif, Inc. | Real Estate Company | EIN:<br><br>From-To  2012- Present |
| Morrell Hilltop Investors, LLC | Real Estate Company | EIN:<br><br>From-To  2013- Present |
| GS 1430 Vandeventer, LLC | Real Estate Company | EIN:<br><br>From-To  2021- Present |
| GS 3728 Market Investors, LLC | Real Estate Company | EIN:<br><br>From-To  2021- Present |
| Green Street OZ Fund 4, LLC | Real Estate Company | EIN:<br><br>From-To  2021- Present |
| GS Morrell OZ Fund II, LLC | Real Estate Company | EIN:<br><br>From-To  2022 - Present |
| GS 11700 Olive Investors, LLC | Real Estate Company | EIN:<br><br>From-To  2021- Present |
| Green Park Morin Investors, LLC | Real Estate Company | EIN:<br><br>From-To  2014- Present |

Debtor 1   Kevin James Morrell                                            Case number (if known)   24-44713

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| North Riverfront Investors, LLC | Real Estate Company | EIN:<br>From-To  2016- Present |
| Carrie Tif, Inc | Real Estate Company | EIN:<br>From-To  2016- Present |
| Green Street Hazelwood Investors, LLC | Real Estate Company | EIN:<br>From-To  2012- Present |
| Green Street Pershall Investors II, LLC | Real Estate Company | EIN:<br>From-To  2012- Present |
| Green Street JM Investors, LLC | Real Estate Company | EIN:<br>From-To  2016- Present |
| Market Leverage Lender, LLC | Real Estate Company | EIN:<br>From-To  2016- Present |
| GS 4591 Mcree Investors, LLC | Real Estate Company | EIN:<br>From-To  2022- Present |
| Green Street Mcree OZ Partnership, LLC | Real Estate Company | EIN:<br>From-To  2022- Present |
| Green Street OZ Fund 3, LLC | Real Estate Company | EIN:<br>From-To  2022- Present |
| Oscar Apartments, LLC | Real Estate Company | EIN:<br>From-To  2019- Present |
| Oscar GS GP, LLC | Real Estate Company | EIN:<br>From-To  2019- Present |
| Green Street Real Estate Partner, LLC | Real Estate Company | EIN:<br>From-To  2019- Present |
| PPAF Oscar LLC | Real Estate Company | EIN:<br>From-To  2020- Present |
| GS Development Group, LLC | Real Estate Company | EIN:<br>From-To  2012- Present |

Debtor 1  __Kevin James Morrell__                                      Case number (if known) __24-44713__

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| River City Owner, LLC | Real Estate Company | EIN:<br>From-To  2022- Present |
| RCBP Investors, LLC | Real Estate Company | EIN:<br>From-To  2016- Present |
| GS River City OP Zone Fund, LLC | Real Estate Company | EIN:<br>From-To  2022- Present |
| Green Street River City Investors,<br>LLC | Real Estate Company | EIN:<br>From-To  2016- Present |
| Carondelet Broadway Tif, Inc | Real Estate Company | EIN:<br>From-To  2016- Present |
| GS Swan Apartments, LLC | Real Estate Company | EIN:<br>From-To  2020- Present |
| Swan Apartments Upper Tier, LLC | Real Estate Company | EIN:<br>From-To  2020- Present |
| Hillcrest Swan Apartments<br>Preferred Inve | Real Estate Company | EIN:<br>From-To  2020- Present |
| GS Swan Investors, LLC | Real Estate Company | EIN:<br>From-To  2020- Present |
| Green Street OZ Fund I, LLC | Real Estate Company | EIN:<br>From-To  2020- Present |
| GS Morrell OZ Fund I, LLC | Real Estate Company | EIN:<br>From-To  2020- Present |
| Pacchumama OZ Investments, LLC | Real Estate Company | EIN:<br>From-To  2020- Present |
| GS Vista, LLC | Real Estate Company | EIN:<br>From-To  2020- Present |
| Union FPSE Limited Partners, LLC | Real Estate Company | EIN:<br>From-To  2020- Present |

Official Form 107                    Statement of Financial Affairs for Individuals Filing for Bankruptcy                    page 10

Debtor 1   **Kevin James Morrell**                                   Case number *(if known)*   24-44713

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business  Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed EIN: |
|---|---|---|
| Newstead West CID | Real Estate Company | From-To   2020- Present |
| Green Street Development Group, LLC | Operating Company | EIN:  From-To   2020- Present |
| Brick & Beverage Group, LLC | Operating Company | EIN:  From-To   2020- Present |
| GS Manager, LLC | Real Estate Company | EIN:  From-To   2020- Present |
| GSBG Yard, LLC | Operating Company | EIN:  From-To   2020- Present |
| KDM Enterprises | Operating Company for Jimmy Johns | EIN:  From-To   2012- Present |
| Green Street Building Services, LLC | Operating Company | EIN:  From-To   2020- Present |
| Green Street Real Estate Ventures, LLC | Operating Company | EIN:  From-To   2012- Present |
| Green Street Investors | | EIN:  From-To   2019-Present |
| Midtown Opporunity Zone Fund | | EIN:  From-To   2019-2023 |
| GSBS HDA, LLC | | EIN:  From-To   2020-2024 |
| KJJR Investors, LLC | Barge Company | EIN:   47-1258119  From-To   2021-2023 |
| Green Street Manchester Investors, LLC | Real Estate Compnay | EIN:  From-To   2016- Present |
| Emerald Capital, LLC | Real Estate Company | EIN:  From-To   2019-2023 |

Debtor 1    Kevin James Morrell                                    Case number *(if known)*    24-44713

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed<br>EIN: |
|---|---|---|
| MGL Partners, LLC | Real Estate Company | From-To   2021- Present |
| GSBS O'Toole, LLC | | EIN:<br>From-To   2020- Present |
| GS Bemiston Investors | Real Estate Company | EIN:<br>From-To   2020-2023 |
| GS GP Fund, LLC | Real Estate Company | EIN:<br>From-To   2020-2023 |
| Chapter Artioch | | EIN:<br>From-To   2022-2024 |
| Chapters Little Rock, LLC | | EIN:<br>From-To   2022-2024 |
| Chapters San Antonio, LLC | | EIN:<br>From-To   2022-2024 |
| Chapters New Braunfels, LLC | | EIN:<br>From-To   2022-2024 |
| Chapters Holdco | | EIN:<br>From-To   2022-2024 |
| Chapters Living Elmhurst | | EIN:<br>From-To   2022-2024 |
| Chapters Living Bartlett | | EIN:<br>From-To   2022-2024 |
| Chapters Lamar (Operating Company) | | EIN:<br>From-To   2022-2024 |
| GS River City Promote, LLC | Real Estate Company | EIN:<br>From-To   2022- Present |
| GS OZ Fund 4, LLC | Real Estate Company | EIN:   2022- Present<br>From-To |

Debtor 1    Kevin James Morrell               Case number *(if known)*   24-44713

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| MG Clayton Acquisitions, LLC | Real Estate Company | EIN:     2021- Present<br><br>From-To |
| GS Manchester Investors, LLC | Real Estate Company | EIN:<br><br>From-To   2016- Present |
| Wildwood Manchester Apartments, LLC | Real Estate Company | EIN:<br><br>From-To   2021- Present |
| Green Street Construction | Construction Comapny | EIN:<br><br>From-To   2013- Present |
| GS Management, LLC | Signing Entity | EIN:<br><br>From-To   2015- Present |
| GS GP Workforce, LLC | Real Estate Company | EIN:<br><br>From-To   2017- Present |
| GS Central Forsyth Investors | Real Estate Company | EIN:<br><br>From-To   2021- Present |
| GS Workforce Housing Fund LP | | EIN:<br><br>From-To   2019- Present |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?** Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

Name                     Date Issued
Address
(Number, Street, City, State and ZIP Code)

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Kevin James Morrell
_____        _____
Kevin James Morrell                  Signature of Debtor 2
Signature of Debtor 1

Date    January 21, 2026             Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

Debtor 1   __Kevin James Morrell__ _____    Case number (if known)  __24-44713__ _____

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**United States Bankruptcy Court**
**Eastern District of Missouri**

In re   Kevin James Morrell                                              Case No.    24-44713
                                        Debtor(s)                        Chapter     7

## VERIFICATION OF CREDITOR MATRIX - AMENDED

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __13__ page(s) and is true, correct and complete.


/s/ Kevin James Morrell
Kevin James Morrell
Debtor Signature


Dated:    January 21, 2026


L.F. 2 - 2/2021

1601 Jefferson Tif, Inc
333 S. Walach Ave.
Ste. 2800
Chicago, IL 60604

Acre Originator, LLC
670 Dekalb Ave.
Suite 100
Atlanta, GA 30312

Alston & Bird LLP
90 Park Avenue
New York, NY 10016

American Bank
690 N. Service Road
Wright City, MO 63390

Andre Alper
6 Cityplace Drve
Saint Louis, MO 63141

Armory Rec Hall, LLC
4565 Mcree Ave.
Suite 100
Saint Louis, MO 63110

Armory Rec Hall, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Bank of America
P.O. Box 15019
Wilmington, DE 19850

Bank of Franklin Co.
900 E. Street
Washington, MO 63090

Bank of Washington
200 W. Main Street
Washington, MO 63090

Bank OZK
8300 Douglas Avenue
Suite 900
Dallas, TX 75225

Brick & Beverage Group, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Bridgewater Bank
4450 Excelsior Blvd.
Suite 100
Minneapolis, MN 55416

CareTrust REIT, Inc
900 Calle Amanecer
Suite 300
San Clemente, CA 92673

Carondelet Broadway Tif Inc
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Chapters Antioch, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Chapters Holdco I, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Chapters Lamar, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Chapters Little Rock, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Chapters Living, Elmhurst, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Colliers Funding LLC
90 South Seventh Street
Minneapolis, MN 55402

Dan Morrell
17514 Wyman Ridge Dr.
Eureka, MO 63025

First Citizens Bank & Trust
4300 Six Forks Rd.
Raleigh, NC 27609

Green Park Morin Investors, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Green Street 2900 Investors, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Green Street 4565 Mcree Investors, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Green Street 4565 Mcree Market Leverage
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Green Street Armory Investors, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Green Street Building Services, Inc
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Green Street Construction, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Green Street Hazelwood Investors, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Green Street Jefferson Investors, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63111

Green Street JM Investors, LLC
4565 Mcree Ave.
Ste. 100
Saint Louis, MO 63110

Green Street OZ Fund 3
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

Green Street OZ Fund 4, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

Green Street OZ Fund I, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

Green Street OZ Fund II, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

Green Street Pershall Investors II, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

Green Street Real Estate Ventures, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

Green Street River City Investors, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS 11700 Olive Investors, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS 1430 Vandeventer, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS 1525 Vandeventer Investors, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS 3728 Market Investors, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS 4591 Mcree Investors, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS Armory TIF, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS Chroma Phi Tier Pref, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS Chroma Phi, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS Development Group, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS Morrell OZ Fund 1, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS Morrell OZ Fund II, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS Principals Agreement
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS Swan Apartments, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS Swan Investors, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GS Vista, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GSBS HDA, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

GSBS O'Toole, LLC
4565 Mcree Ave., Ste. 100
Saint Louis, MO 63110

Howard Smith
1712 Deer Creek Lane
Saint Louis, MO 63124

Illinois Facilities Fund
333 South Wabash Ave.
Suite 2800
Chicago, IL 60604

Illinois National Bank
100 Chesterfield Business Pkwy
Suite 310
Chesterfield, MO 63005

Illinois National Bank
100 Chesterfield Business Parkway
Suite 310
Chesterfield, MO 63005

Invesque MHI Little Rock, LLP
c/o Thompson Coburn
1 US Bank Plaza
Saint Louis, MO 63101

Jack Holleran
4585 McRee
Suite 100
Saint Louis, MO 63110

Jane Morrell
2019 S. Mason
Saint Louis, MO 63131

Janice Rohan
4565 Mcree Ave.
Suite 100
Saint Louis, MO 63110

KDM Enterprises, LLC
2019 S. Mason
Saint Louis, MO 63131

Kevin O'Neil
4512 West Pine
Saint Louis, MO 63108

Landrover Financial Group
700 Kansas Lane
LA4-6457
Monroe, LA 71203

Luke Pope
5 Country Estates Place
Saint Louis, MO 63131

Market Leverage Lender, LLC
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

Michelle O'Toole
2464 West Port Plaza Dr.
Suite 100
Saint Louis, MO 63146

Mid America Carpenters Regional Counsel
c/o Garick J. Gulino
McGann, Ketterman & Rioux
111 E. Wacker Drive, Ste. 2300
Chicago, IL 60601

Midland States Bank
1801 Park 270 Drive
Suite 200
Saint Louis, MO 63146

Midwest Regional Bank
363 Festus Centre Drive
Festus, MO 63028

Morrell Hilltop Investors, LLC
2019 S. Mason
Saint Louis, MO 63131

Newstead West CID
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

Oscar Apartments, LLC
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

Pacchu Mama OZ Investments I, LLC
1712 Deer Creek Lane
Saint Louis, MO 63124

Pacchu Mama OZ Investments II LLC
1712 Deer Creek Lane
Saint Louis, MO 63124

Pacchu Mama OZ Investments III, LLC
1712 Deer Creek Lane
Saint Louis, MO 63124

Peoples National Bank
101 S. Hanley Road
Suite 100
Saint Louis, MO 63105

PHD Capital, LLC
c/o Luke Pope
5 Country Estate Place
Saint Louis, MO 63131

PHD Consulting
c/o Luke Pope
5 Country Estate Place
Saint Louis, MO 63131

Phillip Hulse
456 S. Mcree Ave.
Suite 100
Saint Louis, MO 63110

Ralph Morrell
2230 View Royal
Saint Louis, MO 63131

River City Owner, LLC
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

Shevegas Holdings
10050 Crosstown Circle
Suite 600
Eden Prairie, MN 55344

Simmons Bank
8151 Clayton Road
Saint Louis, MO 63117

Sound Mark Partners LLC
12 Havemeyer Place
3rd Floor
Greenwich, CT 06830

St. Louis Bank
9811 South Forty Dr.
Saint Louis, MO 63124

Sterling Bank
16100 Swingley Ridge Road
Chesterfield, MO 63017

TI- Lamar Court LLC
7611 State Line Road
Suite 301
Kansas City, MO 64114

TI- Rose Estates LLC
7611 State Line Road
Suite 301
Kansas City, MO 64114

TIB National Association
11701 Luna Road
Dallas, TX 75234

Tim Reese
3001 Mega Lane
Godfrey, IL 62035

Toby Martin
16 Greenbriar Dr.
Saint Louis, MO 63124

Twain Funding III
220 Washington Ave.
Saint Louis, MO 63103

Union FPSE Limited Partners, LLC
1 Metropolitan Square
Ste. 1300
Saint Louis, MO 63102

US Bank
200 South Sixth Street
Minneapolis, MN 55401

Vista Apartments, LLC
4565 Mcree Ave. Ste. 100
Saint Louis, MO 63110

Wells Fargo Commercial Mortgage
401 S. Tryon Street
8th Floor
Charlotte, NC 28202

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

In re:

Kevin J. Morrell                    Debtor(s)          Case No. 24-44713
                                                       Chapter 7

**NOTICE OF AMENDMENT TO SCHEDULES AND/OR MATRIX TO ADD CREDITOR(S)**

To:   Creditor(s) listed below: *(insert creditor names and addresses or attach list)*

*Phillip Hulse- 4565 Mcree Ave., Ste. 100, St. Louis, MO 63110*

*PHD Capital, 5 Country Estate Place, St. Louis, MO 63131*

1.      **X____ Amended Schedules**

        **X____ Amended Creditor Matrix and Verification of Matrix**

        You are hereby notified that the above Debtor(s) filed Amended Schedules and/or Matrix and added you
        as a creditor in this case.  The following documents are attached for you.  *(Check all that are attached)*

        X____  A copy of the most recently filed Schedule listing you as a creditor;

        X____  A copy of the original Order and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors &
               Deadlines showing the debtor=s full social security number;

        X____  A copy of any order or notice that set a deadline by which proofs of claim are or were to be filed
               along with a proof of claim form, if applicable.

2.      **Claims**.  You are further notified that: *(Check one option)*

        _____  This is a no-asset case.  It is unnecessary to file a claim now. If it is determined there are assets
               to distribute, creditors will receive a notice setting a deadline to file claims.

        X____  This is an asset case.   You may file a proof of claim by the deadline specified in the order or
               notice that set a deadline by which proofs of claim are or were to be filed, or within 30 days of
               the date of service of this notice, whichever is later.

3.      **Discharge.**  You are further notified that you may file a complaint to determine dischargeability pursuant
        to 11 U.S.C. ' 523(c) or to object to discharge pursuant to 11 U.S.C. ' 727(c). An extension of the
        deadlines for filing file a complaint to determine dischargeability pursuant to 11 U.S.C. 523(c) or to
        object to discharge pursuant to 11 U.S.C. 727(c) requires the timely filing of a motion to extend time
        pursuant to Fed. R. Bankr. P. 4004(b) and 4007(c). You should reference the respective deadlines set
        in this case to determine whether a motion to extend time is necessary.

Date: 01/27/2026

| | |
|---|---|
| Signature: | /s/ David M. Dare |
| Name: | David M. Dare |
| Address: | 439 S. Kirkwood Road, Suite 204 St. Louis, MO 63122 |
| Email: | ddare@hdsstl.com |
| Telephone: | 314-965-3373 |

Rev. 11/23 ntcamdschLF26w

## Certificate of Service

I, __David M. Dare__, certify the above Notice and a copy of the designated documents were served on the listed creditors(s) by first-class, postage prepaid mail, on this __27nd__ day of __January__, 2026. *(If the creditor names do not appear above, list them below)*

__/s/ David M. Dare____
Typed Name or Signature

*(Instructions: File and serve this notice and serve, but do not file, the referenced documents. Use the CM/ECF Event ᴀ**Amended Schedules**@ and ᴀ**Amended Creditor Matrix and Verification of Matrix**@ as appropriate to file this notice as one PDF document with the Amended Schedules.  If you file this notice separately, use the CM/ECF Event ᴀ**Notice of Amendment to Schedules and/or Matrix to Add Creditor(s).**@ )*

Rev. 11/23 ntcamdschLF26w