**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 24-44713 |
| | ) | |
| Kevin James Morrell, | ) | Chapter 7 |
| | ) | |
| Debtor, | ) | Hearing Date: July 8, 2026 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Location: Courtroom 5 North |
| | ) | |
| INB, NATIONAL ASSOCIATION, | ) | Response Due: July 1, 2026 |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN JAMES MORRELL, | ) | |
| | ) | |
| Debtor, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CHARLES W. RISKE, | ) | |
| | ) | |
| Trustee. | ) | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**FILED BY INB, NATIONAL ASSOCIATION**

COMES NOW, INB, National Association, ("Movant") by its attorneys, UB Greensfelder LLP, and hereby files its Motion for Relief from Automatic Stay ("Motion") pursuant to 11 U.S.C. § 362 in the above styled case and in support thereof respectfully states as follows:

1.    This Court has jurisdiction in regard to this matter pursuant to 28 U.S.C. §§ 151, 157, and 1334 and Local Rule 81-9.01(B) of the United States District Court for the Eastern District of Missouri.

2.    This is a core proceeding under 28 U.S.C. § 157(b)(2)(G).

3.    Venue is proper in this District under 28 U.S.C. § 1409(a).

4911-3699-6713, v. 6

4. On December 26, 2024, Debtor Kevin Morrell ("Debtor") filed a Voluntary Petition for Relief under the provisions of Chapter 7 of Title 11 of the United States Bankruptcy Code ("Bankruptcy").

5. Movant is a secured creditor and holds a Promissory Note executed by Debtor dated October 4, 2022 and a Business Loan Agreement of that same date each in the original principal sum of $1,500,000.00. The Debtor and Movant subsequently executed multiple Change in Terms Agreements ultimately resulting in the extension of the maturity date of the Promissory Note to November 30, 2024 (collectively "Note"). The Note was guaranteed by a Commercial Guaranty executed by the Kevin J. Morrell Revocable Living Trust Dated September 15, 2009 ("Guaranty") and secured by a Deed of Trust dated October 4, 2022 with the grantor being the Jane Marie Morrell Revocable Trust Dated September 15, 2009. The Jane Marie Morrell Revocable Trust Dated September 15, 2009, executed said Deed of Trust with the execution by Jane Marie Morrell and Kevin James Morrell as trustees of said trust. ("Deed of Trust") and was recorded with the St. Louis County Recorder of Deeds on October 11, 2022, as document number 2022101100681. The Deed of Trust secured certain real property known and numbered as 2019 South Mason Road, St. Louis, MO 63131 ("Property"), a true and accurate copy of the Note, multiple Change in Terms Agreements, Guaranty and Deed of Trust are attached hereto and incorporated herein as **Exhibit A**.

6. Debtors have failed to make any payments to Movant on the Note since the Bankruptcy was filed and for two months prior to the Bankruptcy being filed. The balance due on the Mortgage Note as of September 15, 2025 is $1,144,538.08 together with attorney fees and default interest which totals several thousand dollars. As of May 21, 2026, the balance due on the Mortgage Note is $1,233,621.42.

4911-3699-6713, v. 6

7.       The Property is purportedly subject to a prior Deed of Trust dated March 26, 2021 and recorded March 29, 2021 with the St. Louis County Recorder of Deeds in favor of American Bank of Missouri in the original sum of $3,500,000.00, a true and accurate copy of a letter report reflecting the American Bank of Missouri Deed of Trust and the Deed of Trust is attached hereto and incorporated herein as **Exhibit B**.

8.       Movant recently completed an appraisal on the Property which resulted in a foreclosure value of $4,200,000.00, which is the appropriate value given that Movant intends to foreclose on the Property should the relief requested herein be granted.

9.       Given that the original balance due on the American Bank of Missouri is 3.5 million and the balance owed to Movant is in excess of 1.2 million, there is clearly no equity in the Property.   Since this is a chapter 7 proceeding, the Property is clearly not necessary for reorganization.

10.     11 U.S.C. §362(d) states the following in regard to relief from the automatic stay:

(a)     On request of a party in interest and after notice and a hearing, the Court shall grant relief from the stay provided under subsection (a) of this section, such as by terminating, annulling, and modifying, or conditioning such stay:

(1)    for cause, including the lack of adequate protection of an interest in property of such party in interest;
(2)    with respect to a stay of an act against property under subsection (a) of this section, if:
(A)   the Debtor does not have an equity in such property; and
(B)   such property is not necessary to an effective reorganization.

11.     Movant moves the Court to modify/terminate the automatic stay pursuant to 11 U.S.C. §362(d)(a)(2) since there is no equity in the Property and the Property is not necessary for reorganization.

4911-3699-6713, v. 6

12.     Further, since Debtor has failed to make any payments to Movant on the Note post-petition and was in default 2 months of payments pre-petition, cause exists to grant Movant relief from stay pursuant to 11 U.S.C. § 362(d)(a)(1).

13.     Moreover, the Property is not owned by Debtor but by the Jane Marie Morrell Revocable Trust dated September 15, 2009 so that the Property may not be property of the estate. Debtor presumably has some interest in said trust and therefore Movant has filed this Motion.

WHEREFORE, Movant INB, National Association respectfully requests that the automatic stay of 11 U.S.C. §362 be terminated/modified pursuant to 11 U.S.C. §362(d)(a)(1) and/or (d)(a)(2) or is not property of the estate and further requests that:

(a)     Movant be permitted to pursue all state law remedies, including foreclosure with respect to the Property;

(b)     This Court's order granting relief not be subject to the fourteen-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure; and

(c)     Award Movant such other and further relief as is just and proper under the circumstances.

Dated: June 4, 2026

Respectfully submitted,

**UB GREENSFELDER LLP**

*/s/ Randall F. Scherck*
Randall F. Scherck, #31085 (MO)
10 South Broadway, Suite 2000
St. Louis, MO  63102
Phone: 314-516-2623
Fax: 314-241-4842
RScherck@ubglaw.com

**Attorneys for Movant**
**INB, National Association**

4911-3699-6713, v. 6

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on this 4th day of June, 2026, a true and correct copy of the above and foregoing was filed electronically via the Court's electronic filing system, which sent notification of such filing to all attorneys of record and via U.S. Mail to:

Kevin James Morrell
2019 S. Mason
Saint Louis, MO 63131
***Debtor***

David M. Dare
Herren, Dare & Streett
439 S. Kirkwood Road, Suite 204
St. Louis, MO 63122
***Attorney for Debtor***

Charles W. Riske
13321 N. Outer Road, Suite 600
Town and Country, MO 63017
***Chapter 7 Trustee***

*/s/ Randall F. Scherck*

4911-3699-6713, v. 6