**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>Kevin James Morrell,<br><br>Debtor,<br>______________________________<br><br>INB, NATIONAL ASSOCIATION,<br><br>Movant,<br><br>v.<br><br>KEVIN JAMES MORRELL,<br><br>Debtor,<br><br>and<br><br>CHARLES W. RISKE,<br><br>Trustee. | Case No.: 24-44713<br><br>Chapter 7<br><br>Hearing Date: November 18, 2026<br>Hearing Time: 10:00 a.m.<br>Location: Courtroom 5 North<br><br>Response Due: November 11, 2026 |

**NOTICE OF HEARING**

COMES NOW INB National Association, by and through its undersigned counsel, and hereby notices for hearing its Notice of Breach of Consent Order and Stipulation of Motion for Relief from Automatic Stay on **Wednesday, November 18, 2026 at 10:00 a.m.**, in person before Judge Brian C. Walsh at the Thomas F. Eagleton U.S. Courthouse, 111 South 10th Street, St. Louis, Missouri 63102, Courtroom 5 North.

**WARNING: THIS NOTICE OF BREACH OF CONSENT ORDER AND STIPULATION OF MOTION FOR RELIEF FROM AUTOMATIC STAY SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE NOTICE, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF**

**YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.**

**YOU MUST FILE AND SERVE YOUR RESPONSE BY NOVEMBER 11, 2026. YOUR RESPONSE MUST STATE WHY THE NOTICE SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE NOTICE AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE NOTICE AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

Dated: October 22, 2026

Respectfully submitted,

**UB GREENSFELDER LLP**

*/s/ Randall F. Scherck*

Randall F. Scherck, #31085 (MO)
10 South Broadway, Suite 2000
St. Louis, MO 63102
Phone: 314-516-2623
Fax: 314-241-4842
RScherck@ubglaw.com

***Attorneys for Movant***
***INB National Association***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22nd day of October, 2026, a true and correct copy of the above and foregoing was filed electronically via the Court's electronic filing system, which sent notification of such filing to all attorneys of record and via U.S. Mail to:

Kevin James Morrell
2019 S. Mason
Saint Louis, MO 63131
***Debtor***

David M. Dare
Herren, Dare & Streett
439 S. Kirkwood Road, Suite 204
St. Louis, MO 63122
***Attorney for Debtor***

Charles W. Riske
13321 N. Outer Road, Suite 600
Town and Country, MO 63017
***Chapter 7 Trustee***

*/s/ Randall F. Scherck*